FILED

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### Southern Division

98 JUN 15 AM 10: 17

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| EVELYN C. DRAKE, et al., ) | |
| Plaintiff(s); ) | CV-75-P-666-S ✓ |
| ) | |
| -vs.- ) | Case No. CV 98-JEO-1044-S |
| ) | |
| ) | |
| CITY OF BIRMINGHAM, ) | ENTERED |
| Defendant(s). ) | JUN 15 1998 |

### ORDER

Plaintiffs' motion to consolidate this action with CV 75-P-0666-S is granted.

This the 15 day of June, 1998.

United States District Judge