FILED

2011 May-06  AM 10:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) **Civil Action No. CV-75-S-666-S** |
| | ) |
| **-against-** | ) |
| | ) |
| **JEFFERSON COUNTY,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| **JOHN W. MARTIN,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) **Civil Action No. CV-74-S-17-S** |
| | ) |
| **-against-** | ) |
| | ) |
| **CITY OF BIRMINGHAM,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| **ENSLEY BRANCH OF THE N.A.A.C.P.,** | ) |
| *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) **Civil Action No. CV-74-S-12-S** |
| | ) |
| **-against-** | ) |
| | ) |
| **GEORGE SEIBELS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MOTION TO WITHDRAW

Defendant Jefferson County respectfully moves this Court to enter an order allowing attorney Fournier J. "Boots" Gale III to withdraw as counsel of record for Defendant Jefferson County.  In support, the undersigned states as follows:

1.    Mr. Gale has withdrawn from private practice at Maynard, Cooper & Gale, P.C. and is now serving as General Counsel to Regions Financial Corporation.

2.    Defendant Jefferson County will continue to be represented by Edward A. ("Ted") Hosp, Grace R. Murphy, and A. Christine Green of the law firm of Maynard, Cooper & Gale, P.C., and Theodore A. Lawson, II of the Jefferson County Attorney's Office.

3.    No party will be prejudiced by Mr. Gale's withdrawal.

WHEREFORE, the undersigned requests that the Court grant this Motion.


Respectfully submitted by,

s/ Grace R. Murphy
Grace Robinson Murphy
Attorney for Jefferson County, Alabama

## CERTIFICATE OF SERVICE

I certify that on this the 6th day of May, 2011, I have filed through the Court's CM-ECF system a copy of the foregoing pleading which should send an e-filing notice to the following persons:

Jay D. Adelstein

Dr. John G. Veres, III

Rowan D. Wilson

Margaret Lynaugh

Byron R. Perkins

Michael K.K. Choy

Jonice M. Vanterpool

Leslie A. Coyne

Aaron L. Dettling

Raymond P. Fitzpatrick

Elizabeth B. Shirley

Michael L. Lucas

James E. Murrill, Jr.

Robert R. Riley, Jr.

Keith Jackson

Tammy Woolley

Kallie C. Lunsford

William I. Sauser, Jr.

    s/ Grace R. Murphy_____
OF COUNSEL