FILED
2012 Jan-17  PM 01:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     -against-<br><br>JEFFERSON COUNTY, *et al.*,<br><br>                Defendants. | Civil Action No. CV-75-S-666-S |
| JOHN W. MARTIN, *et al.*,<br><br>                Plaintiffs,<br><br>     -against-<br><br>CITY OF BIRMINGHAM, *et al.*,<br><br>                Defendants. | Civil Action No. CV-74-S-17-S |
| ENSLEY BRANCH OF THE N.A.A.C.P.,<br>*et al.*,<br><br>                Plaintiffs,<br><br>     -against-<br><br>GEORGE SEIBELS, *et al.*,<br><br>                Defendants. | Civil Action No. CV-74-S-12-S |

## MOTION TO WITHDRAW APPEARANCES
## OF KRISTY JEAN GREENBERG, SCOTT P. DIXLER, AND DAVID R. MARRIOTT

Pursuant to Rule 83.1(e) of the Local Rules of the United States District Court for the

Northern District of Alabama, the undersigned respectfully moves this Court for leave to

withdraw the appearances of Kristy Jean Greenberg, Scott P. Dixler, and David R. Marriott as

attorneys for the Martin Plaintiffs and Bryant Intervenors (the "Martin/Bryant Parties") in the above-captioned actions.  As grounds for this motion, movant states that:

1.   Kristy Jean Greenberg and Scott P. Dixler are no longer employed with the law firm of Cravath, Swaine & Moore LLP.

2.   David R. Marriott, although still employed with the law firm of Cravath, Swaine & Moore LLP, is no longer involved in the above-captioned litigation.

3.   The remaining counsel of record at Cravath, Swaine & Moore LLP will continue to represent the Martin/Bryant Parties.

Dated:  January 17, 2012.

<u>s/ Rowan D. Wilson</u>
Rowan D. Wilson

Cravath, Swaine & Moore LLP
Worldwide Plaza
   825 Eighth Avenue
      New York, NY 10019
         (212) 474-1000
            rwilson@cravath.com

*Attorney for Plaintiffs John W. Martin, et al., and Intervenors Gwendolyn Bryant, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January 2012, I electronically filed the foregoing Motion to Withdraw the Appearances of Kristy Jean Greenberg, Scott P. Dixler, and David R. Marriott using the CM/ECF system, which will send notification of such filing to the following counsel of record and the Court-appointed expert (listed below).

Jay D. Adelstein, Esq.
     Employment Litigation Section, Attn: 4500 PHB
          Civil Rights Division
               United States Department of Justice
                    950 Pennsylvania Avenue, N.W.
                         Washington, D.C. 20530

T.A. Lawson, II, Esq.
Edwin A. Strickland, Esq.
     Assistant County Attorney
          280 Jefferson County Courthouse
               716 Richard Arrington Jr. Blvd. North
                    Birmingham, AL 35203

Dr. John G. Veres, III
     Office of the Chancellor
          Auburn University at Montgomery
               P.O. Box 244023
                    Montgomery, AL 36124-4023

Edward A. Hosp, Esq.
Janell M. Ahnert, Esq.
Grace R. Murphy, Esq.
     Maynard, Cooper, and Gale, P.C.
          1901 6th Avenue North
               2400 Regions/Harbert Plaza
                    Birmingham, AL 35203

James E. Murrill, Jr., Esq.
Robert R. Riley, Jr., Esq.
Keith Jackson, Esq.
Tammy Woolley, Esq.
Kallie C. Lunsford, Esq.
     Riley & Jackson, P.C.
          1744 Oxmoor Road
               Birmingham, AL 35209


Raymond P. Fitzpatrick, Jr., Esq.
     Fitzpatrick, Cooper & Clark, LLP

Farley Building, Suite 600
1929 Third Avenue North
Birmingham, AL 35203

Michael K. K. Choy, Esq.
Elizabeth B. Shirley, Esq.
Michael L. Lucas, Esq.
Burr & Forman, LLP
420 North 20th St., Suite 3400
Birmingham, AL 35203

Leslie A. Coyne, Esq.
Aaron L. Dettling, Esq.
Balch & Bingham, LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203

Byron R. Perkins, Esq.
Perkins Law
2170 Highland Ave. South, Suite 100
Birmingham, AL 35253

Jonice M. Vanterpool, Esq.
Hand Arendall LLC
2001 Park Place North
1200 Park Place Tower
Birmingham, AL 35203

Respectfully submitted,

s/ Rowan D. Wilson

2