# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. CV-75-S-666-S |
| | ) | |
| **JEFFERSON COUNTY,** *et al.*, | ) | **UNOPPOSED MOTION** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| **JOHN W. MARTIN,** *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. CV-74-S-17-S |
| | ) | |
| **CITY OF BIRMINGHAM, ALABAMA,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| **ENSLEY BRANCH OF THE N.A.A.C.P.,** et al., | ) | Civil Action No. CV-74-S-12-S |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| **GEORGE SEIBELS, et al.,** | ) | |
| | ) | |
| Defendants | ) | |

## DEFENDANT JEFFERSON COUNTY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MEMORANDA OF LAW

Jefferson County respectfully asks this Court to extend the deadline to file Pre-Trial Memoranda of Law by seven (7) days. The current deadline for submission of Pre-Trial Memoranda by all parties is Wednesday, August 15. Jefferson County requests that the deadline be extended to Wednesday, August 22.

1

The parties have not filed any Motions in Limine in this matter. As such, no responses will be filed for the Court's consideration on August 22 (the deadline for submitting responses to Motions in Limine).

Counsel for Jefferson County has consulted with counsel for the Martin-Bryant parties and for the United States and neither oppose this Motion.

**WHEREFORE**, Jefferson County requests an extension of time through and including August 22, 2012 for the parties to file their Pre-Trial Memoranda in this matter.

                                                s/ Janell M. Ahnert
                                                Edward A. "Ted" Hosp
                                                Janell M. Ahnert
                                                Grace R. Murphy

**OF COUNSEL**:

MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000

                                                s/ Theodore A. Lawson, II
                                                Theodore A. Lawson, II
                                                Attorneys for Jefferson County,
                                                Alabama

Jefferson County Attorney's Office
280 Jefferson County Courthouse

716 Richard Arrington, Jr. Blvd. N.
Birmingham, AL 35203

## **CERTIFICATE OF SERVICE**

    I certify that on this the 13th day of August, 2012, I have filed through the Court's CM-ECF system a copy of the foregoing pleading which should send an e-filing notice to Counsel for all of the parties in this matter.

                                                s/ Janell M. Ahnert_____
                                                OF COUNSEL