UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>JEFFERSON COUNTY, *et al.*,<br><br>Defendants. | Civil Action No. CV-75-S-666-S |
| JOHN W. MARTIN, *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>CITY OF BIRMINGHAM, *et al.*,<br><br>Defendants. | Civil Action No. CV-74-S-17-S |
| ENSLEY BRANCH OF THE N.A.A.C.P., *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>GEORGE SEIBELS, *et al.*,<br><br>Defendants. | Civil Action No. CV-74-S-12-S |

**MOTION TO ADMIT PRO HAC VICE**

Pursuant to Rule 83.1(b) of the Local Rules of the United States District Court for the Northern District of Alabama, the undersigned requests entry of an order to admit pro hac vice Thomas G. Rafferty in the above-captioned case.

1.     Mr. Rafferty is a partner in the law firm of Cravath, Swaine & Moore LLP, 825 Eighth Ave., New York, New York 10019.

2.     Mr. Rafferty was graduated from Harvard Law School in 1988.

3.     Mr. Rafferty was admitted to practice before the highest court of the State of New York on March 27, 1989.

4.     Mr. Rafferty was admitted to practice before the United States District Court for the Southern District of New York on July 5, 1995.

5.     Mr. Rafferty was admitted to practice before the United States District Court for the Eastern District of Michigan on July 10, 1997.

6.     Mr. Rafferty was admitted to practice before the United States Court of Appeals for the Sixth Circuit on November 10, 1997.

7.     Mr. Rafferty was admitted to practice before the United States Court of Appeals for the Third Circuit on September 10, 1999.

8.     Mr. Rafferty was admitted to practice before the United States Court of Appeals for the First Circuit on February 3, 2000.

9.     Mr. Rafferty was admitted to practice before the United States District Court for the Eastern District of New York on January 31, 2001.

10.    Mr. Rafferty was admitted to practice before the United States District Court for the Northern District of New York on May 11, 2001.

11.    Mr. Rafferty was admitted to practice before the United States Court of Appeals for the Second Circuit on May 17, 2001.

12.    Mr. Rafferty was admitted to practice before the United States Court of Federal Claims on February 21, 2002.

13. Mr. Rafferty was admitted to practice before the United States District Court for the District of Columbia on April 8, 2002.

14. Mr. Rafferty was admitted to practice before the United States Court of Appeals for the Federal Circuit on August 13, 2003.

15. Mr. Rafferty was admitted to practice before the United States Court of Appeals for the Eleventh Circuit on September 15, 2010.

16. Mr. Rafferty is a member in good standing of the bar of the State of New York. No disciplinary or grievance proceedings have been filed or are pending against him.

17. As required by Local Rule 83.1(f), Mr. Rafferty has familiarized himself with the Local Rules, the Alabama Rules of Professional Conduct, and the ABA Model Rules of Professional Conduct.

18. Immediately upon the electronic filing of this motion, Mr. Rafferty will mail to the Clerk of the Court the $50 pro hac vice fee.

For the foregoing reasons, the undersigned respectfully requests that Thomas G. Rafferty be admitted pro hac vice as set forth herein.

Dated: August 22, 2012

      s/ Rowan D. Wilson
      Rowan D. Wilson
      Cravath, Swaine & Moore LLP
      Worldwide Plaza
        825 Eighth Avenue
          New York, NY 10019
            (212) 474-1000
              rwilson@cravath.com

      *Attorney for Plaintiffs John W. Martin, et al., and Intervenors Gwendolyn Bryant, et al.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>-against-<br><br>JEFFERSON COUNTY, *et al.*,<br><br>           Defendants. | Civil Action No. CV-75-S-666-S |
| JOHN W. MARTIN, *et al.*,<br><br>           Plaintiffs,<br><br>-against-<br><br>CITY OF BIRMINGHAM, *et al.*,<br><br>           Defendants. | Civil Action No. CV-74-S-17-S |
| ENSLEY BRANCH OF THE N.A.A.C.P., *et al.*,<br><br>           Plaintiffs,<br><br>-against-<br><br>GEORGE SEIBELS, *et al.*,<br><br>           Defendants. | Civil Action No. CV-74-S-12-S |

**[PROPOSED] ORDER**

Pursuant to the request of Rowan D. Wilson, Thomas G. Rafferty is hereby admitted pro hac vice in the above captioned case.

Dated: August __, 2012

                _____
                Hon. C. Lynwood Smith, Jr.
                United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify on the 22nd day of August, 2012, I electronically filed the foregoing Motion to Admit Pro Hac Vice using the CM/ECF system, which will send notification of such filing to the following counsel of record and the Court-appointed expert (listed below).

Jay D. Adelstein, Esq.
Joseph J. Sperber IV, Esq.
   Employment Litigation Section, Attn: 4500 PHB
      Civil Rights Division
         United States Department of Justice
           950 Pennsylvania Avenue, N.W.
              Washington, D.C. 20530

T.A. Lawson, II, Esq.
Edwin A. Strickland, Esq.
   Assistant County Attorney
      280 Jefferson County Courthouse
         716 Richard Arrington Jr. Blvd. North
           Birmingham, AL 35203

Dr. John G. Veres, III
   Office of the Chancellor
      Auburn University at Montgomery
         P.O. Box 244023
           Montgomery, AL 36124-4023

Edward A. Hosp, Esq.
Janell M. Ahnert, Esq.
Grace R. Murphy, Esq.
Stephanie Houston Mays, Esq.
   Maynard, Cooper, and Gale, P.C.
      1901 6th Avenue North
         2400 Regions/Harbert Plaza
           Birmingham, AL 35203

James E. Murrill, Jr., Esq.
Robert R. Riley, Jr., Esq.
Keith Jackson, Esq.
Kallie C. Lunsford, Esq.
   Riley & Jackson, P.C.
      1744 Oxmoor Road
         Birmingham, AL 35209

Leslie A. Coyne, Esq.
Aaron L. Dettling, Esq.
   Balch & Bingham, LLP
      1901 6th Avenue North, Suite 1500
         Birmingham, AL 35203

Byron R. Perkins, Esq.
   Perkins Law
      2170 Highland Ave. South, Suite 100
         Birmingham, AL 35253

Dr. William Sauser, Jr.
   Professor & Associate Dean for Outreach
      Lowder Business Building
         415 West Magnolia Avenue
            Birmingham, AL 36849

                                      Respectfully submitted,

                                      s/ Rowan D. Wilson