FILED
2012 Aug-27  AM 11:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>        **Plaintiff,**     )<br>)<br>**v.**                              )<br>)<br>**JEFFERSON COUNTY,** *et al.,*  )<br>)<br>        **Defendants.**   )<br>_____ )<br>)<br>**JOHN W. MARTIN,** *et al.,*    )<br>)<br>        **Plaintiffs,**    )<br>)<br>**v.**                              )<br>)<br>**CITY OF BIRMINGHAM,**          )<br>**ALABAMA,** *et al.,*           )<br>)<br>        **Defendants.**   )<br>_____ )<br>)<br>**ENSLEY BRANCH OF THE**         )<br>**N.A.A.C.P.,** et al.,          )<br>)<br>        **Plaintiffs**     )<br>)<br>**v.**                              )<br>)<br>**GEORGE SEIBELS, et al.,**      )<br>)<br>        **Defendants**     )<br>)  | **Civil Action No.  CV-75-S-666-S**<br><br><br><br><br><br><br><br><br>**Civil Action No. CV-74-S-17-S**<br><br><br><br><br><br><br><br><br>**Civil Action No. CV-74-S-12-S** |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
## <u>OF RECORD FOR DEFENDANT JEFFERSON COUNTY</u>

02414495.1

COMES NOW, Thomas Julian Butler, and makes this notice of appearance as additional counsel of record for Defendant, Jefferson County.

/s/ Thomas Julian Butler
Thomas Julian Butler (ASB-7790-T75T)
One of the Attorneys for Defendant
Jefferson County, Alabama
tbutler@maynardcooper.com
Telephone:  205.254.1063
Fax:  205.254.1999

OF COUNSEL:
Edward A. "Ted" Hosp
Janell M. Ahnert
Grace R. Murphy
Stephanie H. Mays
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618

Theodore A. Lawson, II
Jefferson County Attorney's Office
716 Richard Arrington, Jr. Blvd. N.
Birmingham, AL 35203

**CERTIFICATE OF SERVICE**

     I certify that on this the 27th day of August, 2012, I have filed through the Court's CM-ECF system a copy of the foregoing pleading which should send an efiling notice to Counsel for all of the parties in this matter.

                                              /s/ Thomas J. Butler
                                              OF COUNSEL

02414495.1