UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No. CV-75-S-666-S |
| JEFFERSON COUNTY, *et al.*,<br>　　　　　Defendants. | ) ) ) | |
| JOHN W. MARTIN, *et al.*,<br>　　　　　Plaintiffs, | ) ) ) | |
| vs. | ) ) | Civil Action No. CV-74-S-17-S |
| CITY OF BIRMINGHAM, *et al.*,<br>　　　　　Defendants. | ) ) ) | |
| ENSLEY BRANCH OF THE N.A.A.C.P., *et al.*,<br>　　　　　Plaintiffs, | ) ) ) | |
| vs. | ) ) | Civil Action No. CV-74-S-12-S |
| GEORGE SEIBELS, *et al.*,<br>　　　　　Defendants. | ) ) ) | |

## ORDER

It is ORDERED that the bench trial presently set for September 12, 2012, is CONTINUED generally and will be reset by subsequent order.

DONE and ORDERED this 10th day of September, 10, 2012.

　　　　　　　　　　　　　　　　　／s／ Lynwood Smith
　　　　　　　　　　　　　　　　　United States District Judge