UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. CV-75-S-666-S |
| | ) | |
| JEFFERSON COUNTY, ALABAMA, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |
| JOHN W. MARTIN, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. CV-74-S-17-S |
| | ) | |
| CITY OF BIRMINGHAM, ALABAMA, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |
| ENSLEY BRANCH OF THE N.A.A.C.P., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Civil Action No. CV-74-S-12-S |
| | ) | |
| GEORGE SEIBELS, *et al.*, | ) | |
| Defendants | ) | |

# ORDER

The trial in this case will resume on December 3, 2012, at 9:30 a.m. in Courtroom 5B of the Hugo L. Black U. S. Courthouse located at 1729 Fifth Avenue North in Birmingham, Alabama.

DONE this 11th day of October, 2012.

_____
United States District Judge