UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                -against-<br><br>JEFFERSON COUNTY, *et al.*,<br><br>                            Defendants. | Civil Action No. CV-75-S-666-S |
| JOHN W. MARTIN, *et al.*,<br><br>                              Plaintiffs,<br><br>                -against-<br><br>CITY OF BIRMINGHAM, *et al.*,<br><br>                            Defendants. | Civil Action No. CV-74-S-17-S |
| ENSLEY BRANCH OF THE N.A.A.C.P., *et al.*,<br><br>                              Plaintiffs,<br><br>                -against-<br><br>GEORGE SEIBELS, *et al.*,<br><br>                            Defendants. | Civil Action No. CV-74-S-12-S |

**MOTION TO WITHDRAW APPEARANCE OF MARGARET E. LYNAUGH**

Pursuant to Rule 83.1(e) of the Local Rules of the United States District Court for the Northern District of Alabama, the undersigned respectfully moves this Court for leave to withdraw the appearance of Margaret E. Lynaugh as attorney for the Martin Plaintiffs and Bryant

Intervenors (the "Martin/Bryant Parties") in the above-captioned actions. As grounds for this motion, movant states that:

1. Margaret E. Lynaugh is no longer employed with the law firm of Cravath, Swaine & Moore LLP.

2. The remaining counsel of record at Cravath, Swaine & Moore LLP will continue to represent the Martin/Bryant Parties.

Dated: October 23, 2012.

        s/ Rowan D. Wilson
        Rowan D. Wilson

        CRAVATH, SWAINE & MOORE LLP
        Worldwide Plaza
        825 Eighth Avenue
        New York, NY 10019
        (212) 474-1000
        rwilson@cravath.com

*Attorney for Plaintiffs John W. Martin, et al., and Intervenors Gwendolyn Bryant, et al.*

CERTIFICATE OF SERVICE

       I hereby certify that, on the 23rd day of October, 2012, I electronically filed the foregoing "Motion to Withdraw Appearance of Margaret E. Lynaugh" using the CM/ECF system, which will send notification of such filing to the following counsel of record, the Court-appointed expert (listed below), and the Monitor (listed below).

Jay D. Adelstein, Esq.
Joseph J. Sperber, IV, Esq.
   Employment Litigation Section, Attn: 4500 PHB
     Civil Rights Division
       United States Department of Justice
         950 Pennsylvania Avenue, N.W.
           Washington, D.C. 20530

T.A. Lawson, II, Esq.
Edwin A. Strickland, Esq.
   Assistant County Attorney
     280 Jefferson County Courthouse
       716 Richard Arrington Jr. Blvd. North
         Birmingham, AL 35203

Dr. John G. Veres, III
   Office of the Chancellor
     Auburn University at Montgomery
       P.O. Box 244023
         Montgomery, AL 36124-4023

Edward A. Hosp, Esq.
Janell M. Ahnert, Esq.
Grace R. Murphy, Esq.
Thomas J. Butler, Esq.
Stephanie H. Mays, Esq.
   Maynard, Cooper, and Gale, P.C.
     1901 6th Avenue North
       2400 Regions/Harbert Plaza
         Birmingham, AL 35203

James E. Murrill, Jr., Esq.
Robert R. Riley, Jr., Esq.
Keith Jackson, Esq.
Kallie C. Lunsford, Esq.
   Riley & Jackson, P.C.
     1744 Oxmoor Road
       Birmingham, AL 35209

Leslie A. Coyne, Esq.
Aaron L. Dettling, Esq.
   Balch & Bingham, LLP
      1901 6th Avenue North, Suite 1500
         Birmingham, AL 35203

Byron R. Perkins, Esq.
   Perkins Law
      2170 Highland Ave. South, Suite 100
         Birmingham, AL 35253

Dr. William Sauser, Jr.
   Professor & Associate Dean for Outreach
      Lowder Business Building
         415 West Magnolia Avenue
            Birmingham, AL 36849


                    /s/ Rowan D. Wilson
                    Rowan D. Wilson

                    CRAVATH, SWAINE & MOORE LLP
                    Worldwide Plaza
                    825 Eighth Avenue
                    New York, NY 10019
                    Phone:  (212) 474-1000
                    Fax:  (212) 474-3700
                    E-mail:  rwilson@cravath.com