FILED

2012 Oct-24  PM 12:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JEFFERSON COUNTY, *et al.*,<br><br>        Defendants. | Civil Action No. CV-75-S-666-S |
| JOHN W. MARTIN, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY OF BIRMINGHAM, *et al.*,<br><br>        Defendants. | Civil Action No. CV-74-S-17-S |
| ENSLEY BRANCH OF THE N.A.A.C.P.,<br>*et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>GEORGE SEIBELS, *et al.*,<br><br>        Defendants. | Civil Action No. CV-74-S-12-S |

## NOTICE OF SATISFACTION OF JUDGMENT

COMES NOW the Martin plaintiffs and the Bryant intervenors (the "Martin/Bryant

Parties"), by and through counsel, and hereby give notice of the full and final satisfaction

of the Judgment on Motion for Attorney's Fees and Costs, entered against the Personnel

Board of Jefferson County on May 14, 2009.

Dated:  October 24, 2012

Respectfully submitted,

/s/ Rowan D. Wilson
Rowan D. Wilson

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
   825 Eighth Avenue
      New York, NY 10019
         (212) 474-1000

*Attorney for Plaintiffs John W. Martin, et al.*
*and Intervenors Gwendolyn Bryant, et al.*

CERTIFICATE OF SERVICE

I hereby certify that, on the 24th day of October, 2012, I electronically filed the foregoing "Notice of Satisfaction of Judgment" using the CM/ECF system, which will send notification of such filing to the following counsel of record, the Court-appointed expert (listed below), and the Monitor (listed below).

Jay D. Adelstein, Esq.
Joseph J. Sperber, IV, Esq.
   Employment Litigation Section, Attn: 4500 PHB
      Civil Rights Division
        United States Department of Justice
          950 Pennsylvania Avenue, N.W.
            Washington, D.C. 20530

T.A. Lawson, II, Esq.
Edwin A. Strickland, Esq.
   Assistant County Attorney
      280 Jefferson County Courthouse
        716 Richard Arrington Jr. Blvd. North
          Birmingham, AL 35203

Dr. John G. Veres, III
   Office of the Chancellor
      Auburn University at Montgomery
        P.O. Box 244023
          Montgomery, AL 36124-4023

Edward A. Hosp, Esq.
Janell M. Ahnert, Esq.
Grace R. Murphy, Esq.
Thomas J. Butler, Esq.
Stephanie H. Mays, Esq.
   Maynard, Cooper, and Gale, P.C.
      1901 6th Avenue North
        2400 Regions/Harbert Plaza
          Birmingham, AL 35203

James E. Murrill, Jr., Esq.
Robert R. Riley, Jr., Esq.
Keith Jackson, Esq.
Kallie C. Lunsford, Esq.
   Riley & Jackson, P.C.
      1744 Oxmoor Road
        Birmingham, AL 35209

Leslie A. Coyne, Esq.
Aaron L. Dettling, Esq.
    Balch & Bingham, LLP
        1901 6th Avenue North, Suite 1500
            Birmingham, AL 35203

Byron R. Perkins, Esq.
    Perkins Law
        2170 Highland Ave. South, Suite 100
            Birmingham, AL 35253

Dr. William Sauser, Jr.
    Professor & Associate Dean for Outreach
        Lowder Business Building
            415 West Magnolia Avenue
                Birmingham, AL 36849


/s/ Rowan D. Wilson
Rowan D. Wilson

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Phone:  (212) 474-1000
Fax:  (212) 474-3700
E-mail:  rwilson@cravath.com