# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | )<br>)<br>) | |
| vs. | )<br>) | Civil Action No. CV-75-S-666-S |
| JEFFERSON COUNTY, ALABAMA, *et al.*,<br>　　　　Defendants. | )<br>)<br>) | |
| JOHN W. MARTIN, *et al.*,<br>　　　　Plaintiffs, | )<br>)<br>) | |
| vs. | )<br>) | Civil Action No. CV-74-S-17-S |
| CITY OF BIRMINGHAM, ALABAMA, *et al.*,<br>　　　　Defendants. | )<br>)<br>) | |
| ENSLEY BRANCH OF THE N.A.A.C.P., *et al.*,<br>*et al.*,<br>　　　　Plaintiffs, | )<br>)<br>)<br>) | |
| vs. | )<br>) | Civil Action No. CV-74-S-12-S |
| GEORGE SEIBELS, *et al.*,<br>　　　　Defendants | )<br>)<br>) | |

## ORDER

Kimberly Oden-Webster having failed to appear to testify in the above-entitled proceedings, it is ORDERED that the United States Marshal immediately pick up and transport Kimberly Oden-Webster, whose address is 1080 Diane Street, Leeds, Alabama 35094, to the Hugo L. Black U. S. Courthouse, 1729 Fifth Avenue, North, Birmingham, Alabama, to Courtroom 5B, **for the purpose of testifying before this court.**

DONE and ORDERED this 3rd day of December, 2012.

_____
United States District Judge