UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No. CV-75-S-666-S |
| JEFFERSON COUNTY, ALABAMA, *et al.*,<br>      Defendants. | ) ) ) | |
| JOHN W. MARTIN, *et al.*,<br>      Plaintiffs, | ) ) ) | |
| vs. | ) ) | Civil Action No. CV-74-S-17-S |
| CITY OF BIRMINGHAM, ALABAMA, *et al.*,<br>      Defendants. | ) ) | |

# ORDER

In accordance with the court's oral comments at the conclusion of the bench trial on December 11, 2012, it is ORDERED that the Martin-Bryant parties, the United States, and Jefferson County shall simultaneously submit post-trial briefs, including individually numbered proposed findings of fact and conclusions of law, on or before January 28, 2013. Responses to the post-trial briefs, including individually numbered responses to the opposing party's proposed findings of fact and conclusions of law, shall be filed on or before February 8, 2013.

DONE this 12th day of December, 2012.

                                                                          /s/ Lynwood Smith
                                                        United States District Judge