IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. CV-75-S-666-S |
| | * | |
| JEFFERSON COUNTY, ALABAMA, et al., | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| JOHN W. MARTIN, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. CV-74-S-17-S |
| | * | |
| CITY OF BIRMINGHAM, ALABAMA, et al., | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| ENSLEY BRANCH OF THE N.A.A.C.P., et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. CV-74-S-12-S |
| | * | |
| GEORGE SEIBELS, et al., | * | |
| | * | |
| Defendants. | * | |

1

## **MOTION FOR ORDER**

Comes now the Defendant Jefferson County in the above styled cause and requests that this Honorable Court issue an Order modifying its previous ruling which required the Defendant to refrain from hiring personnel pending further orders from the Court.  As grounds for said motion the Defendant avers the following:

At the conclusion of the hearing on the Martin Bryant Parties' motion to hold the Defendant Jefferson County in contempt, this Honorable Court ordered the parties to get together with the assistance of the Court's Special Master John Veres to develop a proposed temporary order with regard to the Defendant's hiring of personnel until such time as the Court drafted its final order in this matter.  While the parties have diligently worked toward the drafting of a proposed interim order the Defendant has experienced emergency circumstances which necessitate the replacement and hiring of personnel in order for the County to function effectively and in accordance with various mandates relative to medical staff in its newly established outpatient care facility.  The Defendant has corresponded with the parties to this litigation and made them aware of the Defendant's immediate needs.  See Exhibit A attached hereto.  Although the parties have not presented a

proposed interim order to the Court for all anticipated hires that the Defendant may require within the next six months, the Defendant would request an interim order relative to the selection of the following job classifications by the Defendant.

1. Clinical Nurse Practitioner. Selections to be made by random draw from the Personnel Board register.

2. Principal Buyer. Selections to be made from Personnel Board layoff list.

3. Chief Deputy Coroner. Selection to be made once a register is developed by the Jefferson County Personnel Board. Selection method to be agreed upon by the parties and the Court's Special Master.

4. Chief Court Clerk and Principal Court Clerk. Selection to be made from the list of eligibles once created by the Jefferson County Personnel Board. Selection method to be agreed upon by the parties and the Court's Special Master.

WHEREFORE, PREMISES CONSIDERED, Jefferson County would request that this Honorable Court grant its request for Order authorizing the Defendant to proceed in the aforementioned manner relative to hiring the

aforementioned classifications.

>/s/ T. A. Lawson, II
>Bar Number: ASB-3840-L72T
>Assistant County Attorney
>280 Jefferson County Courthouse
>716 Richard Arrington Jr. Blvd. North
>Birmingham, Alabama  35203
>Phone:  (205) 325-5688
>Fax:  (205) 325-5840
>Email:  lawsont@jccal.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

>Respectfully submitted,

>/s/ T. A. Lawson, II
>Assistant County Attorney