UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | CIVIL ACTION NO. CV-75-S-666-S |
| JEFFERSON COUNTY, *et al.*,<br>    Defendants. | )<br>)<br>)<br>) | |
| JOHN W. MARTIN, *et al.*,<br>    Plaintiffs, | )<br>)<br>)<br>) | |
| v. | )<br>) | CIVIL ACTION NO. CV-74-S-17-S |
| CITY OF BIRMINGHAM, *et al.*,<br>    Defendants. | )<br>)<br>)<br>) | |
| ENSLEY BRANCH OF THE N.A.A.C.P., *et al.*,<br>    Plaintiffs, | )<br>)<br>)<br>) | |
| v. | )<br>) | CIVIL ACTION NO. CV-74-S-12-S |
| GEORGE SEIBELS, *et al.*,<br>    Defendants. | )<br>)<br>)<br>) | |

### UNITED STATES' RESPONSE TO JEFFERSON COUNTY'S
### MOTION TO PERMIT SPECIFIC HIRING AUTHORIZATION

By motion dated January 24, 2012 (Doc. Entry No. 1769), Jefferson County sought relief from a previous ruling that required it to refrain from hiring personnel pending further orders of the Court. Specifically, based on articulated exigent circumstances, Jefferson County requests that it be permitted to make selections for the positions of clinical nurse practitioner, principal buyer, chief deputy coroner, chief court clerk and principal court clerk. By order dated January

25, 2013, this Court required plaintiffs to respond to the motion on or before February 8, 2013.

The County seeks authorization to follow its established procedures for recalling principal buyers from its layoff list and for requesting that the Jefferson County Personnel Board develop lists of eligibles for the positions of deputy coroner and chief court clerk. The United States does not oppose the County's proposed actions.

With regard to the clinical nurse practitioner position, the County proposes to select from the qualified individuals on the certificate of eligibles for those positions. The Martin Bryant parties indicated by email dated January 22 that they do not object to the County's proposal; the United States also does not oppose the County's selection proposal.

Respectfully submitted,

/s/ Jay D. Adelstein
Jay D. Adelstein
Joseph J. Sperber, IV
Attorneys
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 514-3749

Dated: January 28, 2013                    FOR PLAINTIFF UNITED STATES

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

Rowan D. Wilson
Cravath, Swaine and Moore, LLP
825 Eighth Avenue
New York, New York 10019

T.A. Lawson, II, Esq.
Assistant County Attorney
280 Jefferson County Courthouse
716 Richard Arrington Jr. Blvd.
North
Birmingham, AL 35203

Edward A. Hosp
Janell M. Ahnert
Grace R. Murphy
Maynard, Cooper and Gale, PC
1901 6th Avenue North
2400 Regions/ Harbert Plaza
Birmingham, AL 35203

James E. Murrill, Jr., Esq.
Riley & Jackson, P.C.
1744 Oxmoor Road
Birmingham, AL 35209

Dr. John G. Veres, III
Office of the Chancellor
Auburn University at Montgomery
P O Box 244023
Montgomery, AL 36124-4023

/s/   Jay D. Adelstein
JAY D. ADELSTEIN
Attorney
Employment Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530
(202) 514-3852