UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,         ) | | |
| Plaintiff,              ) | | |
|                                   ) | | |
| vs.                               ) | | Civil Action No. CV-75-S-666-S |
|                                   ) | | |
| JEFFERSON COUNTY, ALABAMA, *et al.*, ) | | |
| Defendants.            ) | | |
| _____) | | |
| JOHN W. MARTIN, *et al.*,           ) | | |
| Plaintiffs,            ) | | |
|                                   ) | | |
| vs.                               ) | | Civil Action No. CV-74-S-17-S |
|                                   ) | | |
| CITY OF BIRMINGHAM, ALABAMA, *et al.*, ) | | |
| Defendants.            ) | | |

# ORDER

This case is before the court on defendant Jefferson County's motion for an extension of the deadline for responding to plaintiffs' post-trial brief.[1]  Plaintiffs do not oppose the motion, as long as they receive a corresponding extension.[2]  Upon consideration, the County's motion is GRANTED.  It is ORDERED that the deadline for filing responses to post-trial briefs is extended to February 22, 2013.

DONE this 1st day of February, 2013.

_____
United States District Judge

---

[1] Doc. no. 1775.

[2] *See* doc. no. 1776.