UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No. CV-75-S-666-S |
| JEFFERSON COUNTY, ALABAMA, *et al.*,<br>Defendants. | ) ) ) | |
| JOHN W. MARTIN, *et al.*,<br>Plaintiffs, | ) ) ) | |
| vs. | ) ) | Civil Action No. CV-74-S-17-S |
| CITY OF BIRMINGHAM, ALABAMA, *et al.*,<br>Defendants. | ) ) | |

## ORDER

This case is before the court on Jefferson County's motion for partial relief from the temporary order entered on February 13, 2013, for the purpose of excluding the Cooper Green clinic and urgent care facility from the hiring restrictions imposed in that temporary order (doc. no. 1781). Plaintiffs must file a response to the motion on or before February 28, 2013.

DONE this 14th day of February, 2013.

_____
United States District Judge