UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    -against-<br><br>JEFFERSON COUNTY, et al.,<br><br>            Defendants. | Civil Action No. CV-75-S-666-S |
| JOHN W. MARTIN, et al.,<br><br>            Plaintiffs,<br><br>    -against-<br><br>CITY OF BIRMINGHAM, et al.,<br><br>            Defendants. | Civil Action No. CV-74-S-17-S |
| ENSLEY BRANCH OF THE N.A.A.C.P., et al.,<br><br>            Plaintiffs,<br><br>    -against-<br><br>GEORGE SEIBELS, et al.,<br><br>            Defendants. | Civil Action No. CV-74-S-12-S |

**DECLARATION OF ROWAN D. WILSON IN SUPPORT OF
MARTIN/BRYANT PARTIES' OPPOSITION TO DEFENDANT'S MOTION FOR
PARTIAL RELIEF FROM ORDER**

I, ROWAN D. WILSON, declare as follows:

1.  I am an attorney and member of the firm of Cravath, Swaine & Moore LLP, counsel for the Martin Plaintiffs and Bryant Intervenors (the "Martin/Bryant Parties") in

2

this action.  I am admitted to practice law in the States of New York and California and have been admitted pro hac vice in the above-captioned litigation.  I submit this declaration in support of the Martin/Bryant Parties' Opposition to Defendant's Motion for Partial Relief from Order.

      2.      Attached hereto as Exhibit A is a true and correct copy of an e-mail from Rachel Fritzler on behalf of the Martin/Bryant Parties to Grace Murphy, dated February 8, 2013.

      3.      Attached hereto as Exhibit B is a true and correct copy of an e-mail from Grace Murphy on behalf of the County to Rachel Fritzler, also dated February 8, 2013.

      4.      Attached hereto as Exhibit C is a true and correct copy of an e-mail from Grace Murphy to the Martin/Bryant Parties and the United States, dated February 11, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2013.

                              /s/ Rowan D. Wilson
                              Rowan D. Wilson