# EXHIBIT A



| | RE: U.S. v. Jefferson County - Proposed Temporary Order | 02/08/2013 03:48 PM |
|---|---|---|
| | **Rachel Fritzler**  to: Adelstein, Jay D (CRT) | |
| Cc: | Grace Murphy, Janell Ahnert, "Sperber, Joseph (CRT)", "jveres@aum.edu", "lawsont@jccal.org", Lauren Rosenberg, Rowan Wilson, Stephanie Mays, Ted Hosp | |
| Bcc: | Marilyn Pimienta | |

| From: | Rachel Fritzler/NYC/Cravath |
|---|---|
| To: | "Adelstein, Jay D (CRT)" <Jay.D.Adelstein@usdoj.gov> |
| Cc: | Grace Murphy <GMurphy@maynardcooper.com>, Janell Ahnert <JAhnert@maynardcooper.com>, "Sperber, Joseph (CRT)" <Joseph.Sperber@usdoj.gov>, "jveres@aum.edu" <jveres@aum.edu>, "lawsont@jccal.org" <lawsont@jccal.org>, Lauren Rosenberg <lrosenberg@cravath.com>, Rowan Wilson <RWilson@cravath.com>, Stephanie Mays <SMays@maynardcooper.com>, Ted Hosp <THosp@maynardcooper.com> |
| Bcc: | Marilyn Pimienta/NYC/Cravath@Cravath |

Grace,

After discussing the United States' proposed changes with Jay and Joe, we have jointly agreed to the following changes to the proposed order I sent last night (see attached). Please let us know the County's position, and whether we should go ahead and file this today.

Thanks,

Rachel


proposed Temporary Order 02.08.13.doc

Rachel M. Fritzler
Cravath, Swaine & Moore LLP
825 Eighth Avenue, 4172D
New York, NY 10019
(212) 474-1274 (tel.)
(212) 474-3700 (fax)

---

| "Adelstein, Jay D (CRT)" | My comments are contained in the attach... | 02/08/2013 10:42:15 AM |
|---|---|---|

| From: | "Adelstein, Jay D (CRT)" <Jay.D.Adelstein@usdoj.gov> |
|---|---|
| To: | Grace Murphy <GMurphy@maynardcooper.com>, Rachel Fritzler <rfritzler@cravath.com>, Ted Hosp <THosp@maynardcooper.com>, Janell Ahnert <JAhnert@maynardcooper.com>, Stephanie Mays <SMays@maynardcooper.com>, "lawsont@jccal.org" <lawsont@jccal.org>, "jveres@aum.edu" <jveres@aum.edu>, "Sperber, Joseph (CRT)" <Joseph.Sperber@usdoj.gov> |
| Cc: | Rowan Wilson <RWilson@cravath.com>, Lauren Rosenberg <lrosenberg@cravath.com> |
| Date: | 02/08/2013 10:42 AM |
| Subject: | RE: U.S. v. Jefferson County - Proposed Temporary Order |

My comments are contained in the attachment.

From: Grace Murphy [mailto:GMurphy@maynardcooper.com]
Sent: Friday, February 08, 2013 10:38 AM

**To:** Rachel Fritzler; Ted Hosp; Janell Ahnert; Stephanie Mays; lawsont@jccal.org; jveres@aum.edu; Adelstein, Jay D (CRT); Sperber, Joseph (CRT)
**Cc:** Rowan Wilson; Lauren Rosenberg
**Subject:** RE: U.S. v. Jefferson County - Proposed Temporary Order


Thank you Rachel.   Does the United States anticipate having any additional revisions or comments on the Proposed Temporary Order?  If so, when may we anticipate receiving them?

Grace

Grace R. Murphy
Maynard, Cooper & Gale
(205) 254-1170

---

**From:** Rachel Fritzler [rfritzler@cravath.com]
**Sent:** Thursday, February 07, 2013 5:57 PM
**To:** Grace Murphy; Ted Hosp; Janell Ahnert; Stephanie Mays; lawsont@jccal.org; jveres@aum.edu; Jay.D.Adelstein@usdoj.gov; joseph.sperber@usdoj.gov
**Cc:** Rowan Wilson; Lauren Rosenberg
**Subject:** U.S. v. Jefferson County - Proposed Temporary Order

Counsel and Dr. Veres,

Please see the attached correspondence,

Regards,

Rachel



Rachel M. Fritzler
Cravath, Swaine & Moore LLP
825 Eighth Avenue, 4172D
New York, NY 10019
(212) 474-1274 (tel.)
(212) 474-3700 (fax)

```
This e-mail is confidential and may be privileged. Use or disclosure of it by
anyone other than a designated addressee is unauthorized. If you are not an
intended recipient, please delete this e-mail from the computer on which you
received it.
```

Confidentiality Notice - The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.

IRS Circular 230 Disclosure - To ensure compliance with requirements imposed by the IRS, we

inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. [attachment "CLEAN revised proposed temporary order 02 06 13 (2).jda.doc" deleted by Rachel Fritzler/NYC/Cravath]