UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff, | )<br>)<br>) | |
| vs. | )<br>) | Civil Action No. CV-75-S-666-S |
| JEFFERSON COUNTY, ALABAMA, *et al.*,<br>     Defendants. | )<br>)<br>) | |
| JOHN W. MARTIN, *et al.*,<br>     Plaintiffs, | )<br>)<br>) | |
| vs. | )<br>) | Civil Action No. CV-74-S-17-S |
| CITY OF BIRMINGHAM, ALABAMA, *et al.*,<br>     Defendants. | )<br>)<br>) | |

# ORDER

This case is before the court on Jefferson County's motion for partial relief from the temporary order entered on February 13, 2013, for the purpose of excluding the Cooper Green clinic and urgent care facility from the hiring restrictions imposed in that temporary order.[1]  For the reasons stated in the response filed by the Martin-Bryant parties,[2] the motion is DENIED.  Even so, the court accepts the Martin-Bryant parties' alternative solution.  Accordingly, it is ORDERED that Jefferson County must provide to the Martin-Bryant parties, on or before March 1, 2013, a supplemental list of jobs to be covered by the temporary order, including any jobs within the Cooper Green clinic and urgent care facility as to which the County

---

[1] Doc. no. 1781.

[2] Doc. no. 1783.

anticipates a crucial need to hire or promote within the next six months. The County also should request the Personnel Board of Jefferson County to provide the relevant information relating to certification lists, selection procedures, registers of eligibles, and layoff lists that it either has provided, or is in the process of providing, for the other positions already identified by the County. The parties are ORDERED to submit a revised temporary order on or before March 8, 2013.

    DONE this 19th day of February, 2013.

                                          /s/ Lynwood Smith
                                          United States District Judge