IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. CV-75-S-666-S |
| | * | |
| JEFFERSON COUNTY, ALABAMA, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| JOHN W. MARTIN, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. CV-74-S-17-S |
| | * | |
| CITY OF BIRMINGHAM, ALABAMA, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| ENSLEY BRANCH OF THE N.A.A.C.P., et al., | * | |
| | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. CV-74-S-12-S |
| | * | |
| GEORGE SEIBELS, et al., | * | |
| | * | |
| Defendants. | * | |

1

## **DEFENDANT'S MOTION FOR EMERGENCY APPOINTMENT**

Comes now the Defendant Jefferson County in the above styled cause and requests that the Defendant Jefferson County be allowed to make an emergency appointment to the position of Licensed Professional Counselor at Cooper Green Clinic. As grounds for said motion, the Defendant would aver the following:

Throughout the course of the transition from operating Cooper Green Mercy Hospital to Cooper Green Mercy Health Services, the County has been required to renegotiate the contracts of several services provided by physicians. Among those contracts are ones for psychiatric care for the patients at Cooper Green. After weeks of negotiating what appeared to be a successful agreement with the current psychiatrist at Cooper Green Mercy Hospital, those negotiations have not been successful. A Licensed Professional Counselor served Cooper Green as part of a contract with Jefferson, PC up until January 31, 2013. This Licensed Professional Counselor worked with the psychiatrist with whom the County is in negotiation. The Licensed Professional Counselor at Cooper Green provided therapy to approximately 30 patients per week at the Clinic. The successful negotiation of the contract with the doctor that provides psychiatric services

2

to Cooper Green is contingent upon the employment of a Licensed professional Counselor. Further delay in fulfilling this contract jeopardizes the mental healthcare for those patients that seek these services from Cooper Green. These patients have currently had the services delayed for approximately 15 days now. It is imperative that we fill this position immediately. The County would request that it be allowed to fill this position through the Personnel Board's emergency appointment procedure pursuant to Personnel Board Rule 11.3(e). We have attached the resume of Katie A. Vines, who served in this capacity until January 31, 2013.

WHEREFORE, PREMISES CONSIDERED, the Defendant would request this Honorable Court allow the Defendant to make an emergency appointment of a Licensed Professional Counselor pursuant to Jefferson County Personnel Board Rule 11.3(e).

/s/ T. A. Lawson, II
Bar Number: ASB-3840-L72T
Assistant County Attorney
280 Jefferson County Courthouse
716 Richard Arrington Jr. Blvd. North
Birmingham, Alabama 35203
Phone: (205) 325-5688
Fax: (205) 325-5840
Email: lawsont@jccal.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

> Respectfully submitted,
>
> /s/ T. A. Lawson, II
> Assistant County Attorney

# Katie A. Vines, LPC

Birmingham, AL 35222

| | | |
|---|---|---|
| EXPERIENCE | **Self Employed / Private Practice** | Feb 2013 - Present |
| | Pitts & Associates, Inc. | Birmingham, AL |

•Provide individual, adolescent, and family therapy in a private practice setting.

**Psychiatric Therapist** — Jan 2012 - Feb 2013
Jefferson Clinic, PC — Birmingham, AL
- Provided individual and group therapy to patients in an outpatient psychiatry clinic.
- Provided treatment for a wide range of mental disorders including mood disorders and psychotic disorders.
- Collaborated with psychiatrist to outline the most effective treatment plan that will allow for patient healing, skill development, and reduction of the reliance on psychiatric medications.
- Completed patient assessments to determine if additional services are needed, locate resources, and make patient referrals.

**Residential Therapist** — May 2008 - Jan 2012
Gateway — Birmingham, AL
- Provided individual, group, and family therapy to adolescents in a residential facility.
- Counseled clients on issues related to physical and sexual abuse, neglect, depression, anger management, conflict resolution, separation from family, and other complex trauma issues.
- Worked closely with Residential Director to create and implement program changes moving from a token-based system to a restorative, relationship-based approach to residential care.
- Provided counseling from a theoretic framework based on Trauma-Informed Cognitive Behavioral Therapy.
- Collaborated with caseworkers, psychiatrists, medical staff, and residential life staff to address all aspects of a client's treatment needs.
- Responsible for designing and implementing curriculum for creative and interactive adolescent therapy groups.

**In-Home Therapist** — May 2007 - May 2008
Gateway Alliance Continuum of Care — Birmingham, AL
- Provided in-home therapy to individuals and families in need of improved functioning in the areas of communication, conflict resolution, social skills, parenting, attachment, and family cohesion.
- Provided support to children in foster homes, facilitated visitation with family members, and collaborated with foster parents on behavior modification and intervention strategies.
- Responsible for collaboration with DHR and the family court system to advocate for the safety and stability of clients and their families.

| | | |
|---|---|---|
| **EDUCATION** | Masters of Education<br>University of Montevallo<br>Area of Concentration: Community/Agency Counseling<br>Cumulative GPA: 3.90 | May, 2007 |
| | Bachelor of Science<br>University of Montevallo<br>Major: Psychology<br>Minors: Philosophy and Religion<br>Cumulative GPA: 3.50 | May, 2003 |

**VOLUNTEER/ OUTREACH**

- Provided volunteer counseling in a local women's prison addressing issues related to incarceration including absence from family, guilt concerning criminal behavior, fears linked to re-entering society, addiction relapse prevention, and developing healthy living and coping skills.
- Provided volunteer counseling in a residential facility for homeless men with severe mental illness.
- Led workshops for coworkers and parents on how to understand and empathize with teens with complex traumas and how to build trusting relationships with resistant adolescents.

**SKILLS**

- Trained in assessment, diagnosis and treatment of mental disorders.
- Excellent working knowledge of DMS-IV criteria.
- Experienced in designing and implementing treatment plans to reflect clients' therapeutic needs.
- Able to interact comfortably with many diverse client populations.
- Proficient in common computer applications as well as CMHC cCET and similar software programs for electronic documentation and client record keeping.
- Able to interact effectively with other professionals using excellent written and oral communication skills.
- Extremely organized, energetic, detail-oriented and outgoing.

**CORE COMPETENCIES**

- Abuse and Trauma Issues
- Adolescents
- Behavior Modification / Parenting Skills
- LGBT Issues
- Personality Disorders
- Women's Issues
- Divorce/Blended Family Issues
- Cognitive Behavioral Therapy
- Anxiety Disorders
- Family Cohesion and Attachment Issues
- Brief Crisis Counseling