UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) | |
| vs. | )<br>) | Civil Action No. CV-75-S-666-S |
| JEFFERSON COUNTY, ALABAMA, *et al.*,<br>Defendants. | )<br>)<br>) | |
| JOHN W. MARTIN, *et al.*,<br>Plaintiffs, | )<br>)<br>) | |
| vs. | )<br>) | Civil Action No. CV-74-S-17-S |
| CITY OF BIRMINGHAM, ALABAMA, *et al.*,<br>Defendants. | )<br>) | |

# ORDER

This case is before the court on Jefferson County's motion for permission to make an emergency appointment to the position of Licensed Professional Counselor at Cooper Green Clinic (doc. no. 1786). Plaintiffs are ORDERED to file a response to the motion on or before February 21, 2013.

DONE this 20th day of February, 2013.

_____
United States District Judge