# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. CV-75-S-666-S |
| | * | |
| JEFFERSON COUNTY, ALABAMA, et al., | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| JOHN W. MARTIN, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. CV-74-S-17-S |
| | * | |
| CITY OF BIRMINGHAM, ALABAMA, et al., | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| ENSLEY BRANCH OF THE N.A.A.C.P., et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. CV-74-S-12-S |
| | * | |
| GEORGE SEIBELS, et al., | * | |
| | * | |
| Defendants. | * | |

### MOTION TO SEAL DECLARATIONS OF ROWAN WILSON
### IN SUPPORT OF MARTIN BRYANT PARTIES' OPPOSITION
### TO DEFENDANT'S MOTION FOR EMERGENCY APPOINTMENT

Comes now the Defendant Jefferson County in the above styled cause and requests this Honorable Court seal the declarations of Rowan Wilson and in support aver the following:

In the declaration submitted by Rowan Wilson the documents include the personal cell phone number of Theodore A. Lawson, II, attorney for the Defendant in this case.  While Theodore A. Lawson shared this information with the parties he had not anticipated or intended for it to become part of a public court record.

WHEREFORE, PREMISES CONSIDERED, we request that the documents be placed under seal or that information redacted from the record.

/s/ T. A. Lawson, II
Bar Number: ASB-3840-L72T
Assistant County Attorney
280 Jefferson County Courthouse
716 Richard Arrington Jr. Blvd. North
Birmingham, Alabama  35203
Phone:  (205) 325-5688
Fax:  (205) 325-5840
Email:  lawsont@jccal.org

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 21, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                       Respectfully submitted,

                       /s/ T. A. Lawson, II
                       Assistant County Attorney