UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JEFFERSON COUNTY, ALABAMA, *et al.*, )<br>Defendants. )<br>_____) | | Civil Action No. CV-75-S-666-S |
| JOHN W. MARTIN, *et al.*, )<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CITY OF BIRMINGHAM, ALABAMA, *et al.*, )<br>Defendants. ) | | Civil Action No. CV-74-S-17-S |

## ORDER

This case is before the court on Jefferson County's motion for permission to make an emergency appointment to the position of Licensed Professional Counselor at Cooper Green Clinic,[1] and Jefferson County's motion for reconsideration of this court's February 19, 2013 order.[2] Counsel for all parties are ORDERED to appear at a hearing on those motions, commencing at 1:30 o'clock p.m. on Monday, February 25, 2013, in the United States Courthouse located at 101 Holmes Avenue in Huntsville, Alabama. It is further ORDERED that the psychiatrist whose contract to work at the Cooper Green Clinic is contingent upon the immediate hiring of a Licensed Professional Counselor must attend the hearing and be prepared to present

---

[1] Doc. no. 1786.

[2] Doc. no. 1788. The February 19 order is 1785.

testimony.

    DONE this 21st day of February, 2013.

                                                _____
                                                United States District Judge