Case 2:75-cv-00666-CLS   Document 1795-1   Filed 02/21/13   Page 1 of 1

Job Description : The Personnel Board of Jefferson County Alabama    Page 1 of 1

FILED
2013 Feb-21 PM 07:12
U.S. DISTRICT COURT
N.D. OF ALABAMA



# Personnel Board of Jefferson County
The Foundation of Your Merit System Career

Class Title: CLINICAL COUNSELOR                 Class Number: 7570
Grade: 22                                       Min: 1  Max: 10

**Job Summary:**
Work involves providing professional clinical counseling services to a diverse population of seriously mentally ill or emotionally disturbed clients in a mental health center or corrections facility. Work includes determining kind of treatment to be provided, providing the selected treatment and assessment of patient progress. Work is performed under the general supervision of a Clinical Counseling Supervisor or Psychiatrist.

**Essential Functions:**
Provides direct clinical social work/counseling services including individual, family, and group counseling, supportive therapy and marital therapy to seriously mentally ill or emotionally disturbed patients; determines kind of treatment, length of treatment and appropriate placement. Monitors and records responses to medications including routine screening for medication side effects; consults with psychiatrists on a routine and emergency basis and performs individual case consultations with community health care professionals. Develops, writes, implements and treatment plans in accordance with rules and regulations and accepted standards of care. Reviews and approves treatment plans of other staff. Provides emergency clinical services including consultations concerning hospital admissions and outpatient emergencies; provides crisis intervention including after-hours consultations and consultations with local hospital emergency room personnel and paramedics. Provides patient and family education on mental illness, healthy living, medication, family dynamics, stress management, social environment and/or other factors affecting the client's mental health. Conducts interviews of clients and relatives to obtain relevant social history for initial client assessment and evaluation; compiles information concerning client's personal and family history. Provides indirect clinical services including case referral, case coordination and case consultation; coordinates services needed to aid in treatment such as hospitalization, chemotherapy or partial hospital care. Interprets social aspects of mental illness or behavior disorders to patients' families and to community agencies. Participates in staff conferences and quality assurance reviews with doctors, social workers and law enforcement personnel; serves on selected internal review committees; participates in team evaluations and treatments. Participates and cooperates in community efforts toward improving mental health work; interprets clinic policies to other agencies, judges, schools and the community in general. Presents evaluation results of inmates to appropriate legal and medical authorities; coordinates the transfer of inmates from correctional facility to the appropriate mental health facility; may testify in court regarding inmate competency and psychiatric reports. Prepares progress notes, treatment plans, consultation notes and related documentation and reports. Assists clients in procuring psychotropic medication through a variety of pharmaceutical patient assistance programs and application letters.

**Supervision Exercised:**
None.

**Work Environment:**
Work is performed in an office/treatment center and may expose the employee to clients who are unstable or assaultive.

**Physical Demands:**
Work is essentially sedentary and requires active listening and excellent communication skills.

**Knowledge-Skills:**
Knowledge of the theory, principles and practices of clinical counseling and their underlying principles. Knowledge of the applicable laws and ethics concerning the treatment of mentally ill patients or inmates. Knowledge of the manifestations of special mental diseases and maladjustments. Ability to establish and maintain effective working relationships with physicians, patients, inmates, families, teachers, nurses and with the general public. Ability to interview and elicit relevant information from patients and inmates. Skill in the proficient use of at least one currently accepted psychotherapeutic technique with psychiatric patients.

**Compensable Qualifications:**
Possession of Master's Degree in psychology, social work, counseling, or related mental health area and two years experience in counseling the mentally ill; or any equivalent combination of education, training and experience that demonstrate the above listed knowledge, abilities and skills.

**License/Certification Required:**
License/certification as appropriate to the profession or licensure eligible.

*This Classification Specification is a summary of typical or representative duties and responsibilities inherent in the job class and is not intended to be inclusive of all duties, responsibilities, and tasks performed by incumbents.*

Close

EXHIBIT A