

The Board of Examiners in Counseling of the State of Alabama License

Katie Allen Vines

is duly licensed to engage in the private practice of counseling and use the title Licensed Professional Counselor.

License Number: 2891
Date of Issue: 8/01/2012
Expiration Date: 7/31/2014
Chair: [signature]

№ 11558

EXHIBIT B