UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. CV-75-S-666-S |
| | ) | |
| JEFFERSON COUNTY, ALABAMA, *et al.*, | ) | |
| Defendants. | ) | |
| _____ | ) | |
| JOHN W. MARTIN, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. CV-74-S-17-S |
| | ) | |
| CITY OF BIRMINGHAM, ALABAMA, *et al.*, | ) | |
| Defendants. | ) | |

# ORDER

The hearing set for 1:30 o'clock p.m. on Monday, February 25, 2013 is CONTINUED generally and will be reset by separate order.

DONE this 22nd day of February, 2013.

_____
United States District Judge