## APPENDIX A

| Job Classification | Number of Positions |
|---|---|
| Accountant | 1 |
| Accounting Assistant I | 7 |
| Administrative Assistant I | 9 |
| Administrative Assistant II | 4 |
| Administrative Coordinator | 1 |
| Administrator (Cooper Green) | 1 |
| Assistant Chief of Elections | 1 |
| Assistant District Highway Superintendent | 1 |
| Auto Technician | 1 |
| Benefits Administrator | 1 |
| Bridge Maintenance Construction Supervisor | 1 |
| Bridge Maintenance Worker | 1 |
| Buyer | 1 |
| Case Manager, R.N. | 1 |
| Chairperson – Board of Equalization | 1 |
| Chief Accountant | 1 |
| Chief Clerk | 1 |
| Chief Deputy Coroner | 1 |
| Clinical Counselor | 1 |
| Clinical Nurse Practitioner | 12 |
| Clinical Pharmacist | 1 |
| Community Development Specialist | 1 |
| Construction Equipment Operator | 2 |
| Court Clerk | 5 |
| Data Processing Coordinator | 1 |
| Deputy Director of Roads and Transportation | 1 |
| Director, Jefferson Health and Rehabilitation Center | 1 |
| Director of Ancillary Services | 1 |
| Director of Finance | 1 |
| Director of Roads and Transportation | 1 |
| District Highway Superintendent | 1 |
| Drafter | 1 |
| Electrician | 4 |
| Environmental Laboratory Compliance Administrator | 1 |
| Facilities Manager | 1 |
| Health Services Project Administrator | 1 |
| Heavy Equipment Operator | 1 |
| HR Planner | 1 |
| HVAC | 2 |
| IO Psychologist | 1 |
| Juvenile Detention Officer | 6 |
| LPN | 3 |
| Medical Clerk | 2 |
| Medical Lab Technician | 1 |
| Medical Transcriber | 1 |
| Network Systems Administrator I | 1 |
| Paralegal | 1 |
| Patient Care Technician | 1 |
| Personal Property Appraisers | 2 |
| Personal Property Auditors | 2 |
| Physician - Classified | 5 |

| APPENDIX A | |
|---|---|
| **Job Classification** | **Number of Positions** |
| Principal Buyer | 1 |
| Principal Court Clerk | 1 |
| Property Appraiser | 3 |
| Public Works Supervisor | 1 |
| Security Officer | 3 |
| Senior Juvenile Detention Officer | 3 |
| Senior Maintenance Repair Worker | 3 |
| Senior Property Appraiser | 2 |
| Senior WWTP Maintenance Worker | 2 |
| Sewer Video Specialist | 3 |
| Skilled Laborer | 2 |
| Staff Nurse, R.N. (with oncology certification) | 1 |
| Temporary Housing Rehabilitation Specialist | 1 |
| Traffic Control Technician | 1 |
| Traffic Sign Painter | 1 |
| Truck Driver | 1 |
| WWTP Supervisor | 1 |