IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. CV-75-S-666-S |
| | * | |
| JEFFERSON COUNTY, ALABAMA, et al., | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| JOHN W. MARTIN, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. CV-74-S-17-S |
| | * | |
| CITY OF BIRMINGHAM, ALABAMA, et al., | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| ENSLEY BRANCH OF THE N.A.A.C.P., et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. CV-74-S-12-S |
| | * | |
| GEORGE SEIBELS, et al., | * | |
| | * | |
| Defendants. | * | |

1

## UNOPPOSED MOTION TO APPOINT COUNTY ATTORNEY
## FOR JEFFERSON COUNTY

Comes now the Defendant Jefferson County in the above styled cause and pursuant to the Court's Second Temporary Order requests the Court's permission to fill the position of Jefferson County Attorney. Said position was not contemplated prior to the Court's Second Temporary Order. Pursuant to paragraph 9 of the Court's Second Temporary Order, the Defendant would request permission to fill the position of County Attorney. The County has completed an interview process and has selected Supreme Court Justice Mike Bolin to fill this position. The Martin Bryant Parties and the Department of Justice have no objection.

WHEREFORE, PREMISES CONSIDERED, the Defendant would request the Court to grant its motion to fill the position of County Attorney.


                      s/ Janell M. Ahnert_____
                      Janell M. Ahnert


**OF COUNSEL**:
MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000

                      s/ Theodore A. Lawson, II

                                      Theodore A. Lawson, II
                                      Attorneys for Jefferson County, Alabama

Jefferson County Attorney's Office
280 Jefferson County Courthouse
716 Richard Arrington, Jr. Blvd. N.
Birmingham, AL 35203

## CERTIFICATE OF SERVICE

    I certify that on this the 25th day of April, 2013, I have filed through the Court's CM-ECF system a copy of the foregoing Motion which should send an e-filing notice to Counsel for all of the parties in this matter.

                                      s/ Janell M. Ahnert
                                      OF COUNSEL