UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY, ALABAMA, *et al.*,<br>        Defendants. | Civil Action No. CV-75-S-666-S |
| JOHN W. MARTIN, *et al.*,<br>        Plaintiffs,<br><br>vs.<br><br>CITY OF BIRMINGHAM, ALABAMA, *et al.*,<br>        Defendants. | Civil Action No. CV-74-S-17-S |
| ENSLEY BRANCH OF THE N.A.A.C.P., *et al.*, *et al.*,<br>        Plaintiffs,<br>vs.<br><br>GEORGE SEIBELS, *et al.*,<br>        Defendants | Civil Action No. CV-74-S-12-S |

# ORDER

Upon consideration, it is ORDERED that the motion to appoint a new county attorney for Jefferson County, filed by defendant Jefferson County, Alabama (doc. no. 1803) is GRANTED.

DONE and ORDERED this 25th day of April, 2013.

_____
United States District Judge