FILED
2013 Apr-26  AM 08:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. CV-75-S-666-S** |
| **v.** ) | |
| ) | |
| **JEFFERSON COUNTY,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |
| ) | |
| **JOHN W. MARTIN,** *et al.,* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil Action No. CV-74-S-17-S** |
| **v.** ) | |
| ) | |
| **CITY OF BIRMINGHAM,** ) | |
| **ALABAMA,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |
| ) | |
| **ENSLEY BRANCH OF THE** ) | |
| **N.A.A.C.P.,** et al., ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | **Civil Action No. CV-74-S-12-S** |
| **v.** ) | |
| ) | |
| **GEORGE SEIBELS,** et al., ) | |
| ) | |
| **Defendants** ) | |
| ) | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
## OF RECORD FOR DEFENDANT JEFFERSON COUNTY

02554618.1

COME NOW, David M. Smith and James L. "Jay" Mitchell, and make their notice of appearance as additional counsel of record for Defendant, Jefferson County.

/s/ David M. Smith
David M. Smith (ASB-0455-S83D)
One of the Attorneys for Defendant
Jefferson County, Alabama
Email:  dsmith@maynardcooper.com
Telephone:  205.254.1059
Fax:  205.254.1999

/s/ James L. "Jay" Mitchell
James L. "Jay" Mitchell (ASB-6541-A52M)
One of the Attorneys for Defendant
Jefferson County, Alabama
Email:  jmitchell@maynardcooper.com
Telephone:  205.254.1059
Fax:  205.254.1999

OF COUNSEL:
David M. Smith, Esq.
Edward A. "Ted" Hosp
Janell M. Ahnert
Grace R. Murphy
James L. "Jay" Mitchell
Stephanie H. Mays
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618

Theodore A. Lawson, II
Jefferson County Attorney's Office
716 Richard Arrington, Jr. Blvd. N.
Birmingham, AL 35203

02554618.1

## **CERTIFICATE OF SERVICE**

I certify that on this the 26th day of April, 2013, I have filed through the Court's CM-ECF system a copy of the foregoing pleading which should send an efiling notice to Counsel for all of the parties in this matter.

/s/ David M. Smith
OF COUNSEL

02554618.1