IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. CV-75-S-666-S |
| | * | |
| JEFFERSON COUNTY, ALABAMA, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| JOHN W. MARTIN, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. CV-74-S-17-S |
| | * | |
| CITY OF BIRMINGHAM, ALABAMA, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| ENSLEY BRANCH OF THE N.A.A.C.P., et al., | * | |
| | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. CV-74-S-12-S |
| | * | |
| GEORGE SEIBELS, et al., | * | |
| | * | |
| Defendants. | * | |

## UNOPPOSED MOTION TO APPOINT COUNTY ATTORNEY FOR JEFFERSON COUNTY

Comes now the Defendant Jefferson County in the above styled cause and pursuant to the Court's Second Temporary Order requests the Court's permission to fill the position of Jefferson County Attorney. Said position was not contemplated prior to the Court's Second Temporary Order. Pursuant to paragraph 9 of the Court's Second Temporary Order, the Defendant would request permission to fill the position of County Attorney.

On April 25, 2013, the County filed a motion to fill the position of County Attorney with Alabama Supreme Court Justice Mike Bolin. [Doc. 1803]. The Court granted this Motion. [Doc. 1804]. After initially accepting the County's offer of employment, Justice Bolin subsequently declined the position. The County has now completed additional interviews and would like to fill the position with Birmingham attorney Carol Sue Nelson. The Martin Bryant Parties and the United States Department of Justice have no objection.

WHEREFORE, PREMISES CONSIDERED, the Defendant would request the Court to grant its motion to appoint attorney Carol Sue Nelson to the position of County Attorney.

          s/ Theodore A. Lawson, II
          Theodore A. Lawson, II
          Attorneys for Jefferson County, Alabama

Jefferson County Attorney's Office
280 Jefferson County Courthouse
716 Richard Arrington, Jr. Blvd. N.
Birmingham, AL 35203

**OF COUNSEL**:
MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000

## CERTIFICATE OF SERVICE

    I certify that on this the 15th day of April, 2013, I have filed through the Court's CM-ECF system a copy of the foregoing Motion which should send an e-filing notice to Counsel for all of the parties in this matter.

          s/ Theodore A. Lawson, II
          OF COUNSEL