UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br> )<br>vs. )<br> )<br>JEFFERSON COUNTY, ALABAMA, *et al.*, )<br>　　　　Defendants. )<br>_____) | | Civil Action No. CV-75-S-666-S |
| JOHN W. MARTIN, *et al.*, )<br>　　　　Plaintiffs, )<br> )<br>vs. )<br> )<br>CITY OF BIRMINGHAM, ALABAMA, *et al.*, )<br>　　　　Defendants. ) | | Civil Action No. CV-74-S-17-S |

## ORDER

Upon consideration, it is ORDERED that the second unopposed motion to appoint a new county attorney for Jefferson County, filed by defendant Jefferson County, Alabama (doc. no. 1806) is GRANTED.

DONE this 17th day of May, 2013.

_____
United States District Judge