FILED
2013 Jun-19 PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. CV-75-S-666-S |
| | * | |
| JEFFERSON COUNTY, ALABAMA, et al., | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| JOHN W. MARTIN, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. CV-74-S-17-S |
| | * | |
| CITY OF BIRMINGHAM, ALABAMA, et al., | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| ENSLEY BRANCH OF THE N.A.A.C.P., et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. CV-74-S-12-S |
| | * | |
| GEORGE SEIBELS, et al., | * | |
| | * | |
| Defendants. | * | |

## UNOPPOSED MOTION TO APPOINT CONFIDENTIAL SECRETARY FOR COMMISSIONER JOE KNIGHT

Comes now the Defendant Jefferson County in the above styled cause and pursuant to the Court's Second Temporary Order requests the Court's permission to fill the position of Confidential Secretary to Commissioner Joe Knight. Said position was not contemplated prior to the Court's Second Temporary Order. Pursuant to paragraph 9 of the Court's Second Temporary Order, the Defendant would request permission to fill the position of Confidential Secretary. Commissioner Knight has been operating with insufficient staff since his Chief of Staff became ill on March 13, 2013, and has been unable to return to work. Commissioner Knight would like to appoint Zach Brooks to the position. The Martin Bryant Parties and the United States Department of Justice have no objection.

WHEREFORE PREMISES CONSIDERED the Defendant would request the Court grant its motion to appoint Zach Brooks to the position of Confidential Secretary to Commissioner Joe Knight.

/s/ T. A. Lawson, II
Bar Number: ASB-3840-L72T
Assistant County Attorney
280 Jefferson County Courthouse
716 Richard Arrington Jr. Blvd. North
Birmingham, Alabama  35203
Phone:  (205) 325-5688
Fax:  (205) 325-5840
Email:  lawsont@jccal.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

Respectfully submitted,

/s/ T. A. Lawson, II
Assistant County Attorney