UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>         Plaintiff,                                   )<br>                                                        )<br>vs.                                                    )<br>                                                        )<br>JEFFERSON COUNTY, ALABAMA, *et al.*, )<br>         Defendants.                               )<br>_____) | Civil Action No. CV-75-S-666-S |
| JOHN W. MARTIN, *et al.*,                )<br>         Plaintiffs,                                )<br>                                                        )<br>vs.                                                    )<br>                                                        )<br>CITY OF BIRMINGHAM, ALABAMA, *et al.*, )<br>         Defendants.                               ) | Civil Action No. CV-74-S-17-S |

# ORDER

This case is before the court on Jefferson County's unopposed motion to appoint Zach Brooks as Confidential Secretary for Commissioner Joe Knight (doc. no. 1808). Upon consideration, the motion is GRANTED.

DONE this 20th day of June, 2013.

_____
United States District Judge