FILED
2013 Jun-28  PM 01:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff, v. **JEFFERSON COUNTY,** *et al.*, Defendants. | Civil Action No. CV-75-S-666-S |
| **JOHN W. MARTIN,** *et al.*, Plaintiffs, v. **CITY OF BIRMINGHAM, ALABAMA,** *et al.*, Defendants. | Civil Action No. CV-74-S-17-S |
| **ENSLEY BRANCH OF THE N.A.A.C.P., et al.,** Plaintiffs, v. **GEORGE SEIBELS, et al.,** Defendants. | Civil Action No. CV-74-S-12-S |

**[JOINT PROPOSED] FIRST INTERIM ORDER INCORPORATING ALL AGREED-TO SELECTION PROCEDURES**

Pending a final decision, order and judgment on the motion of the Martin plaintiffs and Bryant intervenors ("the Martin/Bryant Parties") to hold the defendant Jefferson County ("the County") in contempt, it is hereby ORDERED:

1.      Under the terms of the First and Second Temporary Orders [Docs. 1780 and 1802] and this Court's Order on the County's request to hire a Clinical Counselor at Cooper Green Mercy Health Services Clinic [Doc. 1800], Jefferson County, the Martin/Bryant Parties and the United States have all conferred and agreed in writing to the following selection procedures for the specified number of positions in twenty-two (22) job classifications:

| Job Classification | Number of Positions | Agreed Method |
|---|---|---|
| Accounting Assistant I | 6 | Rank Order from Layoff List (If layoff list insufficient to fill all needs, may randomly select from top ranked candidates on certification list) |
| Administrative Assistant I | 9 | Rank Order from Layoff List |
| Administrative Assistant II | 4 | Lottery from Certification List |
| Auto Technician | 1 | Rank Order from Layoff List |
| Bridge Maintenance Construction Supervisor | 1 | Rank Order from Layoff List (If the individual on the layoff list declines the position, the County will wait until the Personnel Board creates a register and certification list) |
| Bridge Maintenance Worker | 1 | Lottery from Certification List |
| Buyer | 1 | Rank Order from Layoff List |
| Clinical Counselor | 1 | The County has received a certification list from the Personnel Board, and will hire by lottery as ordered by the Court on March 1, 2013 [Doc. 1800]. |
| Clinical Nurse Practitioner | 8 | Lottery from Certification List |
| Community Development Specialist | 1 | Lottery from Certification List |
| Court Clerk | 5 | Lottery from Certification List |
| District Highway Superintendent | 1 | Lottery from Certification List |
| Electrician | 4 | Lottery from Certification List |
| LPN | 3 | Lottery from Certification List |
| Medical Transcriber | 1 | The County already hired Ms. Anita Luster |
| Network Systems Administrator I | 1 | Lottery from Certification List |
| Personal Property Auditors | 2 | Rank Order from Layoff List |
| Principal Buyer | 1 | Rank Order from Layoff List |
| Senior Maintenance Repair Worker | 3 | Lottery from Certification List |
| Senior WWTP Maintenance Worker | 2 | Lottery from Certification List |
| Temporary Housing Rehabilitation Specialist | 1 | Lottery from Certification List |
| Truck Driver | 1 | May recall highest ranking African American male on layoff list (If he declines, must wait until Personnel Board creates register and certification list) |

      2.      Pursuant to paragraph 8 of the Temporary Orders, this Court hereby incorporates these selection procedures. These hires may proceed only to the extent applicants for the above-listed classifications are selected according to the identified interim selection methods. .

      Respectfully submitted,

/s/ Jay D. Adelstein
Jay D. Adelstein
Joseph J. Sperber, IV

UNITED STATES DEPARTMENT OF JUSTICE
Employment Litigation Section – Civil Rights Division
   950 Pennsylvania Ave., N.W.
     Washington, DC 20530
       (202) 514-3749

*Attorneys for the United States Department of Justice*

/s/ David M. Smith
David M. Smith
Edward A. "Ted" Hosp
Janell M. Ahnert
Thomas J. Butler
James L. ("Jay") Mitchell
Grace R. Murphy
Stephanie H. Mays
MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
   2400 Regions/Harbert Plaza
     Birmingham, AL 35203

s/ Theodore A. Lawson, II
Theodore A. Lawson, II
Jefferson County Attorney's Office
280 Jefferson County Courthouse
716 Richard Arrington, Jr. Blvd. N.
Birmingham, AL 35203
*Attorneys for Defendant Jefferson County*

/s/ Rowan D. Wilson
Rowan D. Wilson
Thomas G. Rafferty
Rachel M. Fritzler
Lauren M. Rosenberg

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
   825 Eighth Avenue
    New York, NY 10019
     (212) 474-1000

*Attorneys for Plaintiffs John W. Martin, et al. and Intervenors Gwendolyn Bryant, et al.*

**CERTIFICATE OF SERVICE**

      I certify that on this the 28th day of June, 2013, I have filed through the Court's CM-ECF system a copy of the foregoing pleading which should send an e-filing notice to Counsel for all of the parties in this matter.

                                                           s/ Grace R. Murphy
                                                           OF COUNSEL