IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. CV-75-S-666-S |
| JEFFERSON COUNTY, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |
| JOHN W. MARTIN, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. CV-74-S-17-S |
| CITY OF BIRMINGHAM, ALABAMA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**FIRST INTERIM ORDER INCORPORATING ALL AGREED-TO SELECTION PROCEDURES**

Pending a final decision, order and judgment on the motion of the Martin plaintiffs and Bryant intervenors ("the Martin/Bryant Parties") to hold the defendant Jefferson County ("the County") in contempt, it is hereby ORDERED:

1. Under the terms of the First and Second Temporary Orders [Docs. 1780 and 1802] and this Court's Order on the County's request to hire a Clinical Counselor at Cooper Green Mercy Health Services Clinic [Doc. 1800], Jefferson County, the Martin/Bryant Parties and the United States have all conferred and agreed in writing to the following selection procedures for the specified number of positions in twenty-two (22) job classifications:

1

| Job Classification | Number of Positions | Agreed Method |
|---|---|---|
| Accounting Assistant I | 6 | Rank Order from Layoff List (If layoff list insufficient to fill all needs, may randomly select from top ranked candidates on certification list) |
| Administrative Assistant I | 9 | Rank Order from Layoff List |
| Administrative Assistant II | 4 | Lottery from Certification List |
| Auto Technician | 1 | Rank Order from Layoff List |
| Bridge Maintenance Construction Supervisor | 1 | Rank Order from Layoff List (If the individual on the layoff list declines the position, the County will wait until the Personnel Board creates a register and certification list) |
| Bridge Maintenance Worker | 1 | Lottery from Certification List |
| Buyer | 1 | Rank Order from Layoff List |
| Clinical Counselor | 1 | The County has received a certification list from the Personnel Board, and will hire by lottery as ordered by the Court on March 1, 2013 [Doc. 1800]. |
| Clinical Nurse Practitioner | 8 | Lottery from Certification List |
| Community Development Specialist | 1 | Lottery from Certification List |
| Court Clerk | 5 | Lottery from Certification List |
| District Highway Superintendent | 1 | Lottery from Certification List |
| Electrician | 4 | Lottery from Certification List |
| LPN | 3 | Lottery from Certification List |
| Medical Transcriber | 1 | The County already hired Ms. Anita Luster |
| Network Systems Administrator I | 1 | Lottery from Certification List |
| Personal Property Auditors | 2 | Rank Order from Layoff List |
| Principal Buyer | 1 | Rank Order from Layoff List |
| Senior Maintenance Repair Worker | 3 | Lottery from Certification List |
| Senior WWTP Maintenance Worker | 2 | Lottery from Certification List |
| Temporary Housing Rehabilitation Specialist | 1 | Lottery from Certification List |
| Truck Driver | 1 | May recall highest ranking African American male on layoff list (If he declines, must wait until Personnel Board creates register and certification list) |

2.  Pursuant to paragraph 8 of the Temporary Orders, this Court hereby incorporates these selection procedures. These hires may proceed only to the extent applicants for the above-listed classifications are selected according to the identified interim selection methods.

3

DONE this 2nd day of July, 2013.

　　　　　　　　　　　　　　　　　　/s/ Lynwood Smith
　　　　　　　　　　　　　　　　　　United States District Judge