# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. CV-75-S-666-S |
| ) | |
| JEFFERSON COUNTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| JOHN W. MARTIN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. CV-74-S-17-S |
| ) | |
| CITY OF BIRMINGHAM, ) | |
| ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| ENSLEY BRANCH OF THE ) | |
| N.A.A.C.P., et al., ) | Civil Action No. CV-74-S-12-S |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| GEORGE SEIBELS, et al., ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION TO APPOINT INTERIM DIRECTOR OF THE**
**<u>OFFICE OF SENIOR CITIZENS SERVICES FOR JEFFERSON COUNTY</u>**

Comes now the Defendant Jefferson County in the above styled cause and pursuant to the Court's First and Second Temporary Orders [Docs. 1780 and 1802] requests the Court's permission to fill the position of Interim Director of the Office of Senior Citizens Services. Said position was not contemplated prior to the Court's First or Second Temporary Order and is now vacant because of an unanticipated retirement. Pursuant to paragraph 9 of the Court's Temporary Orders, the Defendant would request permission to fill the position of Interim Director of the Office of Senior Citizens Services.

The County would like to fill the vacancy with Ms. Derry Johnson, who is currently serving as the Director of the Jefferson Rehabilitation and Health Center, which was recently sold and transitioned to a private company. Counsel for the County has consulted with opposing counsel and neither the Martin-Bryant Parties nor the United States Department of Justice have any objections to this interim appointment.

WHEREFORE, PREMISES CONSIDERED, the Defendant would request the Court to grant its motion to appoint Ms. Derry Johnson to the position of Interim Director of the Office of Senior Citizens Services.

/s/ David M. Smith
David M. Smith
Edward A. "Ted" Hosp
Janell M. Ahnert
Thomas J. Butler
James L. ("Jay") Mitchell
Grace R. Murphy
Stephanie H. Mays
MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203

s/ Theodore A. Lawson, II
Theodore A. Lawson, II
Jefferson County Attorney's Office
280 Jefferson County Courthouse
716 Richard Arrington, Jr. Blvd. N.
Birmingham, AL 35203

*Attorneys for Defendant Jefferson County*

## CERTIFICATE OF SERVICE

I certify that on this the 8th day of July, 2013, I have filed through the Court's CM-ECF system a copy of the foregoing Motion which should send an e-filing notice to Counsel for all of the parties in this matter.

s/ Grace R. Murphy
OF COUNSEL