FILED
2013 Jul-09 AM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No. CV-75-S-666-S |
| JEFFERSON COUNTY, ALABAMA, *et al.*,<br>Defendants. | ) ) ) | |
| JOHN W. MARTIN, *et al.*,<br>Plaintiffs, | ) ) ) | |
| vs. | ) ) | Civil Action No. CV-74-S-17-S |
| CITY OF BIRMINGHAM, ALABAMA, *et al.*,<br>Defendants. | ) ) ) | |

## ORDER

This case is before the court on Jefferson County's unopposed motion to appoint Derry Johnson as Interim Director of the Office of Senior Citizens Services (doc. no. 1812). Upon consideration, the motion is GRANTED.

DONE this 9th day of July, 2013.

_____
United States District Judge