FILED

2013 Jul-19 PM 01:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. CV-75-S-666-S** |
| | ) | |
| **JEFFERSON COUNTY, ALABAMA,** *et al.,* | ) | |
| **Defendants.** | ) | |
| | ) | |
| **JOHN W. MARTIN,** *et al.,* | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. CV-74-S-17-S** |
| | ) | |
| **CITY OF BIRMINGHAM, ALABAMA,** *et al.,* | ) | |
| **Defendants.** | ) | |

## ORDER

This case is before the court on Jefferson County's unopposed motion to appoint Tracy Pate as Interim Director of the Department of Roads and Transportation (doc. no. 1814). Upon consideration, the motion is GRANTED.

DONE this 19th day of July, 2013.

_____
United States District Judge