UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY, ALABAMA, *et al.*,<br>       Defendants.<br><br>JOHN W. MARTIN, *et al.*,<br>       Plaintiffs,<br><br>vs.<br><br>CITY OF BIRMINGHAM, ALABAMA, *et al.*,<br>       Defendants. | Civil Action No. CV-75-S-666-S<br><br><br><br>Civil Action No. CV-74-S-17-S |

## ORDER

This case is before the court on Jefferson County's motion to approve interim selection procedures for Security Officer and WWTP Supervisor, and for approval to hire additional Security Officers.[1]  All plaintiffs must file a response to the motion on or before August 12, 2013.

DONE this 29th day of July, 2013.

                                          /s/ Lynwood Smith
                                          United States District Judge

---

[1] Doc. no. 1817.