# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **Civil Action No. CV-75-S-666-S** |
| ) | |
| **JEFFERSON COUNTY,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| **JOHN W. MARTIN,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | **Civil Action No. CV-74-S-17-S** |
| ) | |
| **CITY OF BIRMINGHAM, ALABAMA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| **ENSLEY BRANCH OF THE N.A.A.C.P.,** et al., ) | **Civil Action No. CV-74-S-12-S** |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| **GEORGE SEIBELS,** et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT JEFFERSON COUNTY, ALABAMA'S NOTICE OF <u>WITHDRAWAL OF DOC. 1817 WITHOUT PREJUDICE</u>

1

COMES NOW Defendant Jefferson County, Alabama ("Defendant" or "the County"), by and through counsel, and states as follows:

1. Defendant filed the Motion to Approve Interim Selection Methods for Security Officer and WWTP Supervisor and for Approval to Hire Additional Security Officer, [Doc. 1817], on July 26, 2013.

2. When it filed the Motion, the County had already circulated the Motion to counsel for the Martin-Bryant Parties and United States, as well as to the Special Master and Personnel Board counsel, but allowed only one day for their review. Counsel for the Martin-Bryant Parties and United States did not have sufficient time to formulate a position, but the County needed to proceed due to the County's urgent need to hire security officers.

3. Since the County's filing, some of the parties have continued their discussions regarding the appropriate selection procedure for the security officer job classification.[1] If the motion is withdrawn, the parties will continue such discussions.

4. With the prospect of continued discussions regarding this selection procedure, the hope of obtaining a consensus, and the desire to conserve judicial

---

[1] At this time, the parties are focusing their efforts on resolving the dispute on selection procedures for the job classification of security officer. The County's motion also sought relief on the classification of Wastewater Treatment Plant Supervisor, but because at this time, the County feels that security officer hiring takes precedence, it is withdrawing its entire motion and is concentrating efforts with the other parties on the security officer job classification.

resources, the County hereby withdraws its Motion, [Doc. 1817], without prejudice. With this withdrawal, the parties expect that the briefing schedule established by Order dated July 29, 2013, [Doc. 1820], is terminated and no response is due from the plaintiffs on August 12, 2013.

5. The County reserves the right to refile its original or an amended Motion to Approve Interim Selection Methods for Security Officer and WWTP Supervisor and for Approval to Hire Additional Security Officer.

Respectfully submitted,

/s/ David M. Smith
David M. Smith
Edward A. "Ted" Hosp
Janell M. Ahnert
Thomas J. Butler
James L. ("Jay") Mitchell
Grace R. Murphy
Stephanie H. Mays

MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203

/s/ Theodore A. Lawson, II
Theodore A. Lawson, II
Jefferson County Attorney's Office
280 Jefferson County Courthouse
716 Richard Arrington, Jr. Blvd. N.
Birmingham, AL 35203
*Attorneys for Defendant Jefferson County*

## **CERTIFICATE OF SERVICE**

      I certify that on this the 7th day of August, 2013, I have filed through the Court's CM-ECF system a copy of the foregoing pleading which should send an e-filing notice to Counsel for all of the parties in this matter.

                      /s/ Grace R. Murphy
                      OF COUNSEL