
# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JEFFERSON COUNTY, *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. CV-75-S-666-S |
| )<br>JOHN W. MARTIN, *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>CITY OF BIRMINGHAM, )<br>ALABAMA, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. CV-74-S-17-S |
| )<br>ENSLEY BRANCH OF THE )<br>N.A.A.C.P., et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>GEORGE SEIBELS, et al., )<br>)<br>Defendants. ) | Civil Action No. CV-74-S-12-S |

### **UNOPPOSED MOTION TO APPROVE SUPPLEMENTAL INTERIM SELECTION METHOD FOR BRIDGE MAINTENANCE CONSTRUCTION SUPERVISOR**

Comes now the Defendant Jefferson County (the "County" or "Defendant") in the above styled cause and, pursuant to the Court's First and Second Temporary Orders [Docs. 1780 and 1802], requests the Court's approval of a supplemental interim selection method for the job classification of Bridge Maintenance Construction Supervisor. In support of this Motion, the County states as follows:

1. On July 2, 2013, the Court specified that the County could fill one position in the job classification of Bridge Maintenance Construction Supervisor by "rank order from the layoff list (if the individual on the layoff list declines the position, the County will wait until the Personnel Board creates a register and certification list)." [Doc. 1811 at p. 2].

2. The County proceeded to apply this interim selection procedure, however, the individual on the layoff list declined the position. The Personnel Board then issued a certification list for this classification to the County.

3. The County would now request the Court's approval to fill this one previously approved position in the job classification of Bridge Maintenance Construction Supervisor by random selection from among the individuals listed on the certification list.

4. As information, the County has already performed the random selection off the certification list, and an African American male was chosen. He

would only fill the position if the Court approves of this interim selection procedure.

5. Counsel for the County have consulted with opposing counsel and neither the Martin-Bryant Parties nor the United States Department of Justice have any objections to this supplemental interim selection method.

WHEREFORE, PREMISES CONSIDERED, the Defendant would request the Court to grant its motion to approve this supplemental interim selection method for Bridge Maintenance Construction Supervisor.


/s/ David M. Smith
David M. Smith
Edward A. "Ted" Hosp
Janell M. Ahnert
Thomas J. Butler
James L. ("Jay") Mitchell
Grace R. Murphy
Stephanie H. Mays
MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203

/s/ Theodore A. Lawson, II
Theodore A. Lawson, II
Jefferson County Attorney's Office
280 Jefferson County Courthouse
716 Richard Arrington, Jr. Blvd. N.
Birmingham, AL 35203

*Attorneys for Defendant Jefferson County*

{02620025.1}

## CERTIFICATE OF SERVICE

I certify that on this the 16th day of August, 2013, I have filed through the Court's CM-ECF system a copy of the foregoing Motion which should send an e-filing notice to Counsel for all of the parties in this matter.


                                                s/ Grace R. Murphy  
                                                OF COUNSEL

{02620025.1}