
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY, ALABAMA, *et al.*,<br>　　　　Defendants.<br>_____<br>JOHN W. MARTIN, *et al.*,<br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF BIRMINGHAM, ALABAMA, *et al.*,<br>　　　　Defendants. | Civil Action No. CV-75-S-666-S<br><br><br><br><br><br><br><br>Civil Action No. CV-74-S-17-S |

## ORDER

This case is before the court on Jefferson County's unopposed motion to approve a supplemental interim selection method for the bridge maintenance construction supervisor position (doc. no. 1822). Upon consideration, the motion is GRANTED.

　　　DONE this 20th day of August, 2013.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge