FILED
2013 Sep-20 PM 04:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Civil Action No. CV-75-S-666-S** |
| ) | |
| **JEFFERSON COUNTY,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |
| ) | |
| **JOHN W. MARTIN,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| v. ) | **Civil Action No. CV-74-S-17-S** |
| ) | |
| **CITY OF BIRMINGHAM, ALABAMA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |
| ) | |
| **ENSLEY BRANCH OF THE N.A.A.C.P.,** et al., ) | **Civil Action No. CV-74-S-12-S** |
| ) | |
| **Plaintiffs** ) | |
| v. ) | |
| ) | |
| **GEORGE SEIBELS,** et al., ) | |
| ) | |
| **Defendants** ) | |

## **JOINT STATUS REPORT**

Pursuant to this Court's Order of August 20, 2013 (Doc. 1824), counsel for the Martin-Bryant Parties, the United States and Jefferson County (the "County") file this joint status report.

1. The parties have met and conferred about modifications to the Consent Decree. At the time of this filing, the parties are uncertain whether they will be able to reach agreement and submit to the Court a single proposal of modifications to the Decree. The parties intend to continue to confer, and anticipate that they will determine whether a joint proposal is attainable by no later than Monday, September 23, 2013. The parties intend to send to the Court either a single joint proposal on behalf of all parties, or else competing proposals, on or before September 25, as directed by the Court.

2. The parties have met and conferred about the terms of a proposed Order appointing a Receiver and setting forth the scope of his or her duties and powers. At the time of this report, the parties have not yet reached agreement on a single joint proposal, but are optimistic that a joint proposal may be attainable upon further discussion. The parties intend to submit either a joint proposed Order appointing a Receiver or, in the alternative, the parties' respective proposals, on or before September 25, as directed by the Court.

3. Many individuals have contacted the Martin-Bryant Parties, the County and the United States to express interest in appointment by this Court to act

as Receiver.  The parties did not understand the Order to mean that they were to submit the names and résumés for every person who had expressed an interest in the position of Receiver.  The parties have discussed all the candidates that at least one party would recommend for the position.  The Martin-Bryant Parties and the United States submit Dr. Ronald Sims as a prospective candidate.  The County submits Mr. Michael Quinn, Dr. Ronald Sims, Ms. Fern Singer, and Mr. Alfred F. ("Buddy") Smith as prospective candidates.  Résumés for those four prospective candidates are attached hereto.

          s/ Rowan D. Wilson
          Rowan D. Wilson
          Thomas G. Rafferty
          Rachel M. Fritzler
          Lauren M. Rosenberg

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

          s/ Jay D. Adelstein
          Jay D. Adelstein
          Joseph Sperber, IV

**OF COUNSEL:**
UNITED STATES DEPARTMENT OF JUSTICE
Employment Litigation Section – Civil Rights Division
950 Pennsylvania Avenue
Washington, D.C. 20530
(202) 514-3749

                                      s/ David M. Smith
                                      David M. Smith
                                      Edward A. "Ted" Hosp
                                      James L. Mitchell
                                      Janell M. Ahnert
                                      Thomas J. Butler
                                      Grace R. Murphy
                                      Stephanie H. Mays

**OF COUNSEL**:
MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000

                                      s/ Theodore A. Lawson, II
                                      Theodore A. Lawson, II

Jefferson County Attorney's Office
280 Jefferson County Courthouse
716 Richard Arrington, Jr. Blvd. N.
Birmingham, AL 35203