FILED
2013 Sep-20  PM 04:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# VITA - RONALD R. SIMS
### Floyd Dewey Gottwald, Sr. Professor
1 October 2012

**Office**

Mason School of Business
College of William and Mary
Williamsburg, VA 23185
(757) 221-2855
Email:Ronald.sims@mason.wm.edu

**Home**

301 Dogleg Drive
Williamsburg, VA 23188
(757) 870-0306

## EDUCATION

Ph.D. 1981, Department of Organizational Behavior, Weatherhead School of Management, Case Western Reserve University, Cleveland, Ohio

M.S.W. 1972, School of Social Work & Community Planning, University of Maryland, Baltimore, Maryland

B.A. Sociology, 1971, University of Steubenville (Franciscan University), Steubenville, Ohio

## ACADEMIC POSITIONS

1992-present – Floyd Dewey Gottwald Sr. Professor (with tenure), Mason School of Business, College of William and Mary.

1994-1995 – Director of Masters in Business Administration (MBA) Program and Floyd Dewey Gottwald Sr. Professor of Business Administration, College of William and Mary.

1986-1992 – Associate Professor (with tenure), School of Business Administration, College of William and Mary, Williamsburg, VA. 23185.

1981-1986 – Assistant Professor of Management, School of Business, Auburn University at Montgomery, Montgomery, AL. 36193.

1983-1984 – Adjunct Professor, Alabama State University, College of Business Administration, Montgomery, AL. 36195.

## NON-ACADEMIC POSITIONS

July 2002-December 2008 – Federally appointed Receiver, *United States of America v. Jefferson County*, Alabama, U.S. District Court, Northern District of Alabama (Southern Division), Civil Action file No. CV-75-666, Birmingham, AL.  Responsible for reforming Personnel Board of Jefferson County and to meet the requirements of the 1981 Consent Decree and 1995 Modification.

1981-present — Organization and Management Consultant, Ronald R. Sims & Associates — providing organization change and human resource management consultation to private, public and not-for-profit organizations.

January 2001-June 2001 – Expert, *Cooper et al. v. The Southern Company, et. al*., United States District Court, Northern District of Georgia (Atlanta Division), Civil Action file. No. 1--00-CV-2231-ODE.  Consultation to Defendant's (The Southern Company) counsel in a race-based promotion, compensation and appraisal suit.  Provided expert report on human resource management and organizational climate of The Southern Company, Atlanta, GA.

1998-2001 — Board of Directors – BoundlessNetworks and 3Tango, computer technology firms in U.S. and Barcelona, Spain.

1995-2000 — Associate with TRI Corporation, an organization and change management consulting firm that specializes in designing and implementing leadership and organizational development business simulation programs and interventions.

1992-1994 – Chair, Oversight Committee, *Reeves v. City of Atlanta*. Retained by the Atlanta Department of Public Safety to chair oversight committee for the development and implementation of promotional procedures and tests for police officers.

1972-1997 — U.S. Army and Army Reserves, MSC, Social Work Officer, retired LTC – August 1997.

1978-1980 — Central National Bank, Internal Organization Development Consultant, Cleveland, Ohio.

1977-1980 — Crisis Intervention Center, Social Worker, Cleveland, Ohio

1975-1977 — Ohio Department of Mental Retardation, Director of Social Work Services, Cleveland, Ohio.


## HONORS, PRIZES AND AWARDS

**Editorships, editorial boards, & journal review activities**

Reviewer Journal of Business Ethics Education—2010-present; Management Research News – 2007-present; Journal of Human Resources Education – 2007-present; teaching business ethics section editor for Journal of Business Ethics – 2004 -- 2006; review board of Teaching Business Ethics – 1996-2004; reviewer Scandinavian Journal of Management – 2004 to present; special reviewer for Academy of Management; contributing reviewer for Journal of Business Ethics – 1991 to present; special reviewer for Journal of Management Education – 2004 to present; editorial review board for Review of Business – 1988 to

present; reviewer <u>Internet Encyclopedia</u> – 2003; consulting reader for <u>Psychological Reports</u> – 1992 to 1995; contributing reviewer for <u>MIS Quarterly</u> – 1991 to 1993.


**Teaching awards**

BBA Excellence in Teaching (2006); MBA Teaching Excellence Award (2004); State Council on Higher Education in Virginia Outstanding Faculty Award (2000); Executive MBA Teaching Excellence Award (1995); MBA Teaching Award (1991).


<u>COURSES TAUGHT</u>

Undergraduate:  Organization Transformation and Change Management, Strategic Analysis and Consulting, Organization Behavior, Organization Theory, Leadership, Human Resources Management, Leadership, Business and Society (Ethics)

Graduate:  Consulting CAM, Organization Behavior, Leadership and Change Management, Human Resources Management, Organization Theory, Business Ethics


<u>FELLOWSHIPS AND GRANTS</u>

**Summer and faculty research assignments received from William and Mary**

Semester Research Grant—(Approved for 2011-2012) - Efforts to integrate ethics in the business school curriculum; Semester Research Grant—(2004-2005) - Shaping ethical climate and employee attitudes: The role of leader moral development; Semester Research Grant (1997-98) - A cross-cultural study of learning styles; Summer Research Grant (1987) - An exploratory examination of the convergence between the Learning Style Questionnaire and the Learning Style Inventory; Semester Research Grant (1988) - The relationship between learning styles and adaptive styles

<u>RESEARCH AND OTHER SCHOLARLY WORK</u>

**Books written**

Sims, R.R. <u>Reforming (Transforming?) a public human resource management agency: The case of the Personnel Board of Jefferson County, Alabama</u>. Information Age Publishing, Charlotte, NC. (2010).

Sims, R.R. <u>Human resource development (HRD): Today and Tomorrow</u>. Information Age Publishing, Charlotte, NC. (2006).

(Sims, S.J.) and Sims, R.R. <u>Managing  school system change: Charting a course for renewal</u>. Information Age Publishing, Charlotte, NC. (2004).

Sims, R.R. Ethics and social responsibility: Why giants fall. Praeger Press, Westport, CT. (2003).

Sims, R.R. Managing organizational behavior: The ultimate management challenge. Greenwood Publishing Group, Inc., Westport, CT. (2002).

Sims, R.R. Organizational success through effective human resource management.. Quorum Books, Westport, CT. (2002).

Sims, R.R. Teaching business ethics. Greenwood Publishing Group, Inc., Westport, CT. (2002).

Sims, R.R., (Veres, J.G., Jackson, K., and C. Facteau). The challenge of front-line management: Flattened organizations in the new economy.  Quorum Books, Westport, CT. (2001).

Sims, R.R. Administration. , BOMI Institute, Arnold, MD. (1999).

Sims, R.R. Reinventing training and development. (1998). Praeger Press, Westport, CT.

Sims, R.R. and (Sims, S.J.) Changes and challenges for the human resource management professional. Greenwood Press, Westport, CT. (1994).

Sims, R.R. Ethics and organizational decision making: A call for renewal. Quorum Books, Westport, CT. (1994).

Sims, R.R.  Training enhancement in government. Quorum Books, Westport, CT. (1993).

Sims, R.R., (D. D. White and D. A. Bednar). Readings in organizational behavior. Allyn & Bacon, Boston, MA. (1992).

Sims, R.R. An experiential learning approach to employee training systems. Quorum Books, Westport, CT. (1990).


**Edited volumes**

(Sauser, W.I., Jr.) and Sims, R. R. (eds.). Human resources management for the millennial generation.  Information Age Publishing, Inc. NC. (2012).

Sims, R.R. and (Sauser, W.I., Jr.). (eds.). Experiences in teaching business ethics. Information Age Publishing, NC. (2011).

Sims, R.R. (ed.). Change (Transformation) in government organizations. Information Age Publishing, NC. (2010).

(Quatro, S.) and Sims, R.R. (eds.). Executive ethics: Ethical dilemmas and challenges for the

C-suite. Information Age Publishing, Charlotte, NC. (2008).

Sims, R.R. (ed.). Human resources management: Contemporary issues, challenges and opportunities. Information Age Publishing, Charlotte, NC. (2007).

Sims, R.R. and (Sims, S.J.). (eds.). Learning styles and learning: A key to meeting the accountability demands in education. Nova Science Publishers, Inc.: New York. (2006).

Sims, R.R. and (S. Quatro). (eds.).  Leadership: Succeeding in the private, public and not-for-profit sectors. M.E. Sharpe Publishers, Armonk, NY. (2005).

Sims, R.R. Changing the way we manage change in the new economy: Quorum Books. Westport, CT. (2002).

Sims, R.R. and (J.G. Veres, III).  Keys to employee success in the coming decades. Greenwood Press, Westport, CT. (1999).

Sims, R.R. Accountability and radical change in public organizations. Quorum Books, Westport, CT. (1998).

(Sims, S.J.) and Sims, R.R. (eds.). Total quality management in higher education: Is it working? Why or why not? Praeger Press, Westport, CT. (1995).

Sims, R.R. and (Sims, S.J.). (eds.). The importance of learning styles: Implications for learning, education, and course design. Greenwood Press, Westport, CT. (1995).

(Spencer, M.) and Sims, R.R. (eds.). Corporate misconduct: The legal, societal, and management issues. Quorum Books, Westport, CT. (1995).

(Veres, J.G.) and Sims, R.R. (eds.). Human resource management and the Americans with Disabilities Act. Quorum Books, Westport, CT. (1995).

Sims, R.R., and (Dennehy, R. F.). (eds.). Diversity and differences in organizations: An agenda for answers and questions. Greenwood Press, Westport, CT. (1993).

Sims, R.R. and (Sims, S. J.). (eds.). Managing institutions of higher education into the 21st century: Issues and implications. Greenwood Press, Westport, CT. (1991).

**Chapters in books**

Sims, R.R., & (Brinkmann, J). Enron ethics: (or culture matters more than codes). In McPhail, K. (ed.). Accounting ethics. Sage Publications, Thousand Oaks, CA. (In press).

Sims, R. R. (In press). Building bridges between the millennials and other generations. In (Sauser, W. I., Jr.) & Sims, R. R. (eds.). Human resources management for the

millennial generati*o*n. Information Age Publishing, Charlotte, NC.

Sims, R.R. & (Sauser, W. I. Jr.). The positive (or negative?) relationship of business
ethics and job-related well-being in contemporary organizations. In S. Valentine (ed.)
Business ethics and job-related well-being. Information Age Publishing, Charlotte, NC.
(In press).

Sims, R.R. & (Sauser, W. I. Jr.). Received wisdom, groupthink, and organizational ethical
culture. In Svyantek, D. & Mahoney, K. (eds.) Received wisdom, kernels of truth, and
boundary conditions in organizational studies. A volume in the IAP *Research in
Organizational Sciences* series.  Information Age Publishing. Charlotte, NC. (In press).

(Sauser, W. I. Jr.) & R. R. Sims. Showing business students how to contribute to organizational
cultures grounded in moral character. In C. Wankel & A. Stachowicz-Stanusch (eds).
Handbook of research on teaching ethics in business and management education. IGI-
Global, Hershey PA, (2011), pp. 232-252.

Sims, R. R. & (J. Brinkmann). Business ethics curriculum development: Balancing
and realism. In R.R. Sims & (W. I. Sauser, Jr.) (eds.). Experiences in teaching business
ethics. Information Age Publishing, Charlotte, NC. (2011), pp. 27-52.

Sims, R. R. Business ethics: Working to develop an effective learning climate. In R.R. Sims &
(W. I. Sauser, Jr.) (eds.). Experiences in teaching business ethics. Information Age
Publishing, Charlotte, NC. (2011), pp. 53-82.

Sims, R. R. Teaching business ethics via dialogue and conversation. In R.R. Sims &
(W. I. Sauser, Jr.) (eds.). Experiences in teaching business ethics Information Age
Publishing, Charlotte, NC. (2011), pp. 97-122.

Sims, R. R. Using writing to teach business ethics: One approach.  In R.R. Sims &
(W. I. Sauser, Jr.) (eds.). Experiences in teaching business ethics. Information Age
Publishing, Charlotte, NC. (2011), pp. 143-170.

Sims, R. R. & (W. I. Sauser, Jr.). Reflection through debriefing in teaching business ethics:
Completing the learning process in experiential learning exercises. In R.R. Sims &
W. I. Sauser, Jr. (eds) Experiences in teaching business ethics. Information Age
Publishing, Charlotte, NC. (2011), pp. 171-204.

Sims, R. R. Changing or transforming today's and tomorrow's public sector organizations. In
R.R. Sims (ed.). Change (transformation) in government organizations. Information Age
Publishing, N.C. (2010), pp. 1-30.

Sims, R. R. Toward an understanding of civil service reform and change in public human
resource management. In R.R. Sims (ed.). Change (transformation) in government
organizations. Information Age Publishing, NC. (2010), pp. 71-90.

Sims, R. R. Public school system reform or change. In R.R. Sims. (Ed.). <u>Change (transformation) in government organizations</u>. Information Age Publishing, NC. (2010), pp. 209-232.

Sims, R.R. Contributed sections on Acton plans, leadership development, internal-external consulting, and organizational development. In. A. Gilley, J.W. Gilley, S. A. Quatro & P. Dixon (eds.). <u>Human Resource Management Handbook</u>. Prager Press. (2008).

Sims, R.R. A C-suite challenge: Preventing ethical breaches.  In (S. Quatro) and Sims, R.R. (eds.). <u>Executive ethics: Ethical dilemmas and challenges for the C-suite</u>. Information Age Publishing, Charlotte, NC. (2008), pp. 123-140.

Sims, R. R. & (J. Brinkmann). Thoughts and second thoughts about Enron ethics. In T. Hernes & C. Garsten (Eds.). <u>Ethical dilemmas in management</u>. Routledge, UK. (2008), pp. 103-116.

Sims, R.R. Linking groupthink to unethical behavior in organizations. In K. Gibson (ed.).<u>The real world of business ethics: People, public and planet at stakeholders</u>, McGraw-Hill/Irwin, Armonk, NY. (2007).

Sims, R.R. Effective human resources management: Yesterday, today and tomorrow. In R.R. Sims (ed.).  <u>Human resources management: Contemporary issues, challenges, and opportunities</u>. Information Age Publishing, Charlotte, NY (2007), pp. 3-26.

Sims, R.R. Toward successful international human resources management. In R.R. Sims (ed.). <u>Human resources management: Contemporary issues, challenges, and opportunities</u>. Information Age Publishing, Charlotte, NY (2007), pp. 69-108.

Sims, R.R. & (S.J. Sims). Human resource development: Issues, challenges and opportunities. In R.R. Sims (ed.). <u>Human resources management: Contemporary issues, challenges, and opportunities</u>. Information Age Publishing, Charlotte, NY (2007), pp. 319-348.

(Sauser, W.I.) & R.R. Sims. Fostering an ethical culture for business: The role of HR managers. In R. R. Sims (ed.).  <u>Human resources management: Contemporary issues, challenges, and opportunities</u>. Information Age Publishing, Charlotte, NY (2007), pp. 253-286.

(S.J. Sims) & R.R. Sims. Human resource management and career management and development. In R.R. Sims (ed.).  <u>Human resources management: Contemporary issues, challenges, and opportunities</u>. Information Age Publishing, Charlotte, NY (2007), pp. 377-418.

R.R. Sims. Employee benefits: Issues, challenges, and opportunities. In R.R. Sims (ed.). <u>Human resources management: Contemporary issues, challenges, and opportunities</u>. Information Age Publishing, Charlotte, NY (2007), pp. 455-491.

(R. McCullough) & R.R. Sims. A look at contemporary human resource management

information systems by Roger McCullough. In R.R. Sims (ed.).  Human resources management: Contemporary issues, challenges, and opportunities. Information Age Publishing, Charlotte, NY (2007), pp. 537-572.

Sims, R.R. and (Sims, S.J.), Maximizing learning outcomes in training and development: The role of learning and learning styles in R. R. Sims & (S. J. Sims). (eds.). Learning styles and learning: A key to meeting the accountability demands in education. Nova Science Publishers, Inc.: New York. (2006), pp. 259-242.

(Sims, S.J.) & R.R. Sims, Learning styles, decontextualized testing, and the need for style-switching in minority students, in R.R. Sims and (Sims, S.J.). (eds.). Learning styles and learning: A key to meeting the accountability demands in education. Nova Science Publishers, Inc.: New York. (2006), pp, 191-210.

Sims, R.R. Restoring ethics consciousness to organizations and the workplace: Every leaders challenge. In Sims, R.R. and (S. Quatro). (eds.). Leadership: Succeeding in the private, public and not-for-profit sectors. M.E. Sharpe Publishers, NY. (2005), pp. 386-409.

(Sims, S.J.,) & Sims, R.R. Leadership challenges in education: Improving administrative decision making. In Sims, R.R. and (S. Quatro). (eds.). Leadership: Succeeding in the private, public and not-for-profit sectors. M.E. Sharpe Publishers, NY. (2005), pp. 195-215.

Sims, R.R. Nonprofit leadership challenges: Credibility, change and mission. In The Management Centre (ed.) Management in the non-profit sector. Management Centre, USAID: Nicosia, Cyprus. (2004), pp. 7-12.

Sims, R.R. Understanding and succeeding as a volunteer manager. In The Management Centre (Ed.) Management in the non-profit sector. Management Centre, USAID: Nicosia, Cyprus (2004), pp. 87-104.

(Sims, S.J.,) & Sims, R.R.  Employee involvement is still the key to successfully managing change.  In Sims, R.R. (ed.). Changing the way we manage change. Quorum Books, Westport, CT. (2002), pp. 33-54.

Sims, R.R.  The changing roles and responsibilities of change agents.  In Sims, R.R.(ed.). Changing the way we manage change. Quorum Books, Westport, CT. (2002), 85-110.

Sims, R.R., & (Mea, William J.) Change management methods in the exciting world of B2B. In Sims, R.R. (Ed.). Changing the way we manage change. Quorum Books, Westport, CT. (2002), 147-170.

(Veres, J.G., III,) Sims, R.R., (Locklear, Jackson, K.A., O'Leary, R.S.) Job analysis: Yesterday, today, and tomorrow.  In Ferris, G.R., and Buckley, M.R. (eds.). Human resources management: Perspectives, context, functions, and outcomes. (4th edition). Prentice-Hall, Englewood, Cliffs, N.J. (2002), pp. 207-230.

Sims, R.R. Understanding training in the public sector.  In C. Ban and N. Riccuci (eds.). <u>Public personnel management: Current concerns, future challenges and issues</u>. Longman Press). (3rd ed.) (2002), pp. 194-209.

Sims, R.R., (Erickson, E., & J. Erickson). European enterprise information portals and global communications. In Krishna-Hensel, S.F. (ed). <u>The new millennium: Challenes and strategies for a globalizing world</u>. Ashgate Publishing, Hampshire, England (2000), pp. 225-239.

Sims, R.R., (John G. Veres, III & Serbrenia J. Sims). Succeeding in the next millennium: Three skills employees must possess.  In Sims, R.R. and (John G.Veres, III). (eds.), <u>Keys to employee success in the coming decades</u>.  Greenwood Press, Westport, CT. (1999), pp. 1-14.

(Veres, John G., III) & Sims, R.R. Keys to employee success: What skills are really important for success in the future? In Sims, R.R. & (John G.Veres, III) (.eds.). <u>Keys to employee success in the coming decades</u>.  Greenwood Press, Westport, CT. (1999), pp. 223-242.

Sims, R.R. Accountability and change drivers in the public sector.  In R.R. Sims, (ed)., <u>Accountability and radical change in public organizations</u>. Quorum Books, Westport, CT. (1998), pp. 1-18.

(Andrea B. Bear) & Sims, R.R.. Reinvention in public housing: The case of the Norfolk Redevelopment and Housing Authority.  In R.R. Sims, (ed)., <u>Accountability and radical change in public organizations</u>. Quorum Books, Westport, CT. (1998), pp. 19-42.

Sims, R.R. Reinventing training in the public sector.  In R.R. Sims, (ed)., <u>Accountability and radical change in public organizations</u>. Quorum Books, Westport, CT. (1998), pp. 97-122.

(Veres, J.G., III, Locklear, T.S.), Sims, R.R., & (Prewett, A.S.). Job analysis in human resources management practice.  In Ferris, G.R., and Buckley, M.R. (Eds.). <u>Human resources management: Perspectives, context, functions, and outcomes</u>. (3rd edition). Prentice-Hall, Englewood, Cliffs, N.J.(1996), pp. 122-154.

Sims, R.R. and (Sims, S.J.) Toward an understanding of total quality management and its contribution and relevance to higher education.  In (Sims, S.J.) and Sims, R.R. (Eds.) <u>Total quality management in higher education: Is it working? Why or why not?</u>  Praeger Press, (1995), pp. 1-22.

Sims, R.R. and (Sims, S.J.) Learning enhancement in higher education.  In Sims, R.R. and (Sims, S.J.) (Eds.) <u>The importance of learning styles: Understanding the implications for learning, course design, and education</u>. Greenwood Press, Westport, Ct. (1995), pp. 1-24.

Geary, W.T. and Sims, R.R. Adapting faculty and student learning styles: Implications for accounting education.  In Sims, R.R. & (Sims, S.J.) (Eds.) Understanding the importance of learning styles: Implications for learning, education, and course design. Greenwood Press, Westport, Ct. (1995), pp. 117-128.

(Sims, S.J.) and Sims, R.R. Learning and learning styles: A review and look to the future.  In Sims, R.R. and (Sims, S.J.) (Eds.) Understanding the importance of learning styles: Implications for learning, education, and course design. Greenwood Press, Westport, Ct. (1995), pp. 193-210.

Sims, R.R. and (Spencer, M.). A historical review of corporate misconduct. In (Spencer, M.) and Sims, R.R. Eds. Corporate misconduct: The legal, societal and management issues. Quorum Books, Westport, Ct. (1995), pp. 1-22.

(Kindred, K.) and Sims, R. R. The regulator's perspective on corporate fraud. In (Spencer, M.) and Sims, R.R. Eds. Corporate misconduct:  The legal, societal and management issues. Quorum Books, Westport, Ct. (1995), pp. 71-94.

(Sims, S.J.) and Sims, R.R. Countering corporate misconduct: The role of human resource management. In (Spencer, M.) and Sims, R.R. (Eds.) Corporate misconduct:  The legal, societal and management issues. Quorum Books, Westport, Ct. (1995), pp. 183-208.

(Reyna, M.) and Sims, R.R. ADA and its implications for job training. In (Veres, J.G.) and Sims, R.R. Eds. Human resource management and the Americans With Disabilities Act. Quorum Books, Westport, Ct. (1995), pp. 127-148.

(Sims, S.J.) and Sims, R.R. ADA and the role of human resource management in managing the diverse workforce of the 1990s. In (Veres, J.G.) and Sims, R.R. Eds. Human resource management and the Americans With Disabilities Act. Quorum Books, Westport, Ct. (1995), pp. 149-170.

Sims, R.R., (Veres, J.G.), and (Igou, F.P.). Improving HRM's responsiveness  to the ADA. In (Veres, J.G.) and Sims, R.R. Eds. Human resource management and the Americans With Disabilities Act. Quorum Books, Westport, Ct. (1995), pp. 171-184.

Sims, R.R. Training and development to improve employee performance. In J.J. Hampton (ed.), AMA management handbook. 3rd. ed. New York: American Management Association (1994), pp. 4-28--4-34.

(Sims, Serbrenia J.) and R.R. Sims. Diversity and difference training in the United States. In Sims, R.R., and (Robert F. Dennehy) eds. Diversity and differences in organizations: An agenda for answers and questions. Greenwood Press, Westport, Ct. (1993), pp. 73-92.

(Dennehy, R.F.) and Sims, R.R. A review and discussion of future issues on diversity and differences. In Sims, R.R., and (Robert F. Dennehy) (Eds.) Diversity and differences in

organizations: An agenda for answers and questions. Greenwood Press, Westport, Ct. (1993), pp. 165-172.

Sims, (Serbrenia J.) and R.R. Sims. Student assessment: A proactive response for the 21st century. In Sims, R.R. and (Serbrenia J. Sims) (Eds.). Managing institutions of higher education into the 21st century: Issues and implications. Westport, CT: Greenwood Press, (1991), pp. 79-88.

(Veres, John G., Toni S. Locklear) and R.R. Sims. Job analysis in practice: A brief review of the role of job analysis in human resource management.  In G. Ferris, K.M. Roland, and M. R. Buckley (Eds.). Human resource management: Perspectives and issues. Boston: Allyn and Bacon, (1990).

Sims, R.R. Higher education and corporate readaptation. In J.T. Kenny (Ed.), New directions in higher education: Trends in university research management. San Francisco: Jossey-Bass. (1989), pp. 37-48.

(Jonas, Hank, Alan, Plath, David A. Kolb), and Sims, R.R. Grading the personal application assignment, in D.A. Kolb, I. Rubin, & J. Osland (Eds.), Organizational behavior: An experiential learning approach.  Englewood Cliffs, N.J.: Prentice-Hall, (1984).


**Refereed research publications**

(McCullough, R.) & Sims, R.R. Implementation of an HRIMS at the Personnel Board of Jefferson County, Alabama: A case study in process reengineering. Public Personnel Management. (In press).

Sims, R. R. & (W. I. Sauser, Jr.). Toward a better understanding of the relationships among received wisdom, groupthink, and organizational ethical culture. Journal of Management Policy and Practice. (In press).

(Brinkmann, J., Nelson, L.) & Sims, R. R. (2011). Business ethics across the curriculum? Journal of Business Ethics Education. 8, 83-104.

Sims, R. R. & (W. I. Sauser, Jr.). Enabling business to craft an organizational culture of character.  2011 Global Business & Economics Anthology. 2011, 8-18.

(W. I. Sauser, Jr.) & R. R. Sims. Empowering business students to contribute to an organizational culture of character. 2011 Global Business & Economics Anthology. 2011, 19-29.

Sims, R.R. Civil service reform in action: The case of the Personnel Board of Jefferson County, Alabama. Review of Public Personnel Administration. 2009, 29(4), 382-401.

Sims, R.R. Toward a better understanding of organizational efforts to rebuild reputation

following an ethical scandal. <u>Journal of Business Ethics</u>. 2009, (90)4, 453-472.

Sims, R.R., & Felton, E. Designing and delivering business ethics teaching and learning. <u>Journal of Business Ethics.</u> 2006, 63(3), 297-312.

Sims, R.R., & Felton, E. Successfully teaching ethics for effective learning. <u>The International College Teaching Methods and Styles Journal.</u> 2005, 1(3), 31-48.

Felton, E., & Sims, R.R. Teaching business ethics: Targeted outputs. <u>Journal of Business Ethics</u>. 2005, 60(4), 377-391.

Sims, R. R.  2004. Business ethics teaching: Using conversational learning to build an effective classroom learning environment. <u>Journal of Business Ethics</u>. 2004, 49(2), 201-211.

Sims, R.R., & (Brinkmann, J). Enron ethics: (or culture matters more than codes), <u>Journal of Business Ethics</u>, 2003, 45(3), 243-256.

Sims, R.R., & (Brinkmann, J.) Business ethics curriculum design: Suggestions and illustrations. <u>Teaching Business Ethics</u>. 2003, **7**(1), 69-86.

Sims, R.R. Business ethics teaching for effective learning. <u>Teaching Business Ethics</u>. 2002, **6**(4): 393-410.

Sims, R.R. Debriefing experiential learning exercises in ethics education. <u>Teaching Business Ethics</u>. 2002, **6**(2): 179-197.

Sims, R.R., & (Brinkmann, J.) Leaders as moral role models: The case of John Gutfreund at Salomon Brothers. <u>Journal of Business Ethics</u>. (2002), **35**(1): 327-339.

(Brinkmann, J.) & R.R. Sims. Stakeholder sensitive business ethics teaching I. <u>Teaching Business Ethics</u>. (2001), **5**(2):171-193.

(Mea, B.), Sims, R.R., & (Veres, J.G.). Efforts in organization transformation: Getting your money's worth. <u>International Review of Administrative Science</u>. (2000), **66**(3), 565-584.

Sims, R.R. Changing an organization's culture under new leadership. <u>Journal of Business Ethics</u>. (2000), **25**, 65-78.

(Dennehy, R.F.,) Sims, R.R., & (Collins, H.). Debriefing international experiential learning exercises: A theoretical and practical guide for success. <u>Journal of Management Education</u>. (1998), **22**(1), 9-25.

Cheng, H.K., Sims, R.R., and Teegen, H. To purchase or pirate software: An empirical study. <u>Journal of Management Information Systems</u>. (1997), **13**(4), 49-60.

(Schor, S.), Sims, R.R., and (Dennehy, R.F.) Power and diversity: Sensitizing yourself and others through self reflection and storytelling. Journal of Management Education (1996), **20**(2), 242-257.

Sims, R.R. Lessons learned from the reinvention of training in two Federal agencies. International Journal of Public Administration (1996), **19**(5): 639-660.

Sims, R.R., Cheng, H.K., and Teegen, H. Toward a profile of software piraters. Journal of Business Ethics. (1996), **15**(8), 839-849.

 (Reyna, M.) and Sims, R.R. Management development in the public sector: The individual management development plan. Public Personnel Management. (1995, Spring), **24**(1): 53-66.

Sims, R.R. and Sims, S.J. Managing training during times of financial stress. Public Personnel Management. (1994, Winter), **23**(4): 611-630.

Sims, R.R. Human resource management's role in clarifying the new psychological contract. Human Resource Management Journal. (1994, Fall), **33**(3): 373-382.

Geary, W.T. and Sims, R.R. Can ethics be learned? Accounting Education. (1994), **3**(1): 3-18.

Sims, R.R. Evaluating public sector training programs. Public Personnel Management. (1993, Winter), **22**(4): 591-615.

Sims, R.R. The enhancement of learning in public sector training programs. Public Personnel Management. (1993, Summer), **22**(2): 243-257.

Sims, R.R. and (Jeanne Lindholm). Kolb's experiential learning model:  Learning how to learn from experience.  Journal of Management Education. (1993), **17**(1): 95-98.

Sims, R.R. Linking groupthink to unethical behavior in organizations. Journal of Business Ethics. (1992), **11**: 651-662.

Sims, R.R. Developing the climate for training in public agencies. Public Personnel Management. (1992, Fall): 335-346.

Sims, R.R. The challenge to unethical behavior in organizations. Journal of Business Ethics. (1992), **11**: 505-513.

(John G. Veres), R.R. Sims, and (Toni S. Locklear). Improving the reliability of Kolb's revised learning style inventory.  Educational and Psychological Measurement. **51**(1), (1991): 143-150.

Sims, R.R. The institutionalization of organizational ethics. Journal of Business Ethics. **10**, (1991): 493-506.

Sims, R.R. and (Serbrenia J. Sims). Improving training in the public sector.  Public Personnel
Management. **20**(1), (Spring 1991): 71-82.

Sims, R.R. and (Serbrenia J. Sims). Increasing applied business ethics courses in business school
curricula.  Journal of Business Ethics. **10**, (1991): 211-219.

(Kuhnert, Karl), R.R. Sims, and (Mary Ann Lahey). The relationship between job security and
employee health. Group & Organization Studies. **14**(4), (1989, December): 399-410.

Sims, R.R., (John G. Veres and Leasa Shake).  An exploratory examination of the convergence
between the learning style questionnaire and the revised learning style inventory.
Educational and Psychological Measurement. **49**(3), (1989): 227-233.

Sims, R.R., (John G. Veres and Susan Henninger). Training for competence.  Public Personnel
Management. **18**(1), (Spring 1989): 101-106.

Sims, R.R., and (John G. Veres and Susan Henninger). Training the appraisers: An orientation
program for improving supervisory performance ratings. Public Personnel Management.
**16**, (1987): 37-46.

Sims, R.R., (John G. Veres and Leasa Shake). The reliability and classification stability of the
Learning Style Inventory II in corporate settings. Educational and Psychological
Measurement. **47**, (1987): 1127-1133.

Sims, R.R., (John G. Veres, Kathy Buckner and Patricia Watson). The reliability and
classification stability of the learning style inventory. Educational and Psychological
Measurement. **46**, (1986): 753-760.

Sims, R.R. and (William I. Sauser). Guiding principles for the development of
competency-based business curricula. Journal of Management Development. **4**(5),
(1985): 51-63.

(Noel, James L.) and R.R. Sims. An experiential learning model for continuing education.
Journal of Continuing Higher Education. **32**(1), (1984): 24-26.

Sims, R.R. and (John G. Veres). A practical program for training job analysts.  Public Personnel
Management. **14**, (1984): 131-137.

Sims, R.R. Kolb's experiential learning theory: A framework for assessing person-job
interaction. Academy of Management Review. **8**(2), (1983): 501-508.


**Invited and unrefereed publications**

Sims, R.R. The Enron debacle: How did they get themselves into this mess? – Leadership and organizational culture stupid!  William and Mary News Online (May 2002).

Sims, R.R. Review of Confessions of an Accidental Businessman by James A. Autry. Berrett-Koehler Publishers Inc., Teaching Business Ethics, 1996.

Sims, R.R. Review of Innovations in Higher Education by Boyatzis, R.E., Cowen, S.S., Kolb, D.A., and Associates. Jossey-Bass, Inc. Human Resource Development Quarterly., 1995.

Sims, R.R. Training methods for increasing managers sensitivity to AIDS.  International Journal of Health Care Quality Assurance, 4(1), (1991): 26-29.

Sims, R.R. Ensuring competence in health care managers. International Journal of Health Care Quality Assurance.  3(2), (1990): 11-13.

(Sims, Serbrenia J) and R.R. Sims.  Review of Higher education in partnership with industry by Powers, D.R., Powers, M.F., Betz, F., and Aslanian, C.B. Jossey-Bass, Inc.  Journal of Higher Education. 61(2), (March/April, 1990): 236-238.

Sims, R.R., (John G. Veres and Serbrenia J. Sims). Productivity in Business Schools.  Are we measuring what we should? International Journal of Management. 7(2), (1990): 79-88.

Sims, R.R. Building learning climates in trainer development. Industrial and Commercial Training. 22(3), (1990): 26-31.

Sims, R.R. Adapting training methods and trainer' styles to trainee' learning styles in training programs.  Journal of European Industrial Training. 14(2), (1990): 17-22.

Sims, R.R., (John G. Veres and Serbrenia J. Sims). A training method for increasing managers' sensitivity to ethics:  Developing a code of ethics. Training and Management Development Methods. 3(3), (1989): 6.09-6.15.

Sims, R.R. and (Serbrenia J. Sims). American colleges and training for industry. Industrial and Commercial Training. 21(6), (1989, November/December): 3-8.

Sims, R.R., (Serbrenia J. Sims, John G. Veres, and Toni S. Locklear). A view from my side: Managing AIDS in the workplace.  Training and Management Development Methods. 3(4), (1989): 6.15-6.22.

Sims, R.R and (Serbrenia J. Sims). Business school and corporate partnership in a changing global economy.  Management Research News. 12(7), (1989): 14-18.

Sims, R.R. and (John G. Veres). Improving employee relations through an organizational intervention: A case study. International Journal of Management. 6 2), (1989): 137-144.

(Veres, John G.,) and R.R. Sims. Introducing technology in the form of office automation in four businesses. <u>Management Research News</u>. <u>12</u>(2), (1989): 4-7.

Sims, R.R. Enhancing competence: Proposals for improving management education. <u>International Journal of Management</u>. <u>5</u>(1), (1988): 5-14.

Sims, R.R. Training supervisors in employee performance appraisals: Some preliminary findings. <u>Journal of European Industrial Training</u>. <u>12</u>(8), (1988): 26-31.

Sims, R.R. and (John G. Veres). Management development: Improving managers' employee counseling skills. <u>Training and Management Development Methods</u>. <u>2</u>(1), (1988): 43-53.

Sims, R.R. and (John G. Veres). Management development:  A case study.  <u>Training and Management Development Methods</u>. <u>2</u>(2), (1988): 51-58.

(Bowens, Howard), R.R. Sims and (John G. Veres). Tactical actions:  Surviving in today's organizations. <u>International Journal of Management</u>. 4, (1987): 457-466.

Sims, R.R. and (John G. Veres). Person-job match (congruence) model:  Toward improving organizational effectiveness. <u>International Journal of Management</u>. <u>4</u>(2), (1987): 156-164.

Sims, R.R. and (John G. Veres). Some alternative models to person-job match.  <u>International Journal of Management</u>. <u>16</u>(1), (1987): 37-46.

Sims, R.R., (John G. Veres, Raymond B. Wells, and Toni S. Locklear). Training for public managers: The Alabama certified public managers program.  <u>The Journal of European Industrial Training</u>. <u>11</u>, (1987): 11-14.

Sims, R.R. A marketing training workshop for industrial trainers:  Program planning and evaluation. <u>Journal of Commercial and Industrial Training</u>. 19, (1987): 12-16.

Sims, R.R. and (John G. Veres). Competency-based training approach to the management of organizational transitions.  <u>The Journal of European Industrial Training</u>. 19, (1987): 10-13.

Sims, R.R.  and (John G. Veres). A conceptual framework for developing simulation-based supervisory training programs. <u>International Journal of Management</u>. <u>3</u>(4), (1986): 59-63.

(Veres, John G.) and R.R. Sims). Can QWL interventions pay off in the short term? <u>Management Research News</u>. <u>8</u>(3), (1985): 27-29.

Sims, R.R. and (John G. Veres). Professional education as preparation for changing career and job roles.  <u>Business Education</u>. <u>6</u>(2), (1985): 51-55.

Sims, R.R. and (John G. Veres). Some suggestions on acquiring skills in teaching business. <u>Business Education</u>. <u>9</u>(1), (1988): 5-13.

Sims, R.R. The goal of business education: Pivotal skill development. <u>Business Education</u>. 8, (1987): 5-12.

Sims, R.R. and (James L. Noel). Management development. <u>Business Education</u>. <u>5</u>(1), (1984): 17-23.

Sims, R.R. and (John C. Willis). A framework for educating management for the future. <u>William and Mary Business Review</u>, (Spring 1988): 15-20.

(Bowens, Howard), R.R. Sims and (John G. Veres). September/October). The primary systems affecting  selling transactions. <u>Industrial Management and Data Systems</u>. (September/October, 1984): 28-32.

Sims, R.R. A framework for planning organizational change. <u>COBA Vanguard</u>. (Fall, 1983): 3-9.

Sims, R.R. Business spotlight: Thomas May & Associates. <u>Alabama Business and Economic Review Journal</u>. <u>7</u>(1), (1983): 23-25.

Sims, R.R. The feasibility of flextime in commercial banking. <u>COBA Vanguard</u>. (Spring, 1982): 11-17.

**Papers under review**

**Work in progress**

**Research reports from grant or contract work**

Sims, R.R. <u>Human resources development of the Saatchi & Saatchi Asia Board</u>, final report, (1995).

Sims, R.R. and Locke, K.D. <u>Training division evaluation: U.S. Agency for International Development (AID)</u>, final report Contract no. HNE-0000-C-00-40-44-00, (1994).

Sims, R.R. <u>An evaluation of the Federal Aviation Administration Center for Management Development</u>, final report, (1993).

(Fry, Ron E.), and R.R. Sims. On the need for a congruent model of person-environment interaction to understand effectiveness in organizations.  In D. A. Kolb, D. Wolfe, et al. (Eds.), <u>Professional education and career development: A cross-sectional study of adaptive competencies in experiential learning</u>, final report NIE grant no. NIE-G-77-0053, Eric no. ED 209 493 CE 030 519, (1981).

Sims, R.R. Assessing person-job match and mismatch: Competence as a function of P-E interaction in engineering and social work.  In D. A. Kolb, D. Wolfe, et al. (Eds.),

Professional education and career development: A cross-sectional study of adaptive competencies in experiential learning, final report NIE grant no. NIE-G-77-0053, Eric no. ED 209 493 CE 030 519, (1981).

(Kolb, David A.), and R.R. Sims. Professional education as preparation for professional jobs and changing career roles, in D. A. Kolb, D. Wolfe, et al. (Eds.), Professional education and career development: A cross-sectional study of adaptive competencies in experiential learning, final report NIE grant no. NIE-G-77-0053, Eric no. ED 209 493 CE 030 519, (1981).

(Kolb, David A., Don Wolfe, Ron E. Fry, Gervase Bushe, Glen L. Gish, Walter G. Griggs, Jan Gypen, Susan, L. Manring) and R.R. Sims. Professional education and career development: A cross-sectional study of adaptive competencies in experiential learning, final report NIE grant no. NIE-G-77-0053, Eric no. ED 209 493 CE 030 519, 1981.


## Conference proceedings publications

Sims, R.R. & (Sauser, W. I. Jr). Received wisdom, groupthink, and organizational ethical culture. 12th Annual Hawaii International Conference on Business Proceedings. (2012). (pp. 298-343).

Sims, R.R. and (Robert F. Dennehy). Americans with Disabilities Act and its Implications for Experiential Learning. In P. Thavikulwat and J.D. Overby (eds.). Developments in Business Simulation and Experiential Exercises. Association for Business Simulations and Experiential Learning Conference Proceedings. (1994), 21: 100-104.

Sims, R.R. and (Robert F. Dennehy). Debriefing International Experiential Learning Exercises. In J. Gosenpud and S. Gold (eds.). Developments in business simulation and experiential learning exercises. Association for Business Simulations and Experiential Learning Conference Proceedings. (1993), 20: 47-50.

Sims, R.R. and (Robert F. Dennehy). Power and ethnicity: An experiential learning exercise (How to sensitize students to diversity). In J. Gosenpud and S. Gold (eds.). Developments in business simulation and experiential learning exercises. Association for Business Simulations and Experiential Learning Conference Proceedings. (1992), 19: 155-158.

Sims, R.R., (John G. Veres and J. Patrick Gray). Toward a systematic evaluation of training programs. Association of Management 1990 Annual Conference Proceedings. (1990): 187-191.

Sims, R.R. and (Serbrenia J. Sims). Training climates: A key to successful training programs. Association of Management 1990 Annual Conference Proceedings. (1990): 182-185.

Sims, R.R. (1990). Creating the class climate by introducing Kolb's experiential learning model. <u>Eastern Academy of Management Annual Conference Proceedings</u>. 42.

(Kuhnert, Karl W.), Sims, R.R., and (Dale R. Palmer). Job security and employee health. <u>Southern Management Association 25th Anniversary Conference Proceedings</u>. (1987): 64-66.

Sims, R.R. Teaching counseling skills to management students: A simulation. <u>Association for Business Simulations and Experiential Learning Annual Conference Proceedings</u>. <u>14</u>, (1987): 188-191.

**Other scholarly activity, including papers presented at professional meetings and publications of abstracts**

Sims, R. R. & (W. I. Sauser, Jr.). Enabling business to craft an organizational culture of character.  Business & Economics Society International Conference in St. Thomas, Virgin Islands (January 2011).

(W. I. Sauser, Jr.) & R. R. Sims. Empowering business students to contribute to an organizational culture of character. Business & Economics Society International Conference in St. Thomas, Virgin Islands (January 2011).

Sims, R. R. "Understanding and preventing ethical breaches: The role of the C-suite." Hawaii International Conference on Business, Honolulu (May 2008).

Sims, R. R. "Efforts to rebuild ethical reputation." Hawaii International Conference on Business, Honolulu (May 2007).

Sims, R. R. "Redressive action: Efforts to put organizations back together again." Academy of Management Conference, Chicago (August 2008).

Felton, E., and Sims, R.R. "Successfully teaching ethics for effective learning." International College Teaching Methods & Styles (CTMS) Conference, Reno, Nevada, September 27-30, 2004.  Paper won the best paper award at the Conference.

Sims, R.R. "Stakeholder sensitive business ethics teaching." Hawaii Conference on Business, Honolulu, (June 2001).

(Mea, W., Carney, C.) and Sims, R.R.  "Changing the way we change in the digital economy." 2nd Annual Conference of the CISS/ISA International Conference, Washington, D.C. (August 2000).

(Bordas, R., Facteau, J.D., Facteau., C.L., Podsakoff, P.M., MacKenzie, S.M.), and Sims, R.R. "Structured interviews to assess organizational citizenship behaviors: Predicting who will be most likely to demonstrate citizenship in a team based environment" presented at the

15th annual conference of the Society for Industrial and Organizational Psychology, New Orleans, Louisiana (April 2000).

Sims, R.R., (Erickson, E., and Erickson, J.). "Enterprise information portals and global communications"at the CISS/ISA International Conference, Paris, August, 1999.

Sims, R.R. and (Dennehy, R.). "Diversity and difference challenges in organizations" at the 1999 Organization Behavior Teaching Conference in Las Cruces, New Mexico, May.

Sims, R.R. "Role plays as a tool for experiential learning" as part of a session for new PhDs teaching symposium at the 1999 Academy of Management Conference, August.

Sims, R.R. "Accountability and change in public organizations" as part of the Best Books on Change Management session at the 1999 Academy of Management meeting, San Diego, August.

Sims, R.R. "Cross-Cultural Analysis of Learning and Learning Styles" presented at the 1999 Association for Business Simulation and Experiential Learning National Conference, Orlando, October.

Sims, R.R. "Kolb's Revised Learning Style Inventory: Implications for Cross-Cultural Teaching and Learning" presented at the 1999 International Association of Business Simulation and Experiential Learning, New York.

(Gosslein, D.,) and Sims, R.R. "Learning styles and accounting students" presented at the Mid-Atlantic Accounting Association Meeting, Arlington, VA., March 1996.

Teegen, H., Cheng, H.K., and Sims, R.R. "Software piracy: An international comparison of pricing intentions" presented at the 5th Annual Quality of Life Conference Academy of Marketing Science and the International Society of Quality of Life in Williamsburg, November 1995.

Cheng, H.K., Sims, R.R., and Teegen, H. "To purchase or pirate software: An empirical study" presented at the 1995 TIMS conference in Singapore, August 1995.

Sims, R.R. and (Robert F. Dennehy). "Americans with Disabilities Act and its implications for experiential learning" at the National Association for Business Simulations and Experiential Learning in San Diego, California in March 1994.

Sims, R.R. and (Robert F. Dennehy). "Debriefing international experiential learning exercises" at the National Association for Business Simulations and Experiential Learning in Savannah, Georgia in March 1993.

Sims, R.R. and (Robert F. Dennehy). "Power and ethnicity: An experiential learning exercise (How to sensitize students to diversity)" at the National Association for Business

Simulations and Experiential Learning Annual Meeting in Las Vegas, Nevada in March 1992.

Sims, R.R. "Toward a systematic evaluation of training" at the Association of Management National Meeting in Lake Buena Vista, FL in August 1990.

Sims, R.R. "Developing training climates" at the Association of Management National Meeting in Lake Buena Vista, FL in August 1990.

Sims, R.R. "Managing change in organizations" at the Academy of Management National Meeting, Washington, D.C. in August 1989.

Sims, R.R. "Developing codes of ethics in organizations" at the National Association for Business Simulations and Experiential Learning Annual Meeting in Orlando, Fl in March 1989.

Sims, R.R. and (Jeanne Lindholm). "Using the performance appraisal to improve managerial competence: A case study" at the International Simulation and Gaming Association Annual Meeting in Utrecht, The Netherlands in August 1988.

Sims, R.R. and (Jeanne Lindholm). "Improving competence in nurses entering practice: An experiential learning approach" at the International Simulation and Gaming Association Annual Meeting in Utrecht, The Netherlands in August 1988.

Sims, R.R. (Jeanne Lindholm). "Developing a course on leadership and planned change" at the National Organizational Behavior Teaching Review Meeting in Los Angeles, CA. in June 1988.

Sims, R.R. "First class ideas: Kolb's experiential learning model" at the Eastern Academy of Management Meeting in Washington, D.C. in May 1988.

Sims, R.R. Chaired a session entitled "Technology and organizations" at the National ORSA/TIMS Conference in Washington, D.C. in April 1988.

Sims, R.R. and (John G. Veres). "The impact of technology on today's employees" at the National ORSA/TIMS Conference in Washington, D.C. in April 1988.

Sims, R.R. and (John G. Veres). "Introducing technology in the form of office automation" at the National ORSA/TIMS Conference in Washington, D.C. in April 1988.

Sims, R.R. "The role of experiential learning in decision making" at the National Association for Business Simulation and Experiential Learning Annual Meeting in San Diego, CA. in March 1988.

Sims, R.R. Discussant on a paper entitled "Diffusing dissatisfaction in organizational change" at the 1988 Academy of Management National Meeting in Long Beach, CA. in August 1988.

Sims, R.R. "Teaching counseling skills to management students" at the National Association for Business Simulations and Experiential Learning Meeting, Hilton Head, S.C. in March 1987.

Sims, R.R., (Karl Kuhnert and Dale Palmer). "Job security and employee health" at the Southern Management Association Annual Meeting in Atlanta, GA. in November 1986.

Sims, R.R. Discussant on a paper entitled "Labeling stress in instant organizations: A stress reduction intervention" at the Academy of Management National Meeting in Chicago, IL. August 1986.

Sims, R.R., (and Karl Kuhnert and Dale Palmer). "Job security, employee health and attitudes: Some preliminary findings" at the Southeastern Psychological Association Annual Meeting in Orlando, FL. in March 1986.

Sims, R.R. Discussant on a paper entitled "Management education: Suggestions for curriculum improvements" at the Southern Management Association Meeting in Atlanta, GA. in November 1983.

## COMMUNITY SERVICE

**College community service**

Co-chair, New Provost's Search Committee, 2007-9; Faculty advisor, BBA and MBA Consulting Clubs, 20007-present; Faculty advisor for the William and Mary Omega Chapter of the Alpha Kappa Psi Business Fraternity, 2007-present; Human Resources Department Training and Development Director Search Committee, 2007; School of Business Personnel Committee, 2005-2008: Member, Provost's three-year Evaluation committee; member, 2006-2007, Vice President of Development Search Committee, 2006; member President's Inauguration Committee, 2006; Co-chair of the College's screening committee for the Dominion Faculty Awards Program for 2005 sponsored by SCHEV; screening committee for Dominion Faculty Awards Program for 2004 sponsored by SCHEV; Executive Board member and former President of the Black Faculty and Staff Forum at the College of William and Mary, 1987-present: Equal Opportunity Committee, 2001; Director of Human Resources Management Search Committee, 2001; School of Business Administration Faculty Affairs Committee, 1999-present; College-wide Procedural Review Committee, 1999-present; College-wide Public Policy Committee, 1999-present; BBA Business Partners Financial Support Committee, 2000; Dean, School of Business Search Committee, 1997-98; Curriculum Committee, 1993-95 & 1997-1998; Dean of Arts & Science Search Committee, 1996-97; Assistant Director of Career Services Search Committee, 1996-97; Greek Life Task Force, 1996; Salary and Equity Committee, 1995-1996; Environmental Science and Policies

Feasibility Study Committee, 1995; Associate Provost Search Committee, 1995; AACSB School of Business Self-Study Committee, 1994-95; William and Mary Self Study -- Institutional Purpose Committee, 1993-94; Director of Personnel Services Evaluation Committee, 1993-94; Professional Resource Committee, 1993; Vice Provost for Multicultural Affairs Evaluation Committee, 1992-93; School of Business Dean's Evaluation Committee, 1992-93; Assistant to the President for Affirmative Action Search Committee, 1992-93; Provost Search Committee, 1992-93; Admissions Office Personnel Search Committee, 1992; Professional Resources, 1986-87; Affirmative Action Committee, 1986-1987, 1989-1990; School of Business Appointments Committee, 1987-92; 93; 94; Undergraduate Curriculum Committee, 1987-1993; Research Committee, 1987-1988, 92; School of Business Dean's Search Committee, 1989-1990; Faculty Advisor for Phi Kappa Tau Fraternity, 1987-1989; Faculty Advisor for Minority Student Outreach Coalition, 1988-1989; Freshmen Advisor, 1987.

**Other professional service**

Member of the executive board of the Organization Development and Change Division of the Academy of Management, 1999-2001; Member of the Committee of Visitors (COV) evaluation committee for National Science Foundation's "Innovation and Organizational Change" program.