FILED
2013 Sep-20 PM 04:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Alfred F. (Buddy) Smith



| ATTORNEYS | PRACTICES | PROFILE | CONTACT US |
| --- | --- | --- | --- |
| Who We Are, What We Do » | Our Practice Areas » | A Look Inside Our Firm » | Firm Contact Information » |

**ALFRED F. (BUDDY) SMITH**
Partner

◄ BACK TO ATTORNEYS

205-868-4102 *direct*
asmith@bainbridgemims.com *email*
Vcard

| | |
| --- | --- |
| Frank M. Bainbridge | Sela Stroud Blanton |
| A.H. "Nick" Gaede, Jr. | Rebecca Crawford Eubanks |
| Bruce F. Rogers | John William Clark IV |
| Alfred F. "Buddy" Smith, Jr. | Jennifer A. Hanson |
| Charles Keith Hamilton | |

Buddy Smith has more than 25 years of experience in business and environmental litigation, as well as toxic torts, class actions, partnership dissolutions, and general litigation. Prior to joining Bainbridge Mims, Mr. Smith was a shareholder with one of the State's largest law firms. He represents both individuals and businesses.

Mr. Smith has served the Alabama State Bar as the president of the Environmental Law Section (2005) and the Young Lawyers' Section (1995). For more than ten years he was Chairman of the Character and Fitness Committee (Panel II) of the State Bar, which is responsible for reviewing candidates seeking admission to practice law in the State. He also served a three-year term as a member of the State Judicial Commission (2007-2009) and is a Fellow of the Alabama Law Foundation. He is a member of the Alabama Law Institute's task force charged with recommending revisions to the State's non-compete statute. Mr. Smith has been a member of the Executive Committee of the Birmingham Bar Association (2007-2009), and previously served as Chairperson of the CLE and Budget Committees.

From 2007 to 2010, while practicing law full time, Mr. Smith also served as the Chairperson of the Personnel Board of Jefferson County, Alabama, a position to which he was appointed by United States District Court Judge Lynwood Smith. Under his leadership, the Board was able to meet the requirements of a federal consent decree, and was dismissed as a defendant from one of the longest-pending civil rights cases in the country.

Mr. Smith graduated from the University of Alabama School of Law, where he served as Managing Editor of the Alabama Law Review. He is co-author of the Alabama Environmental Law Handbook, 2d ed., 1992, and "Litigating with the Alabama Department of Environmental Management,"Â The Alabama Lawyer, Vol. 61, No. 6 (2000).

Mr. Smith is a Fellow of the American College of Environmental Lawyers. He has been recognized for many years by such publications as "The Best Lawyers in America" and "Super Lawyers." Best Lawyers named him the Birmingham Lawyer of the Year for Environmental Law in 2012. Super Lawyers has several times listed him as one of the top 50 attorneys in Alabama. He is AV rated by Martindale Hubbell.



*"Our service has to be better than great. Clients expect and deserve consistent, sound legal counsel. Our goal is to meet and exceed those expectations every time."*

**Primary Services**

- Class Actions
- General Civil and Business Litigation
- Environmental Law
- Non-competes and Restrictive Covenants
- Partnership and Business Dissolution
- Toxic Torts

**Education**

- University of Alabama School of Law (J.D. 1986)
    - Alabama Law Review, Managing Editor
- Birmingham Southern College (B.S. 1983)

**Bar Admissions**

- United States Supreme Court
- Alabama Supreme Court

- Eleventh Circuit U. S. Court of Appeals
- U. S. District Courts for the Northern, Middle and Southern Districts of Alabama

**Professional Associations**

- Fellow, American College of Environmental Lawyers
- Fellow, Alabama Law Foundation
- Alabama State Bar Association
  Past Chairman of the Character and Fitness Committee (Panel II)
  Past President, Environmental Law Section (2005)
  Past President, Young Lawyers' Section (1995)
- Member of the State Judicial Commission (2007-2009)
- Birmingham Bar Association
  Executive Committee (2007-2009)
  Chairperson of the CLE and Budget Committees
- Chairperson of the Personnel Board of Jefferson County (2007-2010)

**Honors & Awards**

- Recognized by The Birmingham Business Journal
- Super Lawyers
- Best Lawyers in America

| MAKING OUR NAME! | MEET OUR TEAM | ARE WE THE FIRM FOR YOU? |
|---|---|---|
| ABOUT US | OUR ATTORNEYS | CONTACT BMRS |

Bainbridge, Mims, Rogers & Smith LLP / The Luckie Building Suite 415 / 600 Luckie Drive / P.O. Box 530886 / Birmingham, Alabama 35223 / Tel: (205) 879-1100 / Fax: (205) 879-4300
No representation is made that the quality of legal services to be performed is greater than the quality of legal services to be performed by other lawyers.
© 2012 Bainbridge, Mims, Rogers & Smith LLP | All Rights Reserved.

WEBSITE CREATION BY