FILED
2013 Sep-20 PM 04:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Fern H. Singer



**Fern H. Singer**
Watterson & Singer, P.C.
265 Riverchase Parkway E., Ste. 202
Birmingham, AL 35244
Tel: (205) 871-3980
Fax: (205) 250-7675

Fern H. Singer has substantive case experience in the following areas...

- ADA Disability
- Appellate
- Civil Rights
- Class Actions
- Commercial/Business
- Consumer Fraud
- Contract Disputes
- Debt Collections
- Discrimination
- EEOC
- Employment
- Family Businesses
- Health Care
- Insurance
- Intellectual Property
- Labor/Unions
- Libel & Slander
- Local Govt./Municipalities
- Military
- Non-profit Organizations
- Partnerships
- Personal Injury
- Pharmaceuticals
- Police
- Probate
- Product Liability
- Professional Fees
- Public Policy
- Religious Institutions
- Sexual Harassment
- Shareholder Disputes
- Torts
- Trusts / Estates
- Wage & Hour/FMLA
- Workers' Compensation

## BIOGRAPHICAL

Fern was previously a shareholder in the Birmingham office of Baker Donelson Bearman Caldwell & Berkowitz, P.C. before returning in 2010 to the firm she founded, Watterson & Singer, P.C. At the Baker Donelson firm, Fern Co-Chaired the Labor & Employment practice group. Fern is a frequent speaker at business round table and CLE seminars.

{02668869.1}

## EDUCATION

Fern H. Singer is a member of both the New York and Alabama Bars. She earned her B.A. from the State University of new York at Stony Brook and her law degree from the St. John's University School of Law.

## MEMBERSHIPS & AFFILIATIONSMEMBERSHIPS & AFFILIATIONS

- Listed in leading Labor & Employment lawyer in Alabama in *Chambers USA*
- Named to Birmingham Business Journal's Top Birmingham Women, 2008
- Listed in Alabama Super Lawyers (Labor & Employment and ADR)
- Listed as among top 10 attorneys, top 50 attorneys and among top 25 female attorneys in Alabama by Alabama Super Lawyers
- Listed in The Best Lawyers in America in ADR and Labor & Employment
- Fellow, College of Labor & Employment
- Fellow, Litigation Counsel of America (Charter)
- Charter Members- Alabama Academy of Mediators
- Former Director Labor Relations at Bellevue Hospital Center (NYC)
- Former Associate Labor Counsel - New York City Health and Hospitals Corporation

## RATES

$350 an hour plus expenses for 2 party case. Hourly rate will be adjusted for multi-party, collective/class actions. For single claimant arbitrations, $350 an hour plus expenses. Hourly rates will be reduced for travel time.