FILED
2013 Sep-24 PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Civil Action No. CV-75-S-666-S** |
| ) | |
| **JEFFERSON COUNTY,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |
| ) | |
| **JOHN W. MARTIN,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| v. ) | **Civil Action No. CV-74-S-17-S** |
| ) | |
| **CITY OF BIRMINGHAM, ALABAMA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |
| ) | |
| **ENSLEY BRANCH OF THE N.A.A.C.P.,** et al., ) | **Civil Action No. CV-74-S-12-S** |
| ) | |
| **Plaintiffs,** ) | |
| v. ) | |
| ) | |
| **GEORGE SEIBELS,** et al., ) | |
| ) | |
| **Defendants.** ) | |

## UNOPPOSED MOTION TO APPROVE ESSENTIAL HIRE REQUEST FOR NINE (9) ACCOUNTING ASSISTANT Is

{02677429.1}

Comes now the Defendant Jefferson County (the "County" or "Defendant") in the above styled cause and, pursuant to the Court's First and Second Temporary Orders [Docs. 1780 and 1802], requests the Court's approval of an essential hire request to require an additional nine (9) positions in the job classification of Accounting Assistant I.  In support of this Motion, the County states as follows:

1. On July 2, 2013, the Court specified that the County could fill <u>six</u> (6) positions in the job classification of Accounting Assistant I by "rank order from the layoff list (if the layoff list is insufficient to fill all needs, may randomly select from top ranked candidates on certification list)." [Doc. 1811 at p. 2].

2. The County applied this interim selection procedure to fill these authorized positions, but now needs to hire an additional nine (9) positions in this classification.  The County has exhausted the layoff list, and now proposes to hire nine (9) Accounting Assistant Is by random selection from the certification list.

3. The County has complied with the provisions of paragraph nine of the Temporary Orders regarding essential hire requests.  The United States and Martin-Bryant Parties do not contest the communicated need for the County to hire nine (9) additional Accounting Assistant Is, or oppose the proposed interim selection method of random selection from the certification list.

WHEREFORE, PREMISES CONSIDERED, the Defendant would request the Court to grant its motion to approve the hiring of nine (9) Accounting Assistant

{02677429.1}

Is, in addition to any hires previously authorized, to be selected by random selection from the certification list.


/s/ David M. Smith
David M. Smith
Edward A. "Ted" Hosp
Janell M. Ahnert
Thomas J. Butler
James L. ("Jay") Mitchell
Grace R. Murphy
Stephanie H. Mays
MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203

/s/ Theodore A. Lawson, II
Theodore A. Lawson, II
Jefferson County Attorney's Office
280 Jefferson County Courthouse
716 Richard Arrington, Jr. Blvd. N.
Birmingham, AL 35203

*Attorneys for Defendant Jefferson County*

{02677429.1}

## CERTIFICATE OF SERVICE

    I certify that on this the 24th day of September, 2013, I have filed through the Court's CM-ECF system a copy of the foregoing Motion which should send an e-filing notice to Counsel for all of the parties in this matter.

                              s/ Grace R. Murphy  
                              OF COUNSEL

{02677429.1}