# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br> )<br>vs. )<br> )<br>JEFFERSON COUNTY, ALABAMA, *et al.*, )<br>　　　　Defendants. )<br>_____ )<br>JOHN W. MARTIN, *et al.*, )<br>　　　　Plaintiffs, )<br> )<br>vs. )<br> )<br>CITY OF BIRMINGHAM, ALABAMA, *et al.*, )<br>　　　　Defendants. ) | Civil Action No. CV-75-S-666-S<br><br><br><br><br><br>Civil Action No. CV-74-S-17-S |

## ORDER

This case is before the court on Jefferson County's unopposed motion to approve essential hire request for nine (9) positions in the job classification of Accounting Assistant I (doc. no. 1826).  Upon consideration, the motion is GRANTED.

　　　DONE this 25th day of September, 2013.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge