FILED
2013 Oct-11 PM 02:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**JEFFERSON COUNTY,** *et al.*, )<br>)<br>**Defendants.** )<br>_____ )<br>)<br>**JOHN W. MARTIN,** *et al.*, )<br>)<br>**Plaintiffs,** )<br>v. )<br>)<br>**CITY OF BIRMINGHAM,**<br>**ALABAMA,** *et al.*, )<br>)<br>**Defendants.** )<br>_____ )<br>)<br>**ENSLEY BRANCH OF THE**<br>**N.A.A.C.P.,** *et al.*, )<br>)<br>**Plaintiffs,** )<br>v. )<br>)<br>**GEORGE SEIBELS,** *et al.*, )<br>)<br>**Defendants.** ) | **Civil Action No. CV-75-S-666-S**<br><br><br><br><br><br><br><br><br>**Civil Action No. CV-74-S-17-S**<br><br><br><br><br><br><br><br><br>**Civil Action No. CV-74-S-12-S** |

## UNOPPOSED MOTION TO APPOINT COURT ADMINISTRATOR FOR
## <u>JEFFERSON COUNTY FAMILY COURT</u>

{02700492.1}

Comes now the Defendant Jefferson County in the above styled cause, and pursuant to the Court's First and Second Temporary Orders [Docs. 1780 and 1802], requests the Court's permission to fill the position of Family Court Administrator. Said position was not contemplated prior to the Court's First or Second Temporary Order and is now vacant. Pursuant to paragraph 9 of the Court's Temporary Orders, the Defendant would request permission to fill the non-merit system position of Family Court Administrator.

The County, and in particular Judge Raymond Chambliss, the presiding judge of the Jefferson County Family Court, requests to fill the vacancy with Mr. Ronald Truss, who has worked for nearly thirty (30) years with the City of Birmingham in various court-related and administrative positions. Counsel for the County has consulted with opposing counsel, and neither the Martin-Bryant Parties nor the United States opposes this appointment.

WHEREFORE, PREMISES CONSIDERED, the Defendant would request the Court to grant its motion to appoint Mr. Ronald Truss to the position of Family Court Administrator.

{02700492.1}

/s/ David M. Smith
David M. Smith
Edward A. "Ted" Hosp
Janell M. Ahnert
Thomas J. Butler
James L. ("Jay") Mitchell
Grace R. Murphy
Stephanie H. Mays
MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203

s/ Theodore A. Lawson, II
Theodore A. Lawson, II
Jefferson County Attorney's Office
280 Jefferson County Courthouse
716 Richard Arrington, Jr. Blvd. N.
Birmingham, AL 35203

*Attorneys for Defendant Jefferson County*

## CERTIFICATE OF SERVICE

I certify that on this the 11th day of October, 2013, I have filed through the Court's CM-ECF system a copy of the foregoing Motion which should send an e-filing notice to Counsel for all of the parties in this matter.

s/ Grace R. Murphy
OF COUNSEL

{02700492.1}