UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | Civil Action No. CV-75-S-666-S |
| ) | | |
| JEFFERSON COUNTY, ALABAMA, *et al.*, ) | | |
| Defendants. ) | | |
| _____) | | |
| JOHN W. MARTIN, *et al.*, ) | | |
| Plaintiffs, ) | | |
| ) | | |
| vs. ) | | Civil Action No. CV-74-S-17-S |
| ) | | |
| CITY OF BIRMINGHAM, ALABAMA, *et al.*, ) | | |
| Defendants. ) | | |

## ORDER

This case is before the court on Jefferson County's unopposed motion to appoint Ronald Truss as Family Court Administrator (doc. no. 1829). Upon consideration, the motion is GRANTED.

DONE this 15th day of October, 2013.

_____
United States District Judge