UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY, ALABAMA, *et al.*,<br>         Defendants. | )<br>)<br>)<br>)    Civil Action No. CV-75-S-0666-S<br>)<br>)<br>)<br>) |
| JOHN W. MARTIN, *et al.*,<br>         Plaintiffs,<br><br>vs.<br><br>CITY OF BIRMINGHAM, ALABAMA, *et al.*,<br>         Defendants. | )<br>)<br>)<br>)    Civil Action No. CV-74-S-0017-S<br>)<br>)<br>)<br>) |

## ORDER DIRECTING THE CLERK TO FILE, AND ASSIGN A DOCUMENT NUMBER TO, JEFFERSON COUNTY'S 1982 CONSENT DECREE

The consent decree signed by representatives of the United States, the Martin class of plaintiffs, the Jefferson County Commission, and the Sheriff of Jefferson County on December 28 and 29, 1982, was rendered and entered by Judge Sam C. Pointer, Jr., on December 29, 1982. On that date, however, pleadings and other entries in the official court file of these consolidated actions were not assigned document numbers by the Clerk of Court. Indeed, it was not until on or about March 28, 1995, and the advent of the "Case Management/Electronic Case Files" (CM/ECF) system — the federal judiciary's comprehensive case management system for all

bankruptcy, district, and appellate courts[1] — that pleadings began to be numbered in the official court record for these consolidated cases.

Accordingly, for ease of reference in all future pleadings and filings in these consolidated cases, it is ordered that the Clerk of Court detach the following copy of the December 29, 1982 consent decree, and file it as a separate document — thereby assigning a document number to it.

DONE and ORDERED this 15th day of October, 2013.

_____
United States District Judge

---

[1] CM/ECF allows courts to accept filings and provide access to filed documents over the internet, and thereby minimizing out-of-pocket expenses, providing concurrent access to case files by multiple parties, and offering expanded search and reporting capabilities.