FILED
2013 Oct-17  PM 12:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| United States of America<br><br>        Plaintiff,<br><br>v.<br><br>Jefferson County Alabama, Et Al.,<br><br>        Defendants. | Civil Action No. CV-75-S-666-S |
| John W. Martin, Et Al.,<br><br>        Plaintiffs,<br><br>v.<br><br>City Birmingham, Alabama, Et Al.,<br><br>        Defendants. | Civil Action No. CV-74-S-17-S |
| Ensley Branch of the NAACP, Et Al.,<br><br>        Plaintiffs,<br><br>v.<br><br>George Seibels, Et Al.,<br><br>        Defendants. | Civil Action No. CV-74-S-12-S |

## UNITED STATES OF AMERICA'S REQUEST FOR WITHDRAWAL OF
## MOTION FOR A STAY OF PROCEEDINGS

The United States of America respectfully requests to withdraw its October 1,

2013 Motion For Stay of Proceedings (DI # 1828) in the in the above-captioned case.

On October 17, 2013, appropriations to the Department of Justice were restored.

1

As a result, Department of Justice attorneys are permitted to resume normal work and usual civil litigation functions on this and other matters.

Accordingly, the United States respectfully requests to withdraw its Motion for a Stay of Proceedings.

Respectfully submitted.

JOCELYN SAMUELS
Acting Assistant Attorney General
Civil Rights Division


DELORA KENNEBREW
Chief
Employment Litigation Section
Civil Rights Division


            /s/  Joseph J. Sperber IV
JOSEPH J. SPERBER IV
New York State Bar No. 2662526
Attorney
Civil Rights Division, PHB Room 4914
Employment Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone (202) 514-8138
Facsimile (202) 514-1005
Email joseph.sperber@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this 19th day of October 2013, I caused the foregoing Request to Withdraw the United States of America's Motion for Stay of Proceedings to be filed with the Court via the Court's Case Management Electronic Case Filing System ("CM/ECF") causing it to be served upon the individuals registered for service via the CM/ECF system.

/s/  Joseph J. Sperber IV
Joseph J. Sperber IV

3