Case 2:75-cv-00666-CLS   Document 1835   Filed 10/17/13   Page 1 of 4

FILED
2013 Oct-17 PM 02:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | **Civil Action No. CV-75-S-666-S** |
| **JEFFERSON COUNTY,** *et al.*, | |
| **Defendants.** | |
| | |
| **JOHN W. MARTIN,** *et al.*, | |
| **Plaintiffs,** | |
| v. | **Civil Action No. CV-74-S-17-S** |
| **CITY OF BIRMINGHAM, ALABAMA,** *et al.*, | |
| **Defendants.** | |
| | |
| **ENSLEY BRANCH OF THE N.A.A.C.P.,** et al., | **Civil Action No. CV-74-S-12-S** |
| **Plaintiffs,** | |
| v. | |
| **GEORGE SEIBELS,** et al., | |
| **Defendants.** | |

## UNOPPOSED MOTION TO APPROVE AGREED-UPON INTERIM SELECTION PROCEDURES FOR JUVENILE DETENTION OFFICER AND ACCOUNTANT

{02705840.1}



Comes now the Defendant Jefferson County (the "County" or "Defendant") in the above styled cause and, pursuant to the Court's First and Second Temporary Orders [Docs. 1780 and 1802], requests the Court's approval of agreed-upon interim selection procedures for six (6) positions in the Juvenile Detention Officer job classification and one (1) position in the Accountant job classification.  In support of this Motion, the County states as follows:

1. Pursuant to Exhibit A and Paragraph 2 of the Second Temporary Order [Doc. 1802], the Court approved the County's ability to hire or promote for six positions in the Juvenile Detention Officer job classification and one position in the Accountant job classification.

2. The parties have conferred, and the Martin-Bryant Parties and the United States do not object to the following interim selection methods for these classifications.

3. For Juvenile Detention Officer, the County proposes that it hire six positions by random selection from either the pool of male applicants or the pool of female applicants included on the certification list, depending on whether the open detention officer position is needed to work with underage female or male detainees.  Paragraph 19 of the Modified Consent Decree contemplates that gender may be taken into consideration for the position of Juvenile Detention Officer at the Jefferson County Family Court.  [Doc. 1833].

{02705840.1}

4. The County also proposes that it hire one Accountant by lottery from the certification list.

WHEREFORE, PREMISES CONSIDERED, the Defendant would request the Court to grant its motion to approve the above-specified interim selection procedures for six (6) Juvenile Detention Officers and one (1) Accountant.

/s/ David M. Smith
David M. Smith
Edward A. "Ted" Hosp
Janell M. Ahnert
Thomas J. Butler
James L. ("Jay") Mitchell
Grace R. Murphy
Stephanie H. Mays
MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203

/s/ Theodore A. Lawson, II
Theodore A. Lawson, II
Jefferson County Attorney's Office
280 Jefferson County Courthouse
716 Richard Arrington, Jr. Blvd. N.
Birmingham, AL 35203

*Attorneys for Defendant Jefferson County*

{02705840.1}

## CERTIFICATE OF SERVICE

I certify that on this the 17th day of October, 2013, I have filed through the Court's CM-ECF system a copy of the foregoing Motion which should send an e-filing notice to Counsel for all of the parties in this matter.

                                        s/ Grace R. Murphy
                                        OF COUNSEL

{02705840.1}