FILED
2013 Oct-18 AM 10:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　Plaintiff,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　)<br>JEFFERSON COUNTY, ALABAMA, *et al.*,  )<br>　　　　Defendants.　　　　　　　　 )<br>_____)<br>JOHN W. MARTIN, *et al.*,　　　　　)<br>　　　　Plaintiffs,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　)<br>CITY OF BIRMINGHAM, ALABAMA, *et al.*,  )<br>　　　　Defendants.　　　　　　　　 ) | Civil Action No. CV-75-S-666-S<br><br><br><br><br><br><br><br><br>Civil Action No. CV-74-S-17-S |

## ORDER

This case is before the court on Jefferson County's unopposed motion to approve supplemental interim selection procedures for six Juvenile Detention Officers and one Accountant (doc. no. 1835). Upon consideration, the motion is GRANTED.

　　　DONE this 18th day of October, 2013.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge