UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No. CV-75-S-666-S |
| JEFFERSON COUNTY, ALABAMA, *et al.*,<br>Defendants. | ) ) ) | |
| JOHN W. MARTIN, *et al.*,<br>Plaintiffs, | ) ) ) | |
| vs. | ) ) | Civil Action No. CV-74-S-17-S |
| CITY OF BIRMINGHAM, ALABAMA, *et al.*,<br>Defendants. | ) ) | |

## ORDER

This case is before the court on the motion of the United States of America for a stay of proceedings in light of the lapse of appropriations to the United States Department of Justice,[1] and the subsequent motion of the United States of America to withdraw its prior motion to stay due to the restoration of appropriations.[2] Upon consideration, the motion to withdraw is GRANTED, and the motion to stay is DENIED as moot.

DONE this 18th day of October, 2013.

_____
United States District Judge

---

[1] Doc. no. 1828.

[2] Doc. no. 1834.