FILED
2013 Oct-18 PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,       Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No. CV-75-S-666-S |
| JEFFERSON COUNTY, ALABAMA, *et al.*,       Defendants. | ) ) ) | |
| JOHN W. MARTIN, *et al.*,       Plaintiffs, | ) ) ) | |
| vs. | ) ) | Civil Action No. CV-74-S-17-S |
| CITY OF BIRMINGHAM, ALABAMA, *et al.*,       Defendants. | ) ) ) | |
| ENSLEY BRANCH OF THE N.A.A.C.P., *et al.*,       Plaintiffs, | ) ) ) ) | |
| vs. | ) ) | Civil Action No. CV-74-S-12-S |
| GEORGE SEIBELS, *et al.*,       Defendants. | ) ) ) | |

## ORDER

Counsel for the parties are directed to appear for the next conference in this action at 9:30 a.m., Thursday, October 31, 2013, in Birmingham, Alabama. The courtroom location for the conference will be determined at a later date.

DONE this 18th day of October, 2013.

_____
United States District Judge