UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY, ALABAMA, *et al.*,<br>Defendants. | Civil Action No. CV-75-S-666-S |
| JOHN W. MARTIN, *et al.*,<br>Plaintiffs,<br><br>vs.<br><br>CITY OF BIRMINGHAM, ALABAMA, *et al.*,<br>Defendants. | Civil Action No. CV-74-S-17-S |
| ENSLEY BRANCH OF THE N.A.A.C.P., *et al.*,<br><br>Plaintiffs,<br>vs.<br><br>GEORGE SEIBELS, *et al.*,<br>Defendants. | Civil Action No. CV-74-S-12-S |

### ORDER

The conference scheduled for Thursday, October 31, 2013, will be held at 9:00 a.m. in Courtroom 5B of the Hugo L. Black U. S. Courthouse located at 1729 Fifth Avenue North in Birmingham, Alabama.

DONE this 28th day of October, 2013.

_____
United States District Judge