Case 2:75-cv-00666-CLS   Document 1841   Filed 10/29/13   Page 1 of 2

FILED
2013 Oct-29 PM 01:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. CV-75-S-666-S |
| | * | |
| JEFFERSON COUNTY, ALABAMA, et al., | * | |
| | * | |
|     Defendants. | * | |

| | | |
|---|---|---|
| JOHN W. MARTIN, et al., | * | |
| | * | |
|     Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. CV-74-S-17-S |
| | * | |
| CITY OF BIRMINGHAM, ALABAMA, et al., | * | |
| | * | |
|     Defendants. | * | |

| | | |
|---|---|---|
| ENSLEY BRANCH OF THE N.A.A.C.P., et al., | * | |
| | * | |
|     Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. CV-74-S-12-S |
| | * | |
| GEORGE SEIBELS, et al., | * | |
| | * | |
|     Defendants. | * | |

1

## NOTICE OF APPEARANCE

The undersigned Carol Sue Nelson hereby gives notice of appearance as counsel of record for Defendant Jefferson County, Alabama, in the above styled case.

/s/ Carol Sue Nelson
Bar Number: ASB-0446-L62C
County Attorney
280 Jefferson County Courthouse
716 Richard Arrington Jr. Blvd. North
Birmingham, Alabama  35203
Phone:  (205) 325-5688
Fax:  (205) 325-5840
Email:  nelsonc@jccal.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

Respectfully submitted,

/s/ Carol Sue Nelson
Assistant County Attorney