# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. CV-75-S-0666-S |
| ) | |
| **JEFFERSON COUNTY, ALABAMA,** ) | |
| **et al.,** ) | |
|     **Defendants.** ) | |
| _____ ) | |
| **JOHN W. MARTIN, et al.** ) | |
|     **Plaintiffs,** ) | |
| ) | |
| vs. ) | Civil Action No. CV-74-S-17-S |
| ) | |
| **CITY OF BIRMINGHAM, ALABAMA,** ) | |
| **et al.,** ) | |
|     **Defendants.** ) | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney and enters his appearance as counsel of record for the Receiver, Dr. Ronald R. Sims, appointed by the Court in its Order of October 25, 2013, as modified November 12, 2013. Please serve all pleadings, process and other papers in this matter on the undersigned.

                                            s/ Alfred F. Smith, Jr.
                                            Alfred F. Smith, Jr.

>BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
>The Luckie Building, Ste. 415
>600 Luckie Drive
>Post Office Box 530886
>Birmingham, AL 35253
>Ph. 205-879-1100; Fax 205-879-4300
>Email: asmith@bainbridgemims.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2013, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

>s/ Alfred F. Smith, Jr.
>Of Counsel