# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**       )<br>    Plaintiff,               )<br>                                 )<br>vs.                              )  **Civil Action No. CV-75-S-0666-S**<br>                                 )<br>**JEFFERSON COUNTY, ALABAMA,**      )<br>et al.,                          )<br>    Defendants.               )<br>_____  )<br>**JOHN W. MARTIN, et al.**          )<br>    Plaintiffs,              )<br>                                 )<br>vs.                              )  **Civil Action No. CV-74-S-17-S**<br>                                 )<br>**CITY OF BIRMINGHAM, ALABAMA,**    )<br>et al.,                          )<br>    Defendants.               )  | |

## RECEIVER'S MOTION FOR PERMISSION
## TO EMPLOY/APPOINT CERTAIN INDIVIDUALS

COMES NOW the Receiver, Dr. Ronald R. Sims, and respectfully moves this Court for permission to appoint and employ certain individuals. This motion is filed in accordance with paragraph 2(d) of the Order Appointing Receiver as modified November 12, 2013.

The Receiver moves this Court to approve the following appointments:

| Employee | Position | Proposed Salary |
|---|---|---|
| April Hunter | Chief Administrative Analyst | $93,496.00 |
| Valerie Pettaway | Senior Administrative Analyst | $52,104.00 |
| Ross Scruggs | Senior Assessment and Development Specialist | $84,822.40 |

Attached hereto as Exhibits A, B and C, respectively, are job descriptions provided by the Personnel Board of Jefferson County for each position, and the resume for each proposed employee.

WHEREFORE, the Receiver respectfully requests permission to appoint and employ the individuals as set forth above.

Date: November 14, 2013.

s/ Alfred F. Smith, Jr.
Attorney for Receiver, Dr. Ronald R. Sims

BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
The Luckie Building, Ste. 415
600 Luckie Drive
Post Office Box 530886
Birmingham, AL 35253
Ph. 205-879-1100; Fax 205-879-4300
Email: asmith@bainbridgemims.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 14, 2013, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                               s/ Alfred F. Smith, Jr.
                               Of Counsel