FILED
2013 Nov-14 PM 04:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A
# TO RECEIVER'S
# MOTION FOR PERMISSION
# TO EMPLOY/APPOINT CERTAIN
# INDIVIDUALS

# PBJC Classified Position:

# Chief Administrative Analyst

## November 12, 2013

Grade:  31

Salary Range:  $63,377.60 - $98,217.60

Proposed Appointee: April Hunter

Proposed Salary:  $93,496.00

**Job Overview**

The job of Chief Administrative Analyst involves the planning, development, and administration of department/organization-level projects and programs. Work is fairly complex and includes the management of resources and budgets, conducting research and analysis, and communication with a wide variety of individuals both internal and external to the organization. Details of the work requirements and applicable knowledge, skills, and abilities are provided below.

**Job Analysis**

The Chief Administrative Analyst job was last studied in 2011. The following work behaviors were found to be critical aspects of the job of Chief Administrative Analyst:

- Develops and implements programs and procedures.

- Performs research, communicates with customers, works on projects and performs other administrative duties.

- Directly supervises subordinates by reviewing work, setting performance goals, assigning tasks, and training.

- Oversees a department or division by suggesting and implementing plans and policies, developing budgets, and making personnel decisions.

In addition to the work behaviors which outline the major duties performed on the job, the job analysis also identified specific knowledges, skills, and abilities (KSAs) that were critical to successful performance of the job duties, and that are needed upon entry to the position. These critical KSAs are listed below:

- Skill in working through differences in goals or interests with an individual/group.

- Skill in selecting the most appropriate course of action in situations where information is unclear or unavailable and making high quality and effective decisions.

- Skill in maintaining a positive working relationship through comfortable and appropriate interpersonal interaction.

- Skill in organizing information, materials, and/or documentation in a systematic and logical manner.

- Skill in verbally delivering information in a clear and concise manner to an audience.

- The ability to work without close supervision or significant amounts of direction/guidance.

- The ability to identify new processes or improvements to existing processes that allow work to be performed more efficiently or effectively.

- The ability to persist at a task or problem despite interruptions, obstacles, or setbacks.

- The ability to work in an environment that requires strict adherence to instructions, standards, and/or procedures.

- The ability to manage and allocate one's time in order to handle multiple tasks and/or meet pressing deadlines.

- The ability to teach or train individuals with regard to new information, procedures, processes, and/or equipment.

- The ability to review work and evaluate it against established standards, procedures, laws, or codes to determine any discrepancies between how the work was performed and how it should be performed.

- The ability to assess the performance of other individuals to ensure work is performed appropriately and/or take corrective action.

- The ability to strategically plan activities to achieve short or long term goals designed to achieve overall mission.

- The ability to review written material and identify errors with regard to spelling, grammar, punctuation, and formatting.

- The ability to establish and apply effective controls to hold self and others accountable for responsibilities.

- The ability to project, allocate, and maintain financial resources needed for the accomplishment of work goals.

- The ability to guide and direct the accomplishment of work through subordinate staff.

- The ability to obtain and allocate the appropriate equipment, facilities, and materials to complete work.

- The ability to motivate and encourage others to a course of action or goal.

- The ability to work productively and effectively under conditions of high stress, such as tight deadlines, heavy work loads, or emergency situations.

- The ability to assign and monitor the work of subordinates.

- The ability to understand data and/or information contained in tables, charts and graphs.

- The ability to commit, entrust, or transfer tasks or responsibilities to another.

- The ability to manage your time in order to accomplish objectives within given timeframes.

- The ability to speak clearly so others can understand you.

- The ability to balance interests of clients and the department/organization and respond to pressing and changing client demands.

- The ability to analyze a problem from different perspectives and generate potential solutions that are practical and effective.

- The ability to use logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions, or approaches to problems.

- Knowledge of appropriate citizen interactions when dealing with the public.

- Knowledge of administrative and clerical procedures and systems such as word processing, managing files and records, designing forms, and other office procedures and terminology.

**Minimum Qualifications**

The minimum qualifications (MQs) for Chief Administrative Analyst were developed in 2011 to fill a single vacancy within the Merit System. The following MQs were used to screen applicants for the vacancy:

- Bachelor's Degree in Public Administration, Business Administration, Human Resources, Management or Organizational Leadership, or other demonstrated related field.
- Experience facilitating meetings with outside vendors, upper level management, and employees.
- Experience supervising a team of employees (i.e., at least two or more).

These MQs were linked directly to the work behaviors and KSAs by the supervisor of the incumbent Chief Administrative Analyst to demonstrate evidence of validity. These requirements were deemed appropriate for use as the initial selection screen for this job.

April D. Hunter
2550 Acton Park Lane
Birmingham, Alabama 35243
205-970-0910 (home) 205-602-6344 (cellular)

PROFESSIONAL EMPLOYMENT HISTORY

Central Alabama Community College, Childersburg, Alabama
June 2005-Present
*Human Resources Director*
Responsible for the overall management of the Human Resources Office of the College and for all advertising, record keeping, and completion of reports pertaining to personnel and employment. Responsibilities also include assisting the President of the College with functions and events at the Childersburg Campus.

Colonial Bank, Hoover, Alabama
August 2003 to June 2005
*Human Resources Director II for the Birmingham and Orlando Operation Centers.*
Responsible for Human Resources administration for the Birmingham and Orlando Operation Centers to include recruiting and interviewing applicants for various levels of employment, developing implementing and coordinating procedures relating to employment, salary administration, employee relations, communication and management reporting.

Personnel Board of Jefferson County, Birmingham, Alabama
*Quality Enhancement and Employee Development Division Manager September 2002- August 2003*
Managed the day-to-day operations of Employee Relations, Performance Assessment, Training & Development and Recruiting; provided guidance and supervision to employees in all division areas; worked directly with department heads and employees in member jurisdictions on recruiting applicants for positions; ensured compliance with polices and procedures for the Division.

Personnel Board of Jefferson County, Birmingham, Alabama
*Principal Personnel Analyst*
August 2002 - September 2002
Worked directly for the Receiver on organizational planning, development and in overseeing the operations of the Personnel Board of Jefferson County; worked with consultants to assists in coordinating employee assessments, training sessions and meetings; assisted the Receiver in development of the new organizational structure for the Board; developed job descriptions for new positions within the Personnel Board of Jefferson County.

City of Hoover, Hoover, Alabama
*Human Resources Officer*
September 2001-August 2002

Developed job descriptions and performance appraisals for positions with in the City; worked as a liaison between the employees and the health insurance company to resolve medical claim problems; conducted job analysis sessions with incumbents; worked with consultants in coordinating selection procedure administration; developed job-related interview questions for screening and hiring applicants to ensure legal and procedural issues were addressed appropriately; administered policies and procedures for the City; maintained an effective working relationship with employees in the City by providing quarterly lunch sessions; conducted investigations of employee complaints, harassment, and demotions; facilitated orientation for new employees; identified training needs of employees and implementing training programs; communicated with directors in order to monitor the status of unfilled vacancies.


Personnel Board of Jefferson County, Birmingham, Alabama
December 2000-September 2001
*Personnel Analyst II*
Developed examinations to meet Consent Decree guidelines; conducted job analyses to include conducting site observations and facilitating group interview sessions with incumbents and supervisors; coordinated and administered selection procedures for Consent Decree positions.

Center for Business and Economic Development, Auburn University Montgomery
Montgomery, Alabama
October 1996-December 2000
*Project Specialist/ Research Specialist / Project Manager*
Developed, validated and administered selection procedures, for various agencies; conducted comprehensive job analyses, to include project planning, site observations; individual group interviews, questionnaire design and selection procedure administration; managed project team for the Alabama Department of Transportation interim selection procedures administration; developed core competency models based on job analyses.

EDUCATION

Auburn University Montgomery, Montgomery Alabama
Master's Degree in Public Administration, October 1999
Concentration in Health Care Administration and Policy Formulation

Auburn University Montgomery, Montgomery, Alabama
Bachelor of Science in Business Administration, June 1996


Senior Professional Human Resources Certification (SPHR) received in December, 2003.