FILED

2013 Nov-14  PM 04:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B
# TO RECEIVER'S
# MOTION FOR PERMISSION
# TO EMPLOY/APPOINT CERTAIN
# INDIVIDUALS

# PBJC Classified Position:

# Senior Administrative Analyst

## November 12, 2013

**Grade:  24**

**Salary Range:  $45,052.80 - $69,804.80**

**Proposed Appointee:  ____Valerie Pettaway_____**

**Proposed Salary:  ____$52,104.00_____**

Chief Administrative Analyst

## Job Overview

The job of Senior Administrative Analyst involves the planning, development, and administration of various projects and programs.  Work is administrative in nature and includes identifying resources, conducting research and analysis, and communication with a wide variety of individuals both internal and external to the organization.  Details of the work requirements and applicable knowledge, skills, and abilities are provided below.

## Job Analysis

The Senior Administrative Analyst job was studied in 2012.  The following work behaviors were found to be critical aspects of the job of Senior Administrative Analyst:

- Creates and maintains records, databases, files, and other information.

- Performs research, communicates with customers, works on projects and performs other administrative duties.

In addition to the work behaviors which outline the major common duties performed on the job across all departments and jurisdictions, the job analysis also identified specific knowledges, skills, and abilities (KSAs) that were critical to successful performance of the job duties, and that are needed upon entry to the position.  These critical KSAs are listed below:

- Skill in verbally delivering information in a clear and concise manner to an audience.

- The ability to communicate information and ideas in writing to a variety of audiences in a clear, concise, and organized manner, free from spelling, grammar, and punctuation errors.

- The ability to assess the importance of, and consequences associated with, tasks in order to set priorities in light of competing demands.

- The ability to plan work activities in order to meet deadlines and/or goals.

- The ability to work collaboratively with a group or team in an effort to achieve a common goal.

- The ability to work without close supervision or significant amounts of direction/guidance.

- The ability to operate software programs such as Word, Excel, Outlook, Publisher, Access, or other comparable software.

- The ability to teach or train individuals with regard to new information, procedures, processes, and/or equipment.

Chief Administrative Analyst

# VALERIE D. PETTAWAY

*vdpettaway@yahoo.com*
*(205) 563-4175   (205) 279-3460*

## EDUCATION

Major: Accounting
Education/Instructional Design
University of Alabama Birmingham
*Birmingham, Alabama*
*August 2010 – December 2011*

Master of Arts in Public and Private Management
Birmingham-Southern College
*Birmingham, Alabama*
*August 2002 – May 2006*

Post Secondary

Troy University eCampus
*Troy, Alabama*
*March 2009 – July 2010*

Bachelor of Arts in Business
Birmingham Southern College
*Birmingham, Alabama*
*August 1998– May 2002*

**WORK
EXPERIENCE**

ACCOUNTING ASSISTANT II - **PERSONNEL BOARD OF JEFFERSON COUNTY, BIRMINGHAM,** AL
**07/07 – PRESENT -** Process bi-weekly payroll, process personnel actions, research payroll issues. Process open enrollment benefit documents, document usage of overtime and compensatory time, maintains vacation/sick time accrual and usage records, process new hires and termination, and obtain information regarding FMLA and FLSA. Purchase supplies and equipment. Examines and approve invoices for payment, while verifying receipt of goods and services. Maintains equipment and supply inventory system. Calculate employees' seniority point.

COMPENSATION ANALYST - **PERSONNEL BOARD OF JEFFERSON COUNTY, BIRMINGHAM,** AL
**9/06 – 07/07 -** Collected and analyzed occupational data, reviewed position description questionnaires and developed recommendations for classifications with pay program parameters. Performed job audits to determine job classification and pay. Evaluated existing and proposed jobs and classified them according to level of responsibility and importance to the employer. Maintained documentation supporting classification and compensation decisions and recommendations. Provided counsel, and support to jurisdictions regarding the application of job classification and compensation management principles, policies, and procedures.

EXECUTIVE ASSISTANT - **PERSONNEL BOARD OF JEFFERSON COUNTY, BIRMINGHAM,** AL
**12/02 – 9/06 -** Assisted with agency research projects; including assisting with the compilation of reports for external and internal distribution. Maintained service contracts. Analyzed budget expenditures and monitored budget variances. Conferred and coordinated with various departments, and entities as necessary to assure compliance with financial operating procedures. Interfaced with entities regarding space allocation, rent, charges, parking, building renovations, or building maintenance issues. Ensured the payment of bills incurred by the Board, and investigated any complaints from vendors and other contacts regarding the Board's operations. Purchased supplies and equipment in compliance with established purchasing and requisitioning regulations and procedures; and entered requisitions to generate purchase orders. Coordinated travel arrangements. Independently drafted correspondences, and follow up on inquiries. Served as primary coordinator in the planning and scheduling of meetings involving the Receiver/Director, including conferences, forums, and other special project meetings.

Chief Administrative Analyst

**ADMINISTRATIVE SECRETARY - THE COLLEGE FUND/UNCF**, BIRMINGHAM, AL
JULY 1992 – DECEMBER 2002 - Provided administrative assistance to the Alabama Area Development Director, assisted with each fundraising campaign within office jurisdiction, and planned special events and/or projects.  Coordinated committee meetings for area campaigns; established donor, member, and volunteer files, and maintained confidential and official files.  Generated and/or created correspondence, reports, spreadsheets, invitations, etc.  Answered and screened telephone calls, and received office visitors.  Responsible for recognition, recordation, and summarization of all checks received, and balance completed batches to system totals.   Prepared requisition for payment of invoices, director monthly expense account, and arranged travel plan when necessary.

**ADMINISTRATIVE ASSISTANT - UNITED WAY OF CENTRAL ALABAMA – BIRMINGHAM, AL**
JUNE 1987-JULY 1992 - Provided administrative support to the Planning Director and Associate Planning Directors. Performed special departmental projects on an independent and timely basis.  Supervised the administrative clerical staff, and provided administrative support for various committees, and planned for the efficient and smooth operation of their planning functions.   Arranged travel plans for the department. Updated and maintained committee lists.  Provided requested information and material to volunteers and agencies.  Maintained budget records for the department.

**ACCOUNTING CLERK II - CIGNA INSURANCE, BIRMINGHAM, ALABAMA**
JUNE 1980-MARCH 1987 - Employed tack and good judgment to maintain as low overdue balance on accounts.  Processed payments, and enforced credit terms consistent with company procedures.   Communicated with agents, underwriters, or other entities to resolve differences and disputes.

**SKILLS**          Experienced Administrative Professional -

Responsible for processing payroll for over 65 employees, not limited to FMLA, processing personnel actions, open enrollment, and new  hires
Experience managing confidential information
Experience working with accounts payables and accounts receivables
Experience analyzing budget expenditures, and performing other accounting functions
Experience calculating employees' seniority
Knowledge of compensation, job evaluation, processing advance step request
Strong communication and organization skills
Proficient in MS Word, Excel, Power Point, Access, KRONOS, SAP, PeopleAdmin, Lawson
Committed to gaining more knowledge and experience in the Accounting area through exceptional work ethic and ability to quickly absorb and apply new information

### COMPUTER PROFICIENCY

- PC OPERATION
- MICROSOFT EXCEL
- MICROSOFT WORD
- MICROSOFT POWER POINT

- MICROSOFT WORD
- KRONOS
- MICROSOFT ACCESS
- SAP

- LOTUS NOTES
- PEOPLEADMIN
- LAWSON

Chief Administrative Analyst