FILED
2013 Nov-14 PM 04:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C
# TO RECEIVER'S
# MOTION FOR PERMISSION
# TO EMPLOY/APPOINT CERTAIN
# INDIVIDUALS

# Classified Position:

# Senior Assessment and Development Specialist

## November 12, 2013

**Grade:  34**

**Salary Range:  $73,340.80 - $113,734.40**

**Proposed Appointee: Ross Scruggs**

**Proposed Salary: $84,822.40**

**Job Overview**

The job of Senior Assessment and Development Specialist is a position requiring in depth knowledge of employee selection, including federal and state laws governing the development and use of valid selection procedures, and the ability to direct the work of a team of individuals in the application of those laws in a civil service employment system. Individuals occupying this job class must have strong leadership and management skills to effectively train, guide and manage multiple professional subordinates in the development of lawful, fair, and psychometrically reliable selection systems. Details of the work requirements and applicable knowledge, skills, and abilities are provided below.

**Job Analysis**

The Senior Assessment and Development Specialist job was studied in 2012 as part of the five-year class and comp survey. The following work behaviors were found to be critical aspects of the job of Senior Assessment and Development Specialist:

- Manages multiple projects by assessing priorities, establishing completion schedules, assigning work to subordinate personnel, and tracking and monitoring work progress.

- Ensures customers' and subject matter expert's questions, concerns, and needs for information are met by overseeing selection processes, responding to customer and subject matter expert inquires and concerns, and monitoring staff interaction with subject matter experts' and customers.

- Manages data and performs statistical analyses using SPSS and Excel software programs by structuring data in needed formats, determining appropriate statistical analyses for the type of data and departmental reporting needs, writing and reviewing syntax and formulas, and interpreting resulting output.

- Supervises and manages staff by assigning and distributing work, directing staff in their job duties, monitoring progress of work, and providing performance feedback and training to staff.

- Conducts training of departmental staff, other functional areas, and individuals external to the organization in order to ensure work is performed according to procedure and to acceptable standards and/or share information about departmental activities or functioning.

- Ensures the development of job-related, valid, and legally defensible employment selection processes by establishing procedures to govern job analysis and test development activities that comply with applicable employment laws/guidelines/professional standards and reviewing work to make certain procedures are appropriately followed.

- Develops and executes strategic plans for the department by collaborating with management and other departments to establish objectives and procedures, and reviewing, revising, and approving rules and procedures related to departmental services.

In addition to the work behaviors which outline the major duties performed on the job, the job analysis also identified specific knowledges, skills, and abilities (KSAs) that were critical to successful performance of the job duties, and that are needed upon entry to the position. These critical KSAs are listed below:

- Employee Selection Laws and Research
    - Knowledge of employment and civil service laws and guidelines (e.g., Uniform Guidelines on Employee Selection Procedures, the Enabling Act, Personnel Board's Rules and Regulations).
    - Knowledge of research, principles, standards, and guidelines related to the development, use, and validation of employment selection procedures (e.g., *Principles for the Validation and Use of Personnel Selection Procedures*, scientific research on personnel selection procedures, *Standards for Educational and Psychological Testing*)
    - Knowledge of methods and techniques for analyzing jobs for the purpose of employment selection, training, classification and compensation, and/or performance appraisal in accordance with legal and professional guidelines.
    - Knowledge of research on test administration, including factors that impact test reliability and validity and the impact of various methods/modes of administration on the psychometric properties of the test.

- Data and Statistical Analysis
    - Knowledge of measurement theory as related to test and survey construction and analysis.
    - Knowledge of psychometric principles, including validity, reliability, and error.
    - Skill in understanding and applying concepts of statistics and probability theory in order to identify trends, problems, and relationships among data.
    - The ability to generate descriptive statistics in order to quantitatively summarize properties of a data set (e.g., measures of central tendency, dispersion/variation, frequency distributions).
    - The ability to analyze data in order to produce inferential statistics (e.g., analysis of variance, regression) for the purposes of deriving conclusions about a population from data obtained from a sample.
    - Skill in managing data in order to combine data from multiple datasets, generate reports, perform statistical analyses, and present information.

- Communication
    - The ability to orally communicate information and ideas in a clear and concise manner to a variety of audiences.
    - The ability to facilitate group discussion to elicit information relevant to the topic at hand.
    - The ability to attend to information presented verbally and actively ask questions to fill identified areas of missing or unclear information.
    - The ability to communicate information and ideas in writing to a variety of audiences in a clear, concise, and organized manner, free from spelling, grammar, and punctuation errors.

- Interpersonal Skills
  - Skill in maintaining a positive working relationship through comfortable and appropriate interpersonal interaction.
  - Skill in working through differences in goals or interests with an individual/group.
  - The ability to manage and resolve conflicts with coworkers and/or customers.
  - The ability to create an environment that welcomes, values, and includes perspectives from different backgrounds and/or cultures.
  - The ability to work collaboratively with a group or team in an effort to achieve a common goal.

- Judgment & Decision Making
  - Skill in selecting the most appropriate course of action in situations where information is unclear or unavailable and making high quality and effective decisions.
  - The ability to assess the importance of, and consequences associated with, tasks in order to set priorities in light of competing demands.
  - The ability to analyze a problem from different perspectives and generate potential solutions that are practical and effective.
  - The ability to use logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions, or approaches to problems.
  - The ability to take a novel approach to work tasks or problems and generate unique or original ideas and/or solutions.
  - The ability to balance interests of customers and the department/organization and respond to pressing and changing demands.

- Project and Self Management
  - The ability to manage and allocate one's time in order to handle multiple tasks and/or meet pressing deadlines.
  - Skill in managing one's own time and the time of others
  - Skill in organizing information, materials, and/or documentation in a systematic and logical manner.
  - The ability to pay close attention to detail in order to ensure the completeness and accuracy of work.
  - The ability to perform work in a manner that is dependable, responsible, and reliable.
  - The ability to work without close supervision or significant amounts of direction/guidance.

- Supervision & Management
  - The ability to motivate and encourage others to a course of action or goal.
  - The ability to plan work activities in order to meet deadlines and/or goals.
  - The ability to assess the performance of other individuals to ensure work is performed appropriately and/or take corrective action.
  - The ability assign and/or delegate tasks or responsibilities to another.

- Computer Skills
  - Skill in using Microsoft Excel or similar spreadsheet software.
  - Skill in using Microsoft Word or similar word processing software.
  - Skill in using SPSS statistical software.

**Minimum Qualifications**

The minimum qualifications (MQs) for Senior Assessment and Development Specialist are as follows:

- Master's degree or higher in industrial & organizational psychology.
- Experience performing job analyses for a variety of jobs, to include conducting job observations, interviews, and survey administration.
- Experience developing and validating employment selection systems in accordance with legal guidelines and professional standards.
- Experience administering small and large scale employment tests, to include both group-based (e.g., written tests) and individual-based (e.g., interviews) test administration.
- Experience scoring employment tests, obtaining and evaluating psychometric properties of the tests, and analyzing data to calculate adverse impact.

This experience is linked directly to the work behaviors and KSAs performed by Senior Assessment and Development Specialists to demonstrate evidence of validity. The experience requirement was deemed appropriate for use as the initial selection screen for this job.

**Ross S. Scruggs, M.A.**

*2005H Longleaf Dr.*    *(205)531-0160*
*Birmingham, AL 35216*          *rsscrugg@gmail.com*

## EDUCATION:

| | |
|---|---|
| 2008-present | **Auburn University**, Auburn, AL |
| | **Ph.D.**, ABD, in Industrial/Organizational Psychology |
| | Expected Graduation:  May 2014 |
| | Major Professor: Daniel Svyantek, PhD |
| | |
| 2005-2007 | **Xavier University**, Cincinnati, OH |
| | **M.A.**, in Industrial/Organizational Psychology |
| | Major Professor: Mark Nagy, PhD |
| | Thesis title: *An Investigation of the Nature of Civility and Incivility as Independent or Separate Constructs* |
| | |
| 2000-2004 | **Birmingham-Southern College**, Birmingham, AL |
| | **B.S.**, Psychology |

## PROFESSIONAL EXPERIENCE:

2013                **Assessment and Development Specialist,** Personnel Board of Jefferson County (PBJC)

2121 8th Avenue North       Supervisors: Brian Bellenger, PhD; Jeffrey Crenshaw, PhD
Suite 100
Birmingham, AL 35203

Responsibilities: Assisted in job analyses and screening of applications for merit system employees to determine if they met minimum qualifications. Assisted in the administration and analysis of selection and promotion measures. Analysis of testing data to determine occurrences of adverse impact

2012-2013           **Graduate Fellow**, Consortium Research Fellows Program, U.S. Army Research Institute (ARI)

Bldg 2837, 1st Floor        Supervisors: Marshell G. Cobb, PhD; Scott Graham, PhD
6470 Way Ave.
Ft. Benning, GA 31905

Responsibilities: Supporting the development and execution of efforts within two research packages focused on tailored training strategies applied to institutional training programs within the US Army. This also includes assisting with the administration and data management of instruments designed to identify key performance predictors within armored vehicle maintenance training. Also providing support for a research effort examining advanced situational awareness

| | |
|---|---|
| 2010- 2011 | **Consultant,** McGraw-Hill Higher Education (MHHE) |
| Thach Hall | Supervisor: William Buskist, PhD |
| Auburn University, AL 36849 | |

Responsibilities: Assisted in the coding of data, pilot testing of studies in a classroom setting and supervising/ mentoring of three undergraduate research assistants while conducting multiple lab studies

| | |
|---|---|
| 2010 | **Consultant,** Brett Hawke Swim Camps |
| Auburn University, AL 36849 | Supervisor: Daniel Svyantek, PhD |

Responsibilities: Conducted a job analysis for Camp Director position that houses and trains approximately 400 swimmers each summer and oversees a staff of 50 including: client negotiation, subject matter expert interviews, and technical report writing with executive summary

| | |
|---|---|
| 2008 | **Assessment and Development Specialist,** Personnel Board of Jefferson County (PBJC) |
| 2121 8th Avenue North | Supervisors: Brian Bellenger, PhD; Jeffrey Crenshaw, PhD |
| Suite 100 | |
| Birmingham, AL 35203 | |

Responsibilities: Assisted in job analysis and screening of applications for merit system employees to determine if they met minimum qualifications. Assisted in the administration and analysis of selection and promotion measures. Analysis of testing data to determine occurrences of adverse impact

| | |
|---|---|
| 2006 –2007 | **Client Services Intern**, Global Lead Management Consulting |
| 11260 Chester Road, | Supervisors: Mrs. Patricia Melford; Mrs. Erica Bolden |
| Suite 400 | |
| Cincinnati, OH 45246 | |

Responsibilities: Assisted in data entry and analyses of client interventions specializing in diversity. Duties also included the development of proprietary training materials, development of executive summaries, and interaction with executives in Fortune 500 companies to meet client demands

| | |
|---|---|
| 2005 | **Researcher,** Applied Assessments (in conjunction with Xavier University) |
| Applied Assessments, Inc. | Supervisors: Daniel H. Averbeck, PhD; Mark Nagy, PhD |
| 2307 Kemper Lane | |
| Cincinnati, OH 45206 | |

Responsibilities: Led one of two teams tasked with conducting a comprehensive literature review on the reliability and validity of a questionable measure.

| | | |
|---|---|---|
| 2005 | **Research Assistant**, Evans Mahon, Inc. | |
| 11032 Georgina Terrace | Supervisor: Mrs. Robin-Anne Nelson | |
| Northport, AL 35475 | | |

Responsibilities: Assisted in the administration of work exercises, in-basket exercises, participation in role-playing scenarios, and the rating/write-up of subject interaction for two positions within a leading luxury car manufacturer (i.e., one supervising 10 subordinates, the other supervising 100 subordinates).

## TEACHING EXPERIENCE:

**Instructor of Record**, Auburn University                                          Supervisor: William Buskist, PhD
  **Psychology 2010** (*Introduction to Psychology*)
  **Psychology 3580** (*Social Psychology*)
  **Psychology 3570** (*Theories of Personality*)
  **Psychology 3590** (*Introduction to Industrial/Organizational Psychology*)

**Graduate Teaching Assistant**, Auburn University
  **Statistics 2010** (*Statistics*)                                          Supervisor: Adrian Thomas, PhD
  **Psychology 3580** (*Social Psychology*)                                   Supervisor: Jackie Mitchelson, PhD
  **Psychology 2010** (*Introduction to Psychology*)                          Supervisors: Jennifer Daniels, PhD;
                                                                              Aimee Callender, PhD; William
                                                                              Buskist, PhD

**Graduate Teaching Assistant**, Xavier University
  **Management 500** (*Managerial Behavior*)                                  Supervisor: Melissa Baucus, PhD

## HONORS:

2010   Teaching Fellow
2008   V.J. Bielauskus Thesis of the Year

## RELEVANT SKILLS:

- Statistical Techniques:
  | | | |
  |---|---|---|
  | t-tests | Multiple Regression | ANOVA |
  | MANOVA | Factor Analysis | Structural Equation Modeling |
  | Adverse impact analysis | | |

- Software Packages:
  | | | |
  |---|---|---|
  | SPSS | SAS | Minitab |
  | R | MS Office | |

**PRESENTATIONS AT SCHOLARLY MEETINGS:**

Stevens, G., **Scruggs, R.**, & Deuling, J. (2011, August). The development of a scale for personalized and socialized power motivation. Roundtable session at the annual meeting of the Academy of Management Conference, San Antonio, TX.

*Guerdon, E., Bubb, R., **Scruggs, R.**, & Buskist, W. (2011, August). The effect of a digital diagnostic learning system on student outcomes: A lab and field study approach. Poster session at the American Psychological Association Conference, Washington, DC.

Bubb, R., **Scruggs, R.**, & Buskist, W. (2011, January). Do commercially developed digital learning platforms lead to positive student and instructor outcomes? Roundtable session at the annual meeting of the National Institute of the Teaching of Psychology Conference, St. Petersburg Beach, FL.

*Boyd, J., Bubb, R., **Scruggs, R.**, & Buskist, W. (2011, January). Understanding Bloom's Taxonomy in test development: A comparative study of learning objectives. Poster session at the annual meeting of the National Institute of the Teaching of Psychology Conference, St. Petersburg Beach, FL.

**Scruggs, R.**, & Nagy, M. (2009, April). An investigation of the nature of civility and incivility as independent or separate constructs. In M. Nagy (Chair), *Exploring the Boundaries of Civility and Incivility*. Symposium conducted at the annual conference for the Society of Industrial Organizational Psychology, New Orleans, LA.

**Scruggs, R.**, & Burns, D. (2008). An evolutionary perspective of (in)civility assessment on organizational outcomes and marketing to employees and customers. Paper presented at Association of Marketing Theory & Practice Conference, Savannah, GA.

Darwin, B., Patel, S., Morrow, M., Pitts, S., & **Scruggs, R.** (2003). The effects of attractiveness and trait valence on impression formation. Poster presentation at American Psychological Association Convention, Atlanta, GA.

*denotes undergraduate research assistant*

**REFERENCES:**

Dr. Mark Nagy, I/O Program Director
Department of Psychology
Xavier University
Cincinnati, OH 45207-6511
513.745.1958
nagyms@xavier.edu

Dr. Morell Mullins, Associate Professor of Psychology
Department of Psychology
Xavier University
Cincinnati, OH 45207-6511
513.745.3170
mullins@xavier.edu

Dr. Daniel Svyantek, Psychology Department Chair
Department of Psychology
Auburn University
226 Thach Hall
Auburn, AL 36849-5214
334.844.6478
svyandj@auburn.edu

Dr. William Buskist, Distinguished Professor of the Teaching of Psychology
Department of Psychology
Auburn University
226 Thach Hall
Auburn, AL 36849-5214
334.844.6491