# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>      Plaintiff,                    )<br>                                  )<br>vs.                              )<br>                                )<br>JEFFERSON COUNTY, ALABAMA, *et al.*,  )<br>      Defendants.              )<br>_____)<br>JOHN W. MARTIN, *et al.*,        )<br>      Plaintiffs,           )<br>                                )<br>vs.                              )<br>                                )<br>CITY OF BIRMINGHAM, ALABAMA, *et al.*, )<br>      Defendants.             )  | Civil Action No. CV-75-S-666-S<br><br><br><br><br><br><br>Civil Action No. CV-74-S-17-S |

# ORDER

These cases are before the court on the Receiver's motion for permission to employ/appoint certain individuals to his staff (doc. no. 1845). Any party desiring to file a response to the motion must do so on or before November 22, 2013.

**DONE** AND **ORDERED** this 15th day of November, 2013.

                                                _____
                                                United States District Judge