FILED
2013 Nov-20  AM 10:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. CV-75-S-666-S** |
| | ) | |
| **JEFFERSON COUNTY,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____) | ) | |
| | ) | |
| **JOHN W. MARTIN,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Civil Action No. CV-74-S-17-S** |
| | ) | |
| **CITY OF BIRMINGHAM, ALABAMA,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |
| | ) | |
| **ENSLEY BRANCH OF THE N.A.A.C.P., et al.,** | ) | **Civil Action No. CV-74-S-12-S** |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| | ) | |
| **GEORGE SEIBELS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JEFFERSON COUNTY'S RESPONSE TO RECEIVER'S MOTION FOR PERMISSION TO EMPLOY/APPOINT CERTAIN INDIVIDUALS

{02735083.1}

Comes now the Defendant Jefferson County (the "County") in the above styled cause, and hereby states that it does not oppose the Receiver's Motion for Permission to Employ/Appoint Certain Individuals, [Doc. 1845].  The County understands that the Receiver has "the power to employ or appoint a personal staff" under paragraph 2(d) of the Order Appointing Receiver, [Doc. 1843], and therefore states that it does not oppose the instant Motion.

/s/ David M. Smith
David M. Smith
Edward A. "Ted" Hosp
Janell M. Ahnert
Thomas J. Butler
James L. "Jay" Mitchell
Grace R. Murphy
Stephanie H. Mays
MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203

/s/ Carol Sue Nelson
Carol Sue Nelson
Theodore A. Lawson, II
Jefferson County Attorney's Office
280 Jefferson County Courthouse
716 Richard Arrington, Jr. Blvd. N.
Birmingham, AL 35203

*Attorneys for Defendant Jefferson County*

{02735083.1}

## **CERTIFICATE OF SERVICE**

I certify that on this the 20th day of November, 2013, I have filed through the Court's CM-ECF system a copy of the foregoing Response which should send an e-filing notice to Counsel for all of the parties in this matter.


s/ Grace R. Murphy
OF COUNSEL