UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>          Plaintiff,               )<br>                                    )<br>vs.                                 )<br>                                    )<br>JEFFERSON COUNTY, ALABAMA, *et al.*, )<br>          Defendants.              )<br>_____)<br>JOHN W. MARTIN, *et al.*,             )<br>          Plaintiffs,              )<br>                                    )<br>vs.                                 )<br>                                    )<br>CITY OF BIRMINGHAM, ALABAMA, *et al.*, )<br>          Defendants.              ) | Civil Action No. CV-75-S-666-S<br><br><br><br><br><br>Civil Action No. CV-74-S-17-S |

## ORDER

These cases are before the court on the Receiver's motion for permission to employ/appoint certain individuals to his staff.[1]  This court entered an order on November 15, 2013, stating that "[a]ny party desiring to file a response to the motion must do so on or before November 22, 2013."[2]  Jefferson County filed a response on November 20, 2013, stating that it does not oppose the Receiver's motion.[3]  No other party filed a response to the Receiver's motion.  Upon consideration, the motion is GRANTED.  The Receiver is permitted to make the appointments described in his motion.

---

[1] Doc. no. 1845.

[2] Doc. no. 1846.

[3] Doc. no. 1847.

**DONE** AND **ORDERED** this 25th day of November, 2013.

_____
United States District Judge