FILED

2013 Dec-19  PM 03:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No. CV-75-S-666-S |
| JEFFERSON COUNTY, ALABAMA, *et al.*,<br>     Defendants. | ) ) ) | |
| JOHN W. MARTIN, *et al.*,<br>     Plaintiffs, | ) ) ) | |
| vs. | ) ) | Civil Action No. CV-74-S-17-S |
| CITY OF BIRMINGHAM, ALABAMA, *et al.*,<br>     Defendants. | ) ) | |

## ORDER

These cases are before the court on the Receiver's unopposed motion to terminate the Temporary Orders governing Jefferson County's hiring procedures entered by this court on February 13, 2013 and March 11, 2013.[1] Upon consideration, the motion is GRANTED, and the Temporary Orders are TERMINATED. Henceforth, the Receiver shall assume all hiring responsibilities and make all employment related decisions on behalf of Jefferson County, Alabama.

**DONE** AND **ORDERED** this 19th day of December, 2013.

_____
United States District Judge

---

[1] Doc. no. 1849.  The February 13 Temporary Order is doc. no. 1780.  The March 11 Temporary Order is doc. no. 1802.