UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>         Plaintiff,       )<br>                                            )<br>vs.                                            )<br>                                            )<br>JEFFERSON COUNTY, ALABAMA, *et al.*,  )<br>         Defendants.       )<br>_____) | Civil Action No. CV-75-S-666-S |
| JOHN W. MARTIN, *et al.*,       )<br>         Plaintiffs,       )<br>                                            )<br>vs.                                            )<br>                                            )<br>CITY OF BIRMINGHAM, ALABAMA, *et al.*,  )<br>         Defendants.       )<br>_____) | Civil Action No. CV-74-S-17-S |
| ENSLEY BRANCH OF THE N.A.A.C.P., *et al.*,  )<br>                                            )<br>         Plaintiffs,       )<br>vs.                                            )<br>                                            )<br>GEORGE SEIBELS, *et al.*,       )<br>         Defendants.       ) | Civil Action No. CV-74-S-12-S |

ORDER

Counsel for the parties are directed to appear for the next conference in this action at 9:30 a.m., Thursday, January 30, 2014. The conference will be conducted in Courtroom No. 3 of the Robert S. Vance Federal Building at 1800 Fifth Avenue North, Birmingham, Alabama.

DONE this 10th day of January, 2014.

_____
United States District Judge