# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     Plaintiff,<br><br>v.<br><br>**JEFFERSON COUNTY, ALABAMA, et al.,**<br><br>     Defendants. | **CIVIL ACTION NO.**<br>**CV-75-666** |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the firm affiliation and contact information for attorney Aaron L. Dettling has changed. The new firm affiliation and contact information is:

> Aaron L. Dettling
> Aaron L. Dettling, Lawyer, L.L.C.
> 5809 Feldspar Way, Suite 111
> Hoover, Alabama 35244
> E-mail:  aaron@dettlinglaw.com
> Phone:  (205) 515-4624

Respectfully Submitted,

 */s/ Aaron L. Dettling*
Aaron L. Dettling

Of Counsel:

Aaron L. Dettling, Lawyer, L.L.C.
5809 Feldspar Way, Suite 111
Hoover, Alabama 35244
E-mail:  aaron@dettlinglaw.com
Phone:  (205) 515-4624

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                              */s/ Aaron L. Dettling*
                                              Of Counsel