# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **CIVIL ACTION NO. CV-75-666** |
| **JEFFERSON COUNTY, ALABAMA, et al.,** | |
| Defendants. | |

## MOTION TO WITHDRAW

The undersigned Aaron L. Dettling respectfully moves this Court for leave to withdraw as counsel for non-party Personnel Board of Jefferson County ("PBJC"). As grounds for this motion, the movant states:

1. On November 7, 2008, the PBJC, the Martin-Bryant Parties and the United States filed a "Joint Motion for Termination of Consent Decree with the Personnel Board of Jefferson County, Approval of Agreement, and Termination of Receivership." (Doc. 1562.)

2. On November 20, 2008, the district court entered an order granting the parties' joint motion, purging the PBJC of its 2002 contempt finding, terminating the receivership, and terminating the PBJC's Consent Decree. (Doc. 1573.) As such, the PBJC is no longer a party to these proceedings.

3.     The PBJC will not be prejudiced if this motion is granted.

4.     The movant will contemporaneously enter his appearance in this matter for Dr. Ronald R. Sims, the Receiver appointed by the Court in its Order of October 25, 2013, as modified November 12, 2013.

Respectfully Submitted,

*/s/ Aaron L. Dettling*

Of Counsel:

Aaron L. Dettling, Lawyer, L.L.C.
5809 Feldspar Way, Suite 111
Hoover, Alabama 35244
E-mail:  aaron@dettlinglaw.com
Phone:  (205) 515-4624

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Aaron L. Dettling*
Of Counsel