# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                      **CIVIL ACTION NO.**
                                              **CV-75-666**

**JEFFERSON COUNTY,
ALABAMA, et al.,**

    Defendants.

## NOTICE OF APPEARANCE

Please take notice that the undersigned enters his appearance as additional counsel for the Receiver, Dr. Ronald R. Sims, appointed by the Court in its Order of October 25, 2013, as modified November 12, 2013.  Please serve all pleadings, process and other papers in this matter on the undersigned.

                                                          Respectfully Submitted,

                                                          */s/ Aaron L. Dettling*
                                                          One of the Attorneys for Dr. Ronald R.
                                                          Sims, Court-Appointed Receiver

Of Counsel:

Aaron L. Dettling, Lawyer, L.L.C.
5809 Feldspar Way, Suite 111
Hoover, Alabama 35244
E-mail:  aaron@dettlinglaw.com
Phone:  (205) 515-4624

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                                */s/ Aaron L. Dettling*
                                                Of Counsel