FILED
 2014 Jan-16 PM 04:19
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**      ) | |
|     **Plaintiff,**      ) | |
|           ) | |
| vs.      ) | Civil Action No. CV-75-S-0666-S |
|           ) | |
| **JEFFERSON COUNTY, ALABAMA,**      ) | |
| **et al.,**      ) | |
|     **Defendants.**      ) | |
| _____      ) | |
| **JOHN W. MARTIN, et al.**      ) | |
|     **Plaintiffs,**      ) | |
|           ) | |
| vs.      ) | Civil Action No. CV-74-S-17-S |
|           ) | |
| **CITY OF BIRMINGHAM, ALABAMA,**      ) | |
| **et al.,**      ) | |
|     **Defendants.**      ) | |
|           ) | |

## **MOTION TO WITHDRAW**

The undersigned attorney Alfred F. Smith, Jr. respectfully moves this Court for leave to withdraw as counsel of record for the Receiver, Dr. Ronald R. Sims. As grounds for this motion, the movant states:

1. On January 15, 2014, Aaron L. Dettling entered his appearance as counsel for the Receiver, Dr. Ronald R. Sims.

2. The Receiver does not object to this motion and will not be prejudiced if this motion is granted.

        s/ Alfred F. Smith, Jr.
        Alfred F. Smith, Jr.

        BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
        The Luckie Building, Ste. 415
        600 Luckie Drive
        Post Office Box 530886
        Birmingham, AL 35253
        Ph. 205-879-1100; Fax 205-879-4300
        Email: asmith@bainbridgemims.com

## CERTIFICATE OF SERVICE

    I hereby certify that on January 16, 2014, I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                    s/ Alfred F. Smith, Jr.
                                    Of Counsel