FILED

2014 Jan-17  PM 02:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **CIVIL ACTION NO. CV-75-666** |
| **v.** | |
| **JEFFERSON COUNTY, ALABAMA, et al.,** | **UNOPPOSED** |
| **Defendants.** | |

## MOTION FOR APPROVAL OF APPOINTMENTS TO THE RECEIVER'S STAFF

The Receiver respectfully moves the Court for approval, pursuant to Paragraph 2(d) of the Order appointing him as Receiver, as amended (Doc. No. 1843), to make two additional appointments to the Receiver's personal staff.  The relief requested and grounds therefor are more particularly set forth as follows:

1.     On November 25, 2013, this Court granted the Receiver's motion for approval to appoint three persons to his personal staff under Paragraph 2(d) of the receivership order.  (Doc. No. 1848.)

2.     In view of the quantity and nature of the work and tasks the Receiver finds necessary and anticipates finding necessary, the Receiver now seeks to appoint two additional persons to his personal staff:

| Employee Name | Position | Proposed Salary |
|---|---|---|
| Stefanie Turner | Chief Administrative Analyst | $93,496.00 |
| Adrian Wormley-Davis | Personnel Technician | $48,651.20 |

3.      Attached to this motion as Exhibits 1 and 2 are job descriptions and brief biographical sketches relating to these two appointments.

4.      These two additional hires are proposed to be in addition to, and not to replace, any of the individuals previously authorized and hired.

5.      Counsel for the Martin/Bryant Parties, the United States, and Jefferson County have authorized the undersigned to state that they do not oppose this motion.

For the foregoing reasons, the Receiver respectfully requests permission to appoint and employ the individuals as set forth above.

Respectfully Submitted,

 */s/ Aaron L. Dettling*
One of the Attorneys for Dr. Ronald R. Sims, Court-Appointed Receiver

Of Counsel:

Aaron L. Dettling, Lawyer, L.L.C.
5809 Feldspar Way, Suite 111
Hoover, Alabama 35244
E-mail:  aaron@dettlinglaw.com
Phone:  (205) 515-4624

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2014, I electronically filed the foregoing

Notice of Appearance with the Clerk of the Court using the CM/ECF system which

will send notification of such filing to all parties of record.

*/s/ Aaron L. Dettling*
Of Counsel