# PBJC Classified Position:

# Chief Administrative Analyst

**Grade:  31**

**Salary Range:  $63,377.60 - $98,217.60**

**Proposed Appointee: Stefanie Turner**

**Proposed Salary:  $93,496.00**

**Job Overview**

The job of Chief Administrative Analyst involves the planning, development, and administration of department/organization-level projects and programs.  Work is fairly complex and includes the management of resources and budgets, conducting research and analysis, and communication with a wide variety of individuals both internal and external to the organization.  Details of the work requirements and applicable knowledge, skills, and abilities are provided below.

**Job Analysis**

The Chief Administrative Analyst job was last studied in 2011.   The following work behaviors were found to be critical aspects of the job of Chief Administrative Analyst:

- Develops and implements programs and procedures.

- Performs research, communicates with customers, works on projects and performs other administrative duties.

- Directly supervises subordinates by reviewing work, setting performance goals, assigning tasks, and training.

- Oversees a department or division by suggesting and implementing plans and policies, developing budgets, and making personnel decisions.


In addition to the work behaviors which outline the major duties performed on the job, the job analysis also identified specific knowledges, skills, and abilities (KSAs) that were critical to successful performance of the job duties, and that are needed upon entry to the position.  These critical KSAs are listed below:

- Skill in working through differences in goals or interests with an individual/group.

- Skill in selecting the most appropriate course of action in situations where information is unclear or unavailable and making high quality and effective decisions.

- Skill in maintaining a positive working relationship through comfortable and appropriate interpersonal interaction.

- Skill in organizing information, materials, and/or documentation in a systematic and logical manner.

- Skill in verbally delivering information in a clear and concise manner to an audience.

- The ability to listen to and understand information and ideas presented through spoken words and sentences.

- The ability to read and understand information and ideas presented in writing.

- The ability to communicate information and ideas in writing to a variety of audiences in a clear, concise, and organized manner, free from spelling, grammar, and punctuation errors.

- The ability to adjust to changing work demands, procedures, technology, and/or priorities.

- The ability to assess the importance of, and consequences associated with, tasks in order to set priorities in light of competing demands.

- The ability to demonstrate honest behavior in all work tasks and responsibilities.

- The ability to confidently defend or gain support for one's opinions, needs, and/or ideas.

- The ability to manage and resolve conflicts with coworkers and/or customers.

- The ability to conduct research using various sources of information (e.g., databases, internet, books) in order to identify and compile needed information.

- The ability to learn unfamiliar material/information quickly and accurately.

- The ability to maintain mental stamina and focus over long period of work and/or during times of high stress.

- The ability to mentally store and retrieve work-related information for use at a later time.

- The ability to pay close attention to detail in order to ensure the completeness and accuracy of work.

- The ability to schedule activities, meetings, resources, or other work-related matters.

- The ability to see a need for and take constructive action at work without being prompted or urged.

- The ability to plan work activities in order to meet deadlines and/or goals.

- The ability to make accurate judgments about how long (in time) a particular task, or group of tasks, will take to complete.

- The ability to work collaboratively with a group or team in an effort to achieve a common goal.

- The ability to work without close supervision or significant amounts of direction/guidance.

- The ability to identify new processes or improvements to existing processes that allow work to be performed more efficiently or effectively.

- The ability to persist at a task or problem despite interruptions, obstacles, or setbacks.

- The ability to work in an environment that requires strict adherence to instructions, standards, and/or procedures.

- The ability to manage and allocate one's time in order to handle multiple tasks and/or meet pressing deadlines.

- The ability to teach or train individuals with regard to new information, procedures, processes, and/or equipment.

- The ability to review work and evaluate it against established standards, procedures, laws, or codes to determine any discrepancies between how the work was performed and how it should be performed.

- The ability to assess the performance of other individuals to ensure work is performed appropriately and/or take corrective action.

- The ability to strategically plan activities to achieve short or long term goals designed to achieve overall mission.

- The ability to review written material and identify errors with regard to spelling, grammar, punctuation, and formatting.

- The ability to establish and apply effective controls to hold self and others accountable for responsibilities.

- The ability to project, allocate, and maintain financial resources needed for the accomplishment of work goals.

- The ability to guide and direct the accomplishment of work through subordinate staff.

- The ability to obtain and allocate the appropriate equipment, facilities, and materials to complete work.

- The ability to motivate and encourage others to a course of action or goal.

- The ability to work productively and effectively under conditions of high stress, such as tight deadlines, heavy work loads, or emergency situations.

- The ability to assign and monitor the work of subordinates.

- The ability to understand data and/or information contained in tables, charts and graphs.

- The ability to commit, entrust, or transfer tasks or responsibilities to another.

- The ability to manage your time in order to accomplish objectives within given timeframes.

- The ability to speak clearly so others can understand you.

- The ability to balance interests of clients and the department/organization and respond to pressing and changing client demands.

- The ability to analyze a problem from different perspectives and generate potential solutions that are practical and effective.

- The ability to use logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions, or approaches to problems.

- Knowledge of appropriate citizen interactions when dealing with the public.

- Knowledge of administrative and clerical procedures and systems such as word processing, managing files and records, designing forms, and other office procedures and terminology.

**Minimum Qualifications**

The minimum qualifications (MQs) for Chief Administrative Analyst were developed in 2011 to fill a single vacancy within the Merit System.  The following MQs were used to screen applicants for the vacancy:

- Bachelor's Degree in Public Administration, Business Administration, Human Resources, Management or Organizational Leadership, or other demonstrated related field.
- Experience facilitating meetings with outside vendors, upper level management, and employees.
- Experience supervising a team of employees (i.e., at least two or more).

These MQs were linked directly to the work behaviors and KSAs by the supervisor of the incumbent Chief Administrative Analyst to demonstrate evidence of validity.  These requirements were deemed appropriate for use as the initial selection screen for this job.

## Stefanie Turner
### Summary of Education

**TROY STATE UNIVERSITY** – ATLANTA, GA
- M.P.A. PUBLIC ADMINISTRATION

**AUBURN UNIVERSITY** – MONTGOMERY, AL
- B.S. GOVERNMENT

Mrs. Turner has spent the past 20 years working in a multifaceted and complex organizational environment working her way to the level of director. Her primary strengths are the ability to identify and resolve complex problems, make and implement difficult decisions, successfully communicate with a variety of stakeholders, develop relationships and team building, develop clear objectives and strategies, and review pertinent information to develop and evaluate options for implementation and resolution.

Over the course of time, she has supervised direct reports reviewing their work, setting performance goals, assigning tasks, and providing training to ensure a more efficient and effective operation. In 2002, she began work at Bethany Christian Services—America's largest Adoption agency, and currently serves as Director of Family Strengthening and Enrichment where she is responsible for developing and implementing several local, state, and national programs providing services and sharing resources to benefit a diverse group of constituents. Other duties included but are not limited to creating and managing budgets and other agency resources. Mrs. Turner has a successful record of meeting project deliverables, maintaining firm budgetary control while maximizing the talent of the organization's human resources. Training, hiring, assigning tasks, goal setting, and professional development are just a few of the basic functions that have contributed to her accomplishments over the years as a leader.