**PBJC Classified Position:**

**Personnel Technician**

**Grade:**

**Salary Range:**

**Proposed Appointee:** \_\_\_\_Adrian Wormley-Davis_____

**Proposed Salary:** \_\_\_$48,651.20\_\_\_

**Job Overview**

This is specialized administrative work in support of a human resources program within a jurisdiction. Incumbents in this class perform responsible paraprofessional human resources activities for an assigned program area or activity requiring the application of extensive procedural knowledge and understanding of transaction processing procedures, organizational policies, and the Rules and Regulations affecting Merit System personnel actions.

**1 |** Page

**Job Analysis**

The following work behaviors were found to be critical aspects of the job of Personnel Technician:

- Administrative work in support of a human resources program within a jurisdiction.

- Performance of human resources activities for assigned program areas or activity requiring the application of extensive procedural knowledge and understanding of transaction processing procedures.

In addition to the work behaviors which outline the major common duties performed on the job across all departments and jurisdictions, the job analysis also identified specific knowledges, skills, and abilities (KSAs) that were critical to successful performance of the job duties, and that are needed upon entry to the position.  These critical KSAs are listed below:

**Knowledge-Skills**

- Knowledge of a jurisdiction's personnel rules, regulations, and procedures.

- Knowledge of personnel policies, practices, and procedures applicable to a jurisdiction e.g., benefits, insurance and/or pay procedures and processes.

- Knowledge of applicable federal, state and local laws, statutes, and regulations.

- Knowledge of record keeping and filing techniques.

- Knowledge of mathematical/statistical methods and techniques.

- Ability to communicate sometimes complex technical information effectively orally and in writing at a level that can be understood by diverse audiences.

- Ability to prepare clear and concise oral and written reports.

- Ability to accurately maintain files, records, and reports in computer and paper files.

- Ability to establish and maintain effective working relationships with the public, employees, co-workers, and subordinates.

- Ability to direct the work of subordinate personnel.

- Ability to understand and apply complex rules, regulations, and procedures.

- Ability to receive and resolve complaints and questions from subordinate personnel, employees, and/or the public.

- Ability to learn and utilize business application software and systems utilized by a jurisdiction.
- Skill in the operation of office equipment and machines including fax machines, copiers, word processors and personal computers.

- Skill in the use of basic computer software, including word processing, spreadsheet, database, and presentation software.

**Minimum Qualifications**

These MQs were linked directly to the work behaviors and KSAs by the supervisors of the incumbent Personnel Technician to demonstrate evidence of validity.  These requirements were deemed <u>appropriate for use as the initial selection screen for this job.</u>

- Experience composing business correspondence such as letters, memos, reports, etc.
- Experience operating Microsoft Word and Excel.
- Experience working with diverse groups of people, explaining policies and procedures and handling complaints.
- Experience operating office equipment (e.g. copier, fax machine, scanner, etc.).

# ADRIENNE WORMLEY-DAVIS
# BIO
*wormleya@gmail.com*
*(205) 907-3199    (205) 279-3560*

---

Adrienne Wormley-Davis currently works at the Personnel Board of Jefferson County as a Personnel Technician.   In the ten years she has been employed with the Personnel Board she has worked in the department of Performance Measurement, and Workforce Development and Applicant Services.  She has gained valuable knowledge in the procedures of test administration, applicant screening, certification, structured interview, customers' service, and test assessment. She has an Associate degree in Computer Science and a Bachelors degree in Management in Human Resources.

Adrienne's desire is to obtain more experience in the human resource field with a focus on compensation, and job analysis.