# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) <br>        Plaintiff,        ) <br>                ) <br> vs.        ) <br>         ) <br> JEFFERSON COUNTY, ALABAMA, *et al.*,        ) <br>        Defendants.        ) <br> _____) <br> JOHN W. MARTIN, *et al.*,        ) <br>        Plaintiffs,        ) <br>         ) <br> vs.        ) <br>         ) <br> CITY OF BIRMINGHAM, ALABAMA, *et al.*,        ) <br>        Defendants.        ) | Civil Action No. CV-75-S-666-S <br><br><br><br><br> Civil Action No. CV-74-S-17-S |

## ORDER

These cases are before the court on the Receiver's unopposed motion for approval of appointments to his staff.[1]  Upon consideration, the motion is GRANTED.  The Receiver is permitted to make the appointments described in his motion.

**DONE** AND **ORDERED** this 22nd day of January, 2014

_____
United States District Judge

---

[1] Doc. no. 1857.