FILED
2014 Jan-27  PM 04:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> -against- <br><br> JEFFERSON COUNTY, *et al.*, <br><br> Defendants. | Civil Action No. CV-75-S-666-S |
| JOHN W. MARTIN, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> CITY OF BIRMINGHAM, *et al.*, <br><br> Defendants. | Civil Action No. CV-74-S-17-S |
| ENSLEY BRANCH OF THE N.A.A.C.P., *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> GEORGE SEIBELS, *et al.*, <br><br> Defendants. | Civil Action No. CV-74-S-12-S |

**MOTION TO WITHDRAW APPEARANCE OF LAUREN M. ROSENBERG**

Pursuant to Rule 83.1(e) of the Local Rules of the United States District Court for the Northern District of Alabama, the undersigned respectfully moves this Court for leave to withdraw the appearance of Lauren M. Rosenberg as attorney for the Martin Plaintiffs and

Bryant Intervenors (the "Martin/Bryant Parties") in the above-captioned actions. As grounds for this motion, movant states that:

1. Lauren M. Rosenberg is no longer employed with the law firm of Cravath, Swaine & Moore LLP. Ms. Rosenberg has left the firm to begin a one-year clerkship with the Honorable Lewis A. Kaplan of the United States District Court for the Southern District of New York.

2. The remaining counsel of record at Cravath, Swaine & Moore LLP will continue to represent the Martin/Bryant Parties.

Dated: January 27, 2014.

            s/ Rowan D. Wilson
            Rowan D. Wilson

            CRAVATH, SWAINE & MOORE LLP
            Worldwide Plaza
             825 Eighth Avenue
              New York, NY 10019
               (212) 474-1000
                 rwilson@cravath.com

            *Attorney for Plaintiffs John W. Martin, et al., and Intervenors Gwendolyn Bryant, et al.*

CERTIFICATE OF SERVICE

       I hereby certify that, on the 27th day of January, 2014, I electronically filed the foregoing "Motion to Withdraw Appearance of Lauren M. Rosenberg" using the CM/ECF system, which will send notification of such filing to the following counsel of record.

Jay D. Adelstein, Esq.
Joseph J. Sperber, IV, Esq.
    Employment Litigation Section, Attn: 4500 PHB
        Civil Rights Division
           United States Department of Justice
              950 Pennsylvania Avenue, N.W.
                  Washington, D.C. 20530

Carol Sue Nelson, Esq.
T.A. Lawson, II, Esq.
    Assistant County Attorney
        280 Jefferson County Courthouse
           716 Richard Arrington Jr. Blvd. North
              Birmingham, AL 35203

Dr. John G. Veres, III
    Office of the Chancellor
        Auburn University at Montgomery
           P.O. Box 244023
              Montgomery, AL 36124-4023

David M. Smith, Esq.
Edward A. Hosp, Esq.
Grace R. Murphy, Esq.
Janell M. Ahnert, Esq.
Thomas J. Butler, Esq.
James L. Mitchell, Esq.
Stephanie H. Mays, Esq.
    Maynard, Cooper, and Gale, P.C.
        1901 6th Avenue North
           2400 Regions/Harbert Plaza
              Birmingham, AL 35203

Aaron L. Dettling, Esq.
    Aaron L. Dettling, Lawyer, L.L.C.
        5809 Feldspar Way, Suite 111
           Hoover, AL  35244

James E. Murrill, Jr., Esq.
Robert R. Riley, Jr., Esq.
Keith Jackson, Esq.
Kallie C. Lunsford, Esq.
   Riley & Jackson, P.C.
      1744 Oxmoor Road
         Birmingham, AL 35209

Leslie A. Coyne, Esq.
   Balch & Bingham, LLP
      1901 6th Avenue North, Suite 1500
         Birmingham, AL 35203

Byron R. Perkins, Esq.
   Perkins Law
      2170 Highland Ave. South, Suite 100
         Birmingham, AL 35253


                                         /s/ Rowan D. Wilson
                                         Rowan D. Wilson

                                         CRAVATH, SWAINE & MOORE LLP
                                         Worldwide Plaza
                                         825 Eighth Avenue
                                         New York, NY 10019
                                         Phone:  (212) 474-1000
                                         Fax:  (212) 474-3700
                                         E-mail:  rwilson@cravath.com