# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY, ALABAMA, *et al.*,<br>    Defendants. | Civil Action No. CV-75-S-666-S |
| JOHN W. MARTIN, *et al.*,<br>    Plaintiffs,<br><br>vs.<br><br>CITY OF BIRMINGHAM, ALABAMA, *et al.*,<br>    Defendants. | Civil Action No. CV-74-S-17-S |
| ENSLEY BRANCH OF THE N.A.A.C.P., *et al.*,<br><br>    Plaintiffs,<br>vs.<br><br>GEORGE SEIBELS, *et al.*,<br>    Defendants. | Civil Action No. CV-74-S-12-S |

## ORDER

Counsel for the parties are advised that the status conference previously scheduled for 9:30 a.m. on Thursday, January 30, 2014, in Birmingham, Alabama, is CANCELLED due to inclement weather conditions.

DONE this 28th day of January, 2014.

_____
United States District Judge