UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No. CV-75-S-666-S |
| JEFFERSON COUNTY, ALABAMA, *et al.*,<br>        Defendants. | ) ) ) | |
| JOHN W. MARTIN, *et al.*,<br>        Plaintiffs, | ) ) ) | |
| vs. | ) ) | Civil Action No. CV-74-S-17-S |
| CITY OF BIRMINGHAM, ALABAMA, *et al.*,<br>        Defendants. | ) ) ) | |
| ENSLEY BRANCH OF THE N.A.A.C.P., *et al.*,<br>        Plaintiffs, | ) ) ) ) | |
| vs. | ) ) | Civil Action No. CV-74-S-12-S |
| GEORGE SEIBELS, *et al.*,<br>        Defendants. | ) ) ) | |

**ORDER**

Counsel for the parties are directed to appear for the next conference in this action at 9:30 a.m., Thursday, February 27, 2014. The conference will be conducted in Courtroom No. 3 of the Robert S. Vance Federal Building at 1800 Fifth Avenue North, Birmingham, Alabama.

DONE this 6th day of February, 2014.

                                                                                      */s/ Lynwood Smith*
                                                                    United States District Judge