FILED
2014 Feb-07 PM 12:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
1    SB158

2    155883-1

3    By Senator Waggoner (N & P)

4    RFD: Local Legislation No. 2

5    First Read: 14-JAN-14
```

1  155883-1:n:12/09/2013:FC/th LRS2013-4312

2
3
4
5
6
7
8
9                              A BILL
10                          TO BE ENTITLED
11                             AN ACT
12
13          Relating to Jefferson County; to authorize the
14  appointment of additional at-will confidential judicial
15  assistants by the Judge of Probate, Place 1; to provide for
16  the payment of salary and benefits for the confidential
17  judicial assistants from the probate court archival and
18  operational fund established by Act 2012-547 of the 2012
19  Regular Session (Acts 2012, p. 1616); to provide for benefits
20  and maximum salary levels for each confidential judicial
21  assistant; and to provide that the provisions hereof are
22  cumulative.
23  BE IT ENACTED BY THE LEGISLATURE OF ALABAMA:
24          Section 1. This act shall apply only in Jefferson
25  County.
26          Section 2. (a) The Judge of Probate, Place 1, may
27  appoint and employ six at-will confidential judicial

1    assistants, in addition to the confidential judicial
2    assistants authorized by Act 2012-547 of the 2012 Regular
3    Session (Acts 2012, p. 1616), who shall serve at the pleasure
4    of the Judge of Probate, Place 1.
5            (b) Two of the confidential judicial assistants
6    shall be entitled to receive, at the approval of the Judge of
7    Probate, Place 1, a salary not to exceed salary grade level
8    18, or its equivalent if grade levels are hereafter
9    renumbered, as established by the Personnel Board of Jefferson
10   County.
11           (c) One confidential judicial assistant shall be
12   entitled to receive, at the approval of the Judge of Probate,
13   Place 1, a salary not to exceed salary grade level 23, or its
14   equivalent if grade levels are hereafter renumbered, as
15   established by the Personnel Board of Jefferson County.
16           (d) Two of the confidential judicial assistants
17   shall be entitled to receive, at the approval of the Judge of
18   Probate, Place 1, a salary not to exceed grade level 24, or
19   its equivalent if grade levels are hereafter renumbered, as
20   established by the Personnel Board of Jefferson County.
21           (e) One confidential judicial assistant shall be
22   entitled to receive, at the approval of the Judge of Probate,
23   Place 1, a salary not to exceed salary grade 37, or its
24   equivalent if grade levels are hereafter renumbered, as
25   established by the Personnel Board of Jefferson County.
26           (f) The confidential judicial assistants authorized
27   herein shall be at-will employees and shall not be subject to

any merit system applicable to the employees of Jefferson County. If a person appointed pursuant to this act at the time of appointment is an employee of Jefferson County in a position subject to a merit system, the person, upon the date of termination as a confidential judicial assistant, shall be entitled to return to the employ of Jefferson County in a position subject to the merit system classification equal to or higher in grade than the position held by the person on the date the person was employed as a confidential judicial assistant.

(g) If a person subsequently returns to employment with the county in a merit system classification as provided herein, service credit as a confidential judicial assistant shall be considered for all purposes as service credit as a merit system employee of Jefferson County.

(h) The confidential judicial assistants authorized pursuant to this act shall be entitled to the same employee benefits as merit system employees of Jefferson County. The office of the judge of probate shall transfer funds to the Jefferson County General Fund from the probate court archival and operational fund authorized by Act 2012-547 of the 2012 Regular Session (Acts 2012, p. 1616), to pay each confidential judicial assistant pursuant to this act.

(i) The confidential judicial assistants authorized herein may join any pension plan available to employees of Jefferson County, if application for membership is made to the pension plan within 30 days from the date of appointment.

```
1              Section 3. The provisions of this act are
2       supplemental and shall not repeal any law not in direct
3       conflict with this act.
4              Section 4. This act shall become effective
5       immediately following its passage and approval by the
6       Governor, or its otherwise becoming law.
```