# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Civil Action No. CV-75-S-666-S** |
| ) | |
| **JEFFERSON COUNTY,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## MOTION TO WITHDRAW APPEARANCE OF JANELL M. AHNERT

Pursuant to Rule 83.1(e) of the Local Rules of the United States District Court for the Northern District of Alabama, the undersigned respectfully moves this Court for leave to withdraw the appearance of Janell M. Ahnert as attorney for Jefferson County, Alabama in the above-captioned action. As grounds for this motion, movant states that:

1. Janell M. Ahnert is no longer employed with the law firm of Maynard, Cooper & Gale, P.C.

2. The remaining counsel of record at Maynard, Cooper & Gale, P.C. will continue to represent Jefferson County.

02808066.1

/s/ David M. Smith
David M. Smith
Grace R. Murphy
Stephanie H. Mays
MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203

*Attorneys for Defendant Jefferson County*

## CERTIFICATE OF SERVICE

I certify that on this the 10th day of February, 2014, I have filed through the Court's CM-ECF system a copy of the foregoing Motion which should send an e-filing notice to Counsel for all of the parties in this matter.

s/ Grace R. Murphy
OF COUNSEL