

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>　　　Plaintiffs, )<br>v. )<br> )<br>**JEFFERSON COUNTY, et al.,** )<br>　　　Defendants. )<br> )<br>**JOHN W. MARTIN, et al.,** )<br>　　　Plaintiffs, )<br>v. )<br> )<br>**CITY OF BIRMINGHAM, et. al.,** )<br>　　　Defendants. )<br> ) | **CIVIL ACTION NO.**<br>**CV-75-S-0666-S**<br><br><br><br><br><br>**CIVIL ACTION NO.**<br>**CV-74-S-017-S** |

## NOTICE OF APPEARANCE

COMES NOW Anne R. Yuengert of Bradley Arant Boult Cummings LLP and hereby enters her appearance as co-counsel on behalf of the Personnel Board of Jefferson County in the above matter.

　　　　　　　　　　　　　　　　s/ Anne R. Yuengert
　　　　　　　　　　　　　　　　Anne R. Yuengert (asb-4964-g64a)
　　　　　　　　　　　　　　　　ayuengert@babc.com
　　　　　　　　　　　　　　　　Bradley Arant Boult Cummings LLP
　　　　　　　　　　　　　　　　One Federal Place
　　　　　　　　　　　　　　　　1819 Fifth Avenue North
　　　　　　　　　　　　　　　　Birmingham, AL 35203-2104
　　　　　　　　　　　　　　　　Telephone: (205) 521-8000
　　　　　　　　　　　　　　　　Facsimile:  (205)521-8800

OF COUNSEL
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8916
Facsimile: (205) 488-6916

## CERTIFICATE OF SERVICE

    I hereby certify that on February 26, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of court using the CM/ECF system which will send notification of such filing to all parties of record.

                                                  s/ Anne R. Yuengert
                                                  Of Counsel