# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY, ALABAMA, *et al.*,<br>    Defendants.<br>_____<br>JOHN W. MARTIN, *et al.*,<br>    Plaintiffs,<br><br>vs.<br><br>CITY OF BIRMINGHAM, ALABAMA, *et al.*,<br>    Defendants. | Civil Action No. CV-75-S-666-S<br><br><br><br><br><br><br>Civil Action No. CV-74-S-17-S |

## ORDER

Counsel for the parties are directed to appear for the next conference in this action at 9:30 a.m., Thursday, March 20, 2014. The conference will be conducted in Courtroom No. 3 of the Robert S. Vance Federal Building at 1800 Fifth Avenue North, Birmingham, Alabama.

DONE this 28th day of February, 2014.

/s/ Lynwood Smith
_____
United States District Judge