# SCHEDULE FOR IMPLEMENTATION OF SELECTION PROCEDURES

**Schedule Inputs:**

Group 1: Security Officer, Auto Technician, Skilled Laborer, Laborer
Group 2: Traffic Maintenance Supervisor, Traffic Striping Machine Crewleader, Traffic Striping Machine Operator, Street Paving Supervisor
Group 3: Heavy Equipment Operator, Construction Equipment Operator, Truck Driver, Traffic Sign Painter
Group 4: Bridge Maintenance Worker, Chief Land Acquisition Agent, Engineering Inspector, Highway District Superintendent, Drafter

| Consensus Point | Consensus Point Short Title | Consensus Point Detail Description | Days from Previous Review Period to Complete | Length of Peer Review Period |
|---|---|---|---|---|
| CP1: | Batch Jobs for Scheduling Purposes | | 0 | 0 |
| CP2: | Job Analysis Complete | Review of PBJC job analysis and background information; re-analysis of PBJC job analysis data using only Jefferson County SME ratings; supplemental job analysis local to Jefferson County or a more specific selection setting (e.g., department) | 90 | 21 |
| CP3: | Detailed Test and Administration Plan | Test plan, including KSA/Measurement Matrix, consideration of primary vs secondary selection process, nature of PBJC selection process preceding County process, number of vacancies anticipated, and number of candidates to be anticipated. | 21 | 21 |
| CP4: | Test Stimuli and Rating Forms | Development of test stimuli, rating guides/ benchmarks, and administration manuals. | 90 | 21 |
| CP5: | Draft Report | Draft report of the administration and a draft report on the evidence for the lawfulness of the selection process | 60 | 30 |
| CP6: | Final Report | Final report on administration and evidence of the lawfulness of the selection process. | 30 | 30 |

**Resulting Chronological Schedule:**

| Deliverable Date | Group | Consensus Point Deliverable | Peer Review Period Ends |
|---|---|---|---|
| Thursday, May 15, 2014 | Group 1 | CP1: Batch Jobs for Scheduling Purposes | Thursday, May 15, 2014 |
| Friday, May 30, 2014 | Group 2 | CP1: Batch Jobs for Scheduling Purposes | Friday, May 30, 2014 |
| Monday, June 16, 2014 | Group 3 | CP1: Batch Jobs for Scheduling Purposes | Monday, June 16, 2014 |
| Monday, June 30, 2014 | Group 4 | CP1: Batch Jobs for Scheduling Purposes | Monday, June 30, 2014 |
| Wednesday, August 13, 2014 | Group 1 | CP2: Job Analysis Complete | Wednesday, September 3, 2014 |
| Thursday, August 28, 2014 | Group 2 | CP2: Job Analysis Complete | Thursday, September 18, 2014 |
| Monday, September 15, 2014 | Group 3 | CP2: Job Analysis Complete | Monday, October 6, 2014 |
| Wednesday, September 24, 2014 | Group 1 | CP3: Detailed Test and Administration Plan | Wednesday, October 15, 2014 |
| Monday, September 29, 2014 | Group 4 | CP2: Job Analysis Complete | Monday, October 20, 2014 |
| Thursday, October 9, 2014 | Group 2 | CP3: Detailed Test and Administration Plan | Thursday, October 30, 2014 |
| Monday, October 27, 2014 | Group 3 | CP3: Detailed Test and Administration Plan | Monday, November 17, 2014 |
| Monday, November 10, 2014 | Group 4 | CP3: Detailed Test and Administration Plan | Monday, December 1, 2014 |
| Tuesday, January 13, 2015 | Group 1 | CP4: Test Stimuli and Rating Forms | Tuesday, February 3, 2015 |
| Wednesday, January 28, 2015 | Group 2 | CP4: Test Stimuli and Rating Forms | Wednesday, February 18, 2015 |
| Monday, February 16, 2015 | Group 3 | CP4: Test Stimuli and Rating Forms | Monday, March 9, 2015 |
| Monday, March 2, 2015 | Group 4 | CP4: Test Stimuli and Rating Forms | Monday, March 23, 2015 |
| Monday, April 6, 2015 | Group 1 | CP5: Draft Report | Wednesday, May 6, 2015 |
| Monday, April 20, 2015 | Group 2 | CP5: Draft Report | Wednesday, May 20, 2015 |
| Friday, May 8, 2015 | Group 3 | CP5: Draft Report | Sunday, June 7, 2015 |
| Friday, May 22, 2015 | Group 4 | CP5: Draft Report | Sunday, June 21, 2015 |
| Friday, June 5, 2015 | Group 1 | CP6: Final Report | Sunday, July 5, 2015 |
| Friday, June 19, 2015 | Group 2 | CP6: Final Report | Sunday, July 19, 2015 |
| Tuesday, July 7, 2015 | Group 3 | CP6: Final Report | Thursday, August 6, 2015 |
| Tuesday, July 21, 2015 | Group 4 | CP6: Final Report | Thursday, August 20, 2015 |

EXHIBIT 1-2