UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | )<br>)<br>) | |
| vs. | )<br>) | Civil Action No. CV-75-S-666-S |
| JEFFERSON COUNTY, ALABAMA, *et al.*,<br>　　　　Defendants. | )<br>)<br>) | |
| ──────────────────────────── | ) | |
| JOHN W. MARTIN, *et al.*,<br>　　　　Plaintiffs, | )<br>)<br>) | |
| vs. | )<br>) | Civil Action No. CV-74-S-17-S |
| CITY OF BIRMINGHAM, ALABAMA, *et al.*,<br>　　　　Defendants. | )<br>)<br>) | |

### ORDER

Counsel for the parties are directed to appear for the next conference in this action at 9:30 a.m., Thursday, August 28, 2014. The conference will be conducted in Courtroom No. 3 of the Robert S. Vance Federal Building at 1800 Fifth Avenue North, Birmingham, Alabama.

Immediately upon completion of the status conference, the court will hear argument and receive evidence related to the following pleadings: (1) Jefferson County's motion reconsideration of the August 1, 2008 order imposing monetary sanctions for failure to adequately respond to the Martin-Bryant parties' discovery requests;[1] (2) the response of the individual Jefferson County Attorneys who worked on, or were responsible for, these cases during the time period of the County's failure

---

[1] Doc. no. 1528.

to provide discovery (*i.e.,* Charles S. Wagner, Theodore A. Lawson, and Edwin A. Strickland) to this court's order to show cause why monetary sanctions should not be imposed upon them individually;[2] (3) Edwin A. Strickland's motion to withdraw as counsel for the County;[3] and (4) Charles S. Wagner's motion to withdraw as counsel for the County.[4]

As the court has already indicated that it will not reverse the imposition of sanctions on Jefferson County,[5] the August 28 proceedings will focus on determining the *amount* of sanctions, and the question of whether sanctions should be imposed personally against Mr. Wagner, Mr. Lawson, and Mr. Strickland. Further, as Mr. Wagner, Mr. Lawson, and Mr. Strickland are faced with the possibility of personal sanctions, they each shall have the right to appear at the hearing, to be represented by counsel of their choosing, and to present evidence and argument to support their respective positions. Finally, to ensure that each of those individuals has adequate notice of the proceedings against them, the Jefferson County Attorney's Office is directed to immediately serve a copy of this order on each of those individuals, and to inform this court of the time, date, and manner of service.

---

[2] Doc. no. 1527.
[3] Doc. no. 1560 (Edwin A. Strickland Motion to Withdraw).
[4] Doc. no. 1704.
[5] *See* Transcript of July 31, 2014 Status Conference.

DONE this 5th day of August, 2014.

                                    _____
                                    United States District Judge