# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff | |
| v. | CIVIL ACTION NO. CV-75-666 |
| **JEFFERSON COUNTY, ALABAMA, et al.,** | |
| Defendants. | |

## NOTICE OF FILING OF MONTHLY REPORT

The Receiver respectfully gives notice of filing of the attached May 2015 Monthly Report Pursuant to Paragraph 4 of the Order Appointing the Receiver.

                                      Respectfully submitted,

                                      /s/ Aaron L. Dettling
                                      Counsel for Dr. Ronald R. Sims, Court-Appointed Receiver

Of Counsel:

Aaron L. Dettling, Lawyer, L.L.C.
5809 Feldspar Way, Suite 111
Hoover, Alabama 35244
E-mail: aaron@dettlinglaw.com
Phone: (205) 988-3119

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2015, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

                    /s/ Aaron L. Dettling
                    Of Counsel