# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,        ) | | |
|     Plaintiff,        ) | | |
|         ) | | |
| vs.        ) | | Civil Action No. CV-75-S-666-S |
|         ) | | |
| JEFFERSON COUNTY, ALABAMA, *et al.*,        ) | | |
|     Defendants.        ) | | |
| _____) | | |
| JOHN W. MARTIN, *et al.*,        ) | | |
|     Plaintiffs,        ) | | |
|         ) | | |
| vs.        ) | | Civil Action No. CV-74-S-17-S |
|         ) | | |
| CITY OF BIRMINGHAM, ALABAMA, *et al.*,        ) | | |
|     Defendants.        ) | | |

## ORDER

Counsel for the parties are directed to appear for the next conference in this action at 9:30 a.m., Thursday, August 27, 2015. The conference will be conducted in Courtroom No. 3 of the Robert S. Vance Federal Building at 1800 Fifth Avenue North, Birmingham, Alabama. The parties are directed to submit their proposed agendas, by e-mail, no later than August 20, 2015.

DONE this 11th day of August, 2015.

_____
United States District Judge