# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　Plaintiff, | )<br>)<br>) |
| vs. | ) **Civil Action No. CV-75-S-0666-S** |
| | ) |
| **JEFFERSON COUNTY, ALABAMA,**<br>et al.,<br>　　Defendants.<br>_____ | )<br>)<br>)<br>)<br>) |
| **JOHN W. MARTIN, et al.**<br>　　Plaintiffs, | )<br>)<br>) |
| vs. | ) **Civil Action No. CV-74-S-17-S** |
| | ) |
| **CITY OF BIRMINGHAM, ALABAMA,**<br>et al.,<br>　　Defendants. | )<br>)<br>)<br>) |

## NOTICE OF FILING OF MONTHLY REPORT

　　The Interim Receiver respectfully gives notice of filing of the attached October 2015 Monthly Report Pursuant to Paragraph 4 of the Order Appointing the Receiver and Paragraph 5 of the Order of June 11, 2015.

　　　　　　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　*/s/ Alfred F. Smith, Jr.*
　　　　　　　　　　　　　　　　　Alfred F. Smith, Jr.

　　　　　　　　　　　　　　　　　*/s/ Jennifer A. Hanson*
　　　　　　　　　　　　　　　　　Jennifer A. Hanson

2

BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
The Luckie Building, Ste. 415
600 Luckie Drive
Post Office Box 530886
Birmingham, AL 35253
Phone:       205-879-1100
Facsimile:   205-879-4300
Email:        asmith@bainbridgemims.com
                  jhanson@bainbridgemims.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 15, 2015, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                         */s/ Jennifer A. Hanson*
                                         Of Counsel