FILED

2018 Jun-06  AM 09:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA, Plaintiff,**<br><br>**vs.**<br><br>**JEFFERSON COUNTY, ALABAMA,** *et al.,*<br>**Defendants.** | **Civil Action No. CV-75-S-666-S** |
| **JOHN W. MARTIN,** *et al.,*<br>**Plaintiffs,**<br><br>**vs.**<br><br>**CITY OF BIRMINGHAM, ALABAMA,** *et al.,*<br>**Defendants.** | **Civil Action No. CV-74-S-17-S** |

**ORDER ADOPTING THE PROPOSED PLAN FOR TRANSITION OF**
**AUTHORITY FROM RECEIVER TO COUNTY AND APPOINTMENT OF**
**MONITOR**

The court ratifies, approves, and adopts as the Order of this court the "Proposed Plan for Transition of Authority from Receiver to County and Appointment of Monitor" (doc. no. 2097) submitted by the Martin Plaintiffs and Bryant Intervenors ("Martin/Bryant Parties"), the United States of America, Jefferson County, Alabama ("the County"), and Lorren Oliver, the Receiver previously appointed by this court.

DONE and ORDERED this 6th day of June, 2018.

_____
United States District Judge